UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

ATHENA DEVELOPMENT GROUP, LLC                    Case No. 8:12-bk-00011-MGW
                                                 Chapter 11 Case

            Debtor.

_____/

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM <u>March 1, 2012</u> through <u>March 31, 2012</u>

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.

_____
Attorney for Debtor's Signature

Debtor's Address                                 Attorney's Address
and Phone Number:                                and Phone Number:

<u>100 Main Street, Suite 206</u>                        <u>101 E. Kennedy Boulevard</u>

<u>Safety Harbor, FL 34695-3668</u>                      <u>Suite 2800</u>

<u>727- 736-8622</u>                                      <u>Tampa, FL 33602</u>

_____                  <u>813-229-7600</u>

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)    Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs) http://www.usdoj.gov/ust/

MOR-1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

### FOR THE PERIOD BEGINNING March 1, 2012 AND ENDING March 31, 2012

Name of Debtor: Athena Development, LLC
Date of Petition: January 3, 2012

Case Number 8:12-bk-00011-MGW

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 6865,58 (a) | 199,45 (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | | |
| C. Other Receipts (See MOR-3) | -0- | 11,250.00 |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | -0- | 11,250.00 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | 6865,58 | 11,449,45 |
| | | |
| 5. DISBURSEMENTS | | |
| A. Advertising | | |
| B. Bank Charges | 2,50 | 192,14 |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | | |
| F. Inventory Payments (See Attach. 2) | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | |
| J. Payroll - Net (See Attachment 4B) | | |
| K. Professional Fees (Accounting & Legal) | | |
| L. Rent | | |
| M. Repairs & Maintenance | 762,52 | 4509,05 |
| N. Secured Creditor Payments (See Attach. 2) | 2804,42 | 2804,42 |
| O. Taxes Paid - Payroll (See Attachment 4C) | | |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | | |
| Q. Taxes Paid - Other (See Attachment 4C) | | |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | 1720,96 | 2368,66 |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses (See MOR-3) | | |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | 5290,40 | 9874,27 |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | 1575,18 (c) | 1575,18 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This __18__ day of __APRIL__, 2012.

William E. Touloupis, as Managing Member of
Athena Development, LLC

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c)These two amounts will always be the same if form is completed correctly.

MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| S/T LOAN FROM OLYMPIA | O | 11,250.00 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | 11,250.00 |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| SEE ATTACHED | 5,290.40 | 9874.27 |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | 5,290.40 | 9874.27 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

3:27 PM

04/18/12

Accrual Basis

## ATHENA DEVELOPMENT, LLC
## Transactions by Account
### As of March 31, 2012

| Type | Date | Num | Name | Memo | Amount | Balance |
|------|------|-----|------|------|--------|---------|
| **1103 · CHECK-WELLS FARGO-D-I-P 1/11/12** | | | | | | 6,865.58 |
| Bill Pmt -Check | 3/1/2012 | 1001 | MIDTOWN BANK & ... | 2/12 PAYMENT | -2,804.42 | 4,061.16 |
| Bill Pmt -Check | 3/1/2012 | 1009 | ALARM MONITORIN ... | 11/01-01/31/12  SECURITY SYSTEM MONITORING:   SUMMIT/ ... | -70.80 | 3,990.36 |
| Bill Pmt -Check | 3/1/2012 | 1010 | BUG-OFF EXTERMI ... | 02/01/12  PEST CONTROL: SUMMIT/LOT #1 | -48.00 | 3,942.36 |
| Bill Pmt -Check | 3/1/2012 | 1011 | COBB EMC | | -31.38 | 3,910.98 |
| Bill Pmt -Check | 3/1/2012 | 1012 | COBB EMC | | -657.16 | 3,253.82 |
| Bill Pmt -Check | 3/8/2012 | 1013 | BENWAY AND ASS... | MAR 2012 PROPERTY MAINTENANCE | -500.00 | 2,753.82 |
| Check | 3/8/2012 | | | Service Charge | -2.50 | 2,751.32 |
| Bill Pmt -Check | 3/13/2012 | 1014 | COBB EMC | AC9650970000  P/E 2/29 ELEC: SUMMIT@LOST MTN LITES | -234.67 | 2,516.65 |
| Bill Pmt -Check | 3/13/2012 | 1015 | ALARM MONITORIN ... | SECURITY SYSTEM MONITORING:   SUMMIT/ LOT #52 | -143.72 | 2,372.93 |
| Bill Pmt -Check | 3/13/2012 | 1016 | COBB EMC | | -507.46 | 1,865.47 |
| Bill Pmt -Check | 3/13/2012 | 1017 | GEORGIA NATURA... | AC002556482-2577091  01/25-02/24  NATURAL GAS- SUMMIT/... | -247.09 | 1,618.38 |
| Bill Pmt -Check | 3/13/2012 | 1018 | SCANA ENERGY | A/C 3-3101-1210-7531  01/25-02/24/12  NATURAL GAS FOR S... | -43.20 | 1,575.18 |
| Total 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12 | | | | | -5,290.40 | 1,575.18 |
| **TOTAL** | | | | | -5,290.40 | 1,575.18 |

3:43 PM

04/18/12

Accrual Basis

# ATHENA DEVELOPMENT, LLC
## Balance Sheet
### As of March 31, 2012

|  | Mar 31, 12 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1102 · TAX ESCROW-MIDTOWN | 1,608.84 |
| 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12 | 1,575.18 |
| **Total Checking/Savings** | 3,184.02 |
| **Other Current Assets** | |
| 1150 · MISC RECEIVABLE | 672.98 |
| **Total Other Current Assets** | 672.98 |
| **Total Current Assets** | 3,857.00 |
| **Fixed Assets** | |
| 1208 · LAND-MARS HILL & OLD MOUNTAIN | |
| 120800 · LAND-MARS HILL & OLD MOUNTAIN | 2,299,262.50 |
| 120801 · LAND-CONTRA | -137,955.75 |
| **Total 1208 · LAND-MARS HILL & OLD MOUNTAIN** | 2,161,306.75 |
| **Total Fixed Assets** | 2,161,306.75 |
| **Other Assets** | |
| 1310 · DEPOSITS - UTILITIES | 250.00 |
| 1610 · CIP - SITE WORK | |
| 16105 · CIP-BALDWIN NO CONTRACT MTN 3 | 205,347.22 |
| 16106 · CIP-BALDWIN NO CONTRACT MTN 2 | 91,245.00 |
| 16107 · CIP-BALDWIN PAVING CONTRACT | 326,575.86 |
| 16108 · CIP-SUMMIT-SITEWORK VEN CONTRA | 211,461.00 |
| 16109 · CIP-CONTRACT-WGE | 1,486,518.18 |
| 16110 · CIP-BUTCH THOMPSON-CONTRACT | 202,964.61 |
| 16111 · CIP-SUB-SUMMIT AT LOST MOUNTAIN | 1,995,570.64 |
| 16113 · CIP-SUMMIT LOST MNT SALES MODEL | 60,597.63 |
| 16114 · CIP-190 MARS HILL ROAD | 29,461.75 |
| 16115 · CIP-REID-WATER DIST-CONTRACT | 226,503.89 |
| 16116 · CIP-REID-STORM SEWAGE SYS-CONTR | 90,506.69 |
| 16117 · CIP-REID-SANITARY SEWER CONTRAC | 78,771.50 |
| 16118 · CIP-REID EQUIPMENT-CONTRACT | 243,586.47 |
| 16119 · CIP-REID GRADING-CONTRACT | 1,070,450.33 |
| 16120 · CIP-ECM MODULAR WALLS-CONTRACT | 67,489.20 |
| 16121 · CIP-CONST SPEC&DESIGN-POOL CONT | 38,691.00 |
| 16122 · CIP-CONTRACT-ECM SUMMIT CLUBHOU | 27,158.20 |
| 16124 · CIP-LIGHTPOLES-SUMMIT | 62,730.00 |
| 16126 · CIP-CONTRACT-BALDWIN NO #4 ASPH | 49,234.69 |
| 16127 · CONTRA-SITE WORK | -386,143.97 |
| **Total 1610 · CIP - SITE WORK** | 6,178,719.89 |
| 1611 · CIP-MARS HILL & OLD MOUNTAIN | |
| 16150 · CIP-LOTS AT THE SUMMIT | |
| 161501 · CIP-LOT #1 THE SUMMIT | -1,182,424.56 |
| 161504 · CIP-LOT #4 THE SUMMIT | |
| 161504A · CIP-LOT #4-NGC CONTRACT | 1,517,980.78 |
| 161504B · CIP-LOT #4 - OTHER | 195,717.19 |
| 161504C · CONTRA-LOT #4 | -1,713,697.97 |
| **Total 161504 · CIP-LOT #4 THE SUMMIT** | 0.00 |
| 161531 · CIP-LOT #31 THE SUMMIT | 1,350.40 |
| 161532 · CIP-LOT #32 THE SUMMIT | -128,356.87 |
| 161533 · CIP-LOT #33 THE SUMMIT | |
| 161533A · CIP-LOT #33-NGC CONTRACT | 696,908.28 |
| 161533B · CIP-LOT #33 - OTHER | 32,423.56 |
| 161533C · CONTRA-LOT #33 | -729,331.84 |
| **Total 161533 · CIP-LOT #33 THE SUMMIT** | 0.00 |

3:43 PM

04/18/12

Accrual Basis

# ATHENA DEVELOPMENT, LLC
## Balance Sheet
### As of March 31, 2012

|  | Mar 31, 12 |
|---|---:|
| 161534 · CIP-LOT #34 THE SUMMIT | |
| 161534A · CIP-LOT #34-NGC CONTRACT | 6,951.19 |
| 161534B · CIP-LOT #34 - OTHER | 6,595.73 |
| **Total 161534 · CIP-LOT #34 THE SUMMIT** | 13,546.92 |
| 161538 · CIP-LOT #38 - THE SUMMIT | 362.50 |
| 161539 · CIP-LOT #39 - THE SUMMIT | 362.50 |
| 161544 · CIP-LOT #44 THE SUMMIT | 4,841.42 |
| 161550 · CIP-LOT #50 SUMMIT | |
| 161550A · CIP-LOT #50-NGC CONTRACT` | 110,710.24 |
| 161550B · CIP-LOT # 50 - OTHER | 9,581.37 |
| **Total 161550 · CIP-LOT #50 SUMMIT** | 120,291.61 |
| 161551 · CIP-LOT #51 SUMMIT | |
| 161551A · CIP-LOT #51-NGC CONTRACT | 841,870.43 |
| 161551B · CIP-LOT # 51 - OTHER | 44,639.07 |
| 161551C · CONTRA-LOT #51 | -886,509.50 |
| **Total 161551 · CIP-LOT #51 SUMMIT** | 0.00 |
| 161552 · CIP-LOT # 52 THE SUMMIT | |
| 161552A · CIP-LOT #52- NGC CONTRACT | 962,666.12 |
| 161552B · CIP-LOT #52 - OTHER | 105,310.83 |
| **Total 161552 · CIP-LOT # 52 THE SUMMIT** | 1,067,976.95 |
| **Total 16150 · CIP-LOTS AT THE SUMMIT** | -102,049.13 |
| **Total 1611 · CIP-MARS HILL & OLD MOUNTAIN** | -102,049.13 |
| 16112 · CIP-HOUSE-SUMMIT AT LOST MOUNTA | 835,160.34 |
| 16123 · CIP-CONTRACT-HOME DEPOT | 219,000.00 |
| 16125 · CIP-WATER TANK | |
| 161250 · CIP-CONT-ALLSOUTH-WATER TANK | 707,022.33 |
| 161251 · CIP-WATER TANK-OTHER | 14,424.03 |
| **Total 16125 · CIP-WATER TANK** | 721,446.36 |
| **Total Other Assets** | 7,852,527.46 |
| **TOTAL ASSETS** | **10,017,691.21** |
| LIABILITIES & EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2000 · Accounts Payable | 46,188.95 |
| **Total Accounts Payable** | 46,188.95 |
| Other Current Liabilities | |
| 2102 · ACCRUED EXPENSES | 64,145.06 |
| 2352 · N/P-LOT #52-MIDTOWN BANK | 732,844.41 |
| 2360 · N/P-FLAGSTAR-LOTS 33 & 51 | 556,835.50 |
| **Total Other Current Liabilities** | 1,353,824.97 |
| **Total Current Liabilities** | 1,400,013.92 |
| Long Term Liabilities | |
| 2400 · N/P-OLYMPIA DEVELOPMENT GROUP | 10,247,928.78 |
| 2601 · N/P BB & T - THE SUMMIT | 3,399,085.70 |
| **Total Long Term Liabilities** | 13,647,014.48 |
| **Total Liabilities** | 15,047,028.40 |

3:43 PM

04/18/12

Accrual Basis

# ATHENA DEVELOPMENT, LLC
## Balance Sheet
### As of March 31, 2012

|  | Mar 31, 12 |
|---|---|
| **Equity** | |
| 3900 · RETAINED EARNINGS | -5,015,924.80 |
| Net Income | -13,412.39 |
| **Total Equity** | -5,029,337.19 |
| **TOTAL LIABILITIES & EQUITY** | 10,017,691.21 |

3:44 PM

04/18/12

Accrual Basis

# ATHENA DEVELOPMENT, LLC
## Profit & Loss
### January through March 2012

| | Jan - Mar 12 |
|---|---|
| **Income** | 0.00 |
| **Expense** | |
| 52023 · MAINT - BUILDINGS & GROUNDS | 6,333.05 |
| 52112 · TELEPHONE | 195.72 |
| 52114 · UTILITIES | 1,619.74 |
| 52118 · MEMBERSHIPS, DUES,SUBSCRIPTIO... | 1,071.74 |
| 52126 · PRINTING-PHOTOS | 189.64 |
| 5305 · INTEREST - INVESTMENT PROPERTY | 4,000.00 |
| 5313 · BANK CHARGES | 2.50 |
| **Total Expense** | 13,412.39 |
| **Net Income** | -13,412.39 |

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: <u>Athena Development, LLC</u>     Case Number: <u>8:12-bk-00011-MGW</u>

Reporting Period beginning <u>March 1, 2010</u>     Period ending <u>March 31, 2012</u>

ACCOUNTS RECEIVABLE AT PETITION DATE: _____<u>NONE</u>_____

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

|  | | |
|---|---|---|
| Beginning of Month Balance | $ _____ | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $ _____ | (b) |
| PLUS/MINUS: Adjustments or Write-offs | $ _____ | * |
| End of Month Balance | $ _____ | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ | $ _____ (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| <u>Customer</u> | Receivable <u>Date</u> | <u>Status</u> (Collection efforts taken, estimate of collectability, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | |

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

## ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: Athena Development, LLC      Case Number: 8:12-bk-00011-MGW

Reporting Period beginning March 1, 2012      Period ending March 31, 2012

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____ (b)

☐ Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ 4688.65 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ 5103.36 | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $ 5290.40 | |
| PLUS/MINUS: Adjustments | $ 2.50 | * |
| Ending Month Balance | $ 4504.11 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| MIDTOWN | 2804.42 | 2804.42 | 0 | 0 |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | 2804.42 (d) | | |

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

3:50 PM
04/18/12

## ATHENA DEVELOPMENT, LLC
## Vendor Balance Detail
### As of March 31, 2012

| Type | Date | Num | Memo | Amount |
|------|------|-----|------|--------|
| **ALARM MONITORING SERVICE OF ATLANTA** | | | | |
| Bill | 2/22/2012 | 11989 | 11/01-01/31/12  SECURITY SYSTEM MONITO... | 70.80 |
| Bill Pmt -Check | 3/1/2012 | 1009 | 11/01-01/31/12  SECURITY SYSTEM MONITO... | -70.80 |
| Bill | 3/13/2012 | 11990 | SECURITY SYSTEM MONITORING:    SUMMI... | 143.72 |
| Bill Pmt -Check | 3/13/2012 | 1015 | SECURITY SYSTEM MONITORING:    SUMMI... | -143.72 |
| Total ALARM MONITORING SERVICE OF ATLANTA | | | | 0.00 |
| **BENWAY AND ASSOCIATES, LLC** | | | | |
| Bill | 3/6/2012 | | MAR 2012 PROPERTY MAINTENANCE | 500.00 |
| Bill Pmt -Check | 3/6/2012 | 1013 | MAR 2012 PROPERTY MAINTENANCE | -500.00 |
| Total BENWAY AND ASSOCIATES, LLC | | | | 0.00 |
| **BUG-OFF EXTERMINATORS, INC.** | | | | |
| Bill | 2/3/2012 | 01-07... | 02/01/12  PEST CONTROL: SUMMIT/LOT #1 | 48.00 |
| Bill Pmt -Check | 3/1/2012 | 1010 | 02/01/12  PEST CONTROL: SUMMIT/LOT #1 | -48.00 |
| Total BUG-OFF EXTERMINATORS, INC. | | | | 0.00 |
| **COBB COUNTY TAX COMMISSIONER** | | | | |
| Total COBB COUNTY TAX COMMISSIONER | | | | |
| **COBB COUNTY WATER SYSTEM** | | | | |
| Bill | 1/24/2012 | AC 0... | AC 000342267-0265272  P/E 01/24 BASIC WA... | 7.00 |
| Bill | 1/24/2012 | AC 0... | AC 000390463-0276689  P/E 01/24 BASIC WA... | 7.00 |
| Bill | 1/24/2012 | AC 0... | AC 000360818-0273739  P/E 01/24 BASIC WA... | 19.00 |
| Bill Pmt -Check | 2/2/2012 | 1002 | | -66.00 |
| Bill | 2/17/2012 | AC00... | AC000342267-02652722  P/E 02/22 BASIC W... | 7.00 |
| Bill | 2/17/2012 | AC00... | AC000360818-02737393  P/E 02/22 BASIC W... | 19.00 |
| Bill | 2/22/2012 | AC00... | AC000390463-02766899  P/E 02/22 BASIC W... | 7.00 |
| Total COBB COUNTY WATER SYSTEM | | | | 0.00 |
| **COBB EMC** | | | | |
| Bill | 1/3/2012 | AC 3... | AC 3050350000  12/02-01/03/12  ELECTRIC:  ... | 195.82 |
| Bill | 1/3/2012 | AC 8... | AC 8776581731  12/02-01/03/12 ELECTRIC: S... | 88.48 |
| Bill | 1/3/2012 | AC 9... | AC 9659370000  P/E 1/02/12 ELECTRIC: SU... | 234.67 |
| Bill | 1/4/2012 | AC 9... | AC 9319731171  12/02-01/03/12 ELECTRIC: ... | 15.71 |
| Bill | 2/1/2012 | AC 9... | AC 9659370000  ELECTRIC: SUMMIT/SECU... | 234.67 |
| Bill | 2/2/2012 | AC 9... | AC 9319731171  1/03/12-02/01/12  ELECTRIC... | 15.67 |
| Bill | 2/2/2012 | AC 8... | AC 8776581731  1/03/12-02/01/12  ELECTRIC... | 99.34 |
| Bill | 2/2/2012 | AC 3... | AC 3050350000  1/03/12-02/01/12  ELECTRIC... | 358.58 |
| Bill Pmt -Check | 2/2/2012 | 1003 | VOID: | 0.00 |
| Credit | 2/27/2012 | AC30... | AC3050350000  12/02-02/01/12  ELECTRIC - S... | -569.20 |
| Bill Pmt -Check | 3/1/2012 | 1011 | | -31.38 |
| Bill Pmt -Check | 3/1/2012 | 1012 | | -657.16 |
| Bill | 3/1/2012 | AC30... | AC3050350000 REPAYMENT OF LOST DISC... | 14.80 |
| Bill | 3/1/2012 | AC96... | AC9659370000 P/E 2/29 ELEC: SUMMIT@LO... | 234.67 |
| Bill | 3/2/2012 | AC93... | AC9319731171  2/01-3/01/12  ELEC: SUMMIT... | 16.43 |
| Bill | 3/2/2012 | AC30... | AC3050350000  2/01-3/01/12  ELEC: SUMMIT/... | 385.99 |
| Bill | 3/3/2012 | AC87... | AC8776581731  2/01-3/01/12  ELEC: SUMMIT/... | 105.04 |
| Bill Pmt -Check | 3/13/2012 | 1014 | AC9659370000 P/E 2/29 ELEC: SUMMIT@LO... | -234.67 |
| Bill Pmt -Check | 3/13/2012 | 1016 | | -507.46 |
| Total COBB EMC | | | | 0.00 |
| **COMCAST** | | | | |
| Bill | 1/17/2012 | | AC 8220111102041920  01/23-02/22/12  CABL... | 77.91 |
| Bill Pmt -Check | 2/2/2012 | 1004 | | -155.82 |
| Bill | 2/17/2012 | | AC 8220111102041920  02/23-03/22/12  CABL... | 77.91 |
| Total COMCAST | | | | 0.00 |
| **CONSTRUCTION SPECIALTIES & DESIGN, INC.** | | | | |
| Bill | 1/4/2012 | 7641 | 12/05 & 12/19  POOL CLEANING + CHEMICA... | 98.53 |
| Bill Pmt -Check | 2/2/2012 | 1005 | 12/05 & 12/19  POOL CLEANING + CHEMICA... | -98.53 |
| Total CONSTRUCTION SPECIALTIES & DESIGN, INC. | | | | 0.00 |

# ATHENA DEVELOPMENT, LLC
## Vendor Balance Detail
### As of March 31, 2012

| Type | Date | Num | Memo | Amount |
|------|------|-----|------|--------|
| **GEORGIA NATURAL GAS** | | | | |
| Bill | 1/6/2012 | AC00... | AC002556482-2577091  11/26-12/27  NATUR... | 201.63 |
| Bill Pmt -Check | 2/2/2012 | 1006 | | -405.93 |
| Bill | 2/6/2012 | | AC002556482-2577091  12/27-01/25  NATUR... | 204.30 |
| Bill | 3/13/2012 | | AC002556482-2577091  01/25-02/24  NATUR... | 247.09 |
| Bill Pmt -Check | 3/13/2012 | 1017 | AC002556482-2577091  01/25-02/24  NATUR... | -247.09 |
| Total GEORGIA NATURAL GAS | | | | 0.00 |
| **JASKE.COM** | | | | |
| Bill | 1/15/2012 | 1001... | 01/15-02/15/12 HOSTING - RIPPLE MONTHL... | 19.95 |
| Bill Pmt -Check | 2/2/2012 | 1007 | 01/15-02/15/12 HOSTING - RIPPLE MONTHL... | -19.95 |
| Bill | 2/15/2012 | 1001... | 02/15-03/15/12 HOSTING - RIPPLE MONTHL... | 19.95 |
| Total JASKE.COM | | | | 19.95 |
| **LOST MOUNTAIN PROPERTY OWNERS' ASSOC. INC** | | | | |
| Bill | 1/20/2012 | 11 | 2012 PROPERTY OWNERS ASSOC., ANNUA... | 1,071.74 |
| Total LOST MOUNTAIN PROPERTY OWNERS' ASSOC. INC | | | | 1,071.74 |
| **MIDTOWN BANK & TRUST COMPANY** | | | | |
| Bill | 2/22/2012 | | 2/12 PAYMENT | 2,804.42 |
| Bill Pmt -Check | 3/1/2012 | 1001 | 2/12 PAYMENT | -2,804.42 |
| Bill | 3/1/2012 | | 3/12 PAYMENT | 2,804.42 |
| Total MIDTOWN BANK & TRUST COMPANY | | | | 2,804.42 |
| **PHILLIPS LANDSCAPE** | | | | |
| Bill | 1/26/2012 | 41847 | JAN 2012 EXTERIOR LANDSCAPE MAINT: S... | 608.00 |
| Bill | 1/26/2012 | 41138 | SEPT 2011 EXTERIOR LANDSCAPE MAINT: ... | 608.00 |
| Bill | 1/26/2012 | 41292 | OCT 2011 EXTERIOR LANDSCAPE MAINT: S... | 608.00 |
| Bill | 1/26/2012 | 41498 | NOV 2011 EXTERIOR LANDSCAPE MAINT: S... | 608.00 |
| Bill | 1/26/2012 | 41689 | DEC 2011 EXTERIOR LANDSCAPE MAINT: S... | 608.00 |
| Bill | 2/1/2012 | 42016 | FEB 2012 EXTERIOR LANDSCAPE MAINT: S... | 608.00 |
| Bill Pmt -Check | 2/2/2012 | 1008 | | -3,648.00 |
| Bill | 3/1/2012 | 42283 | MAR 2012 EXTERIOR LANDSCAPE MAINT: S... | 608.00 |
| Total PHILLIPS LANDSCAPE | | | | 608.00 |
| **SCANA ENERGY** | | | | |
| Bill | 3/13/2012 | | A/C 3-3101-1210-7531  01/25-02/24/12  NATU... | 43.20 |
| Bill Pmt -Check | 3/13/2012 | 1018 | A/C 3-3101-1210-7531  01/25-02/24/12  NATU... | -43.20 |
| Total SCANA ENERGY | | | | 0.00 |
| **TOTAL** | | | | 4,504.11 |

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: Athena Development, LLC

Case Number: 8:12-bk-00011-MGW

Reporting Period beginning March 1, 2012

Period ending March 31, 2012

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:  $ _N/A_

INVENTORY RECONCILIATION:

Inventory Balance at Beginning of Month        $ _____ (a)

PLUS: Inventory Purchased During Month        $ _____

MINUS: Inventory Used or Sold                 $ _____

PLUS/MINUS: Adjustments or Write-downs        $ _____ *

Inventory on Hand at End of Month             $ _____

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | | Total Inventory |
|---|---|---|---|---|---|
| _____% | _____% | _____% | _____% | = | _____100%* |

* Aging Percentages must equal 100%.

☐  Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _10,013,834_ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _LAND & IMPROVEMENTS_

_____

FIXED ASSETS RECONCILIATION:

Fixed Asset Book Value at Beginning of Month      $ _10,013,834_ (a)(b)

MINUS: Depreciation Expense                       $ _0_

PLUS: New Purchases                               $ _0_

PLUS/MINUS: Adjustments or Write-downs            $ _____ *

Ending Monthly Balance                            $ _10,013,834_

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _NONE_

_____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
balance as of the petition date.

(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

### ATTACHMENT 4A

### MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: <u>Athena Development, LLC</u>   Case Number: <u>8:12-bk-00011-MGW</u>

Reporting Period beginning <u>March 1, 2012</u>   Period ending <u>March 31, 2012</u>

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: _WELLS FARGO_   BRANCH: _____

ACCOUNT NAME: _D·I·P 1/4/12_   ACCOUNT NUMBER: _3524508391_

PURPOSE OF ACCOUNT: _____OPERATING_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | _13,572.68_ |
| Plus Total Amount of Outstanding Deposits | $ | _4,000.00_ |
| Minus Total Amount of Outstanding Checks and other Debits | $ | _14,285.44_ * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | _3,287.24_ **(a) |

*Debit cards are used by_____NONE_____

**If Closing Balance is negative, provide explanation:_____

The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | NONE | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____ Transferred to Payroll Account
$_____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

4:26 PM

04/18/12

Accrual Basis

# ATHENA DEVELOPMENT, LLC
## Balance Sheet
### As of April 6, 2012

|  | Apr 6, 12 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1102 · TAX ESCROW-MIDTOWN | 2,413.26 |
| 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12 | 3,287.24 |
| **Total Checking/Savings** | 5,700.50 |
| **Other Current Assets** | |
| 1150 · MISC RECEIVABLE | 672.98 |
| **Total Other Current Assets** | 672.98 |
| **Total Current Assets** | 6,373.48 |
| **Fixed Assets** | |
| **1208 · LAND-MARS HILL & OLD MOUNTAIN** | |
| 120800 · LAND-MARS HILL & OLD MOUNTAIN | 2,299,262.50 |
| 120801 · LAND-CONTRA | -137,955.75 |
| **Total 1208 · LAND-MARS HILL & OLD MOUNTAIN** | 2,161,306.75 |
| **Total Fixed Assets** | 2,161,306.75 |
| **Other Assets** | |
| 1310 · DEPOSITS - UTILITIES | 250.00 |
| **1610 · CIP - SITE WORK** | |
| 16105 · CIP-BALDWIN NO CONTRACT MTN 3 | 205,347.22 |
| 16106 · CIP-BALDWIN NO CONTRACT MTN 2 | 91,245.00 |
| 16107 · CIP-BALDWIN PAVING CONTRACT | 326,575.86 |
| 16108 · CIP-SUMMIT-SITEWORK VEN CONTRA | 211,461.00 |
| 16109 · CIP-CONTRACT-WGE | 1,486,518.18 |
| 16110 · CIP-BUTCH THOMPSON-CONTRACT | 202,964.61 |
| 16111 · CIP-SUB-SUMMIT AT LOST MOUNTAIN | 1,995,570.64 |
| 16113 · CIP-SUMMIT LOST MNT SALES MODEL | 60,597.63 |
| 16114 · CIP-190 MARS HILL ROAD | 29,461.75 |
| 16115 · CIP-REID-WATER DIST-CONTRACT | 226,503.89 |
| 16116 · CIP-REID-STORM SEWAGE SYS-CONTR | 90,506.69 |
| 16117 · CIP-REID-SANITARY SEWER CONTRAC | 78,771.50 |
| 16118 · CIP-REID EQUIPMENT-CONTRACT | 243,586.47 |
| 16119 · CIP-REID GRADING-CONTRACT | 1,070,450.33 |
| 16120 · CIP-ECM MODULAR WALLS-CONTRACT | 67,489.20 |
| 16121 · CIP-CONST SPEC&DESIGN-POOL CONT | 38,691.00 |
| 16122 · CIP-CONTRACT-ECM SUMMIT CLUBHOU | 27,158.20 |
| 16124 · CIP-LIGHTPOLES-SUMMIT | 62,730.00 |
| 16126 · CIP-CONTRACT-BALDWIN NO #4 ASPH | 49,234.69 |
| 16127 · CONTRA-SITE WORK | -386,143.97 |
| **Total 1610 · CIP - SITE WORK** | 6,178,719.89 |
| **1611 · CIP-MARS HILL & OLD MOUNTAIN** | |
| **16150 · CIP-LOTS AT THE SUMMIT** | |
| 161501 · CIP-LOT #1 THE SUMMIT | -1,182,424.56 |
| **161504 · CIP-LOT #4 THE SUMMIT** | |
| 161504A · CIP-LOT #4-NGC CONTRACT | 1,517,980.78 |
| 161504B · CIP-LOT #4 - OTHER | 195,717.19 |
| 161504C · CONTRA-LOT #4 | -1,713,697.97 |
| **Total 161504 · CIP-LOT #4 THE SUMMIT** | 0.00 |
| 161531 · CIP-LOT #31 THE SUMMIT | 1,350.40 |
| 161532 · CIP-LOT #32 THE SUMMIT | -128,356.87 |
| **161533 · CIP-LOT #33 THE SUMMIT** | |
| 161533A · CIP-LOT #33-NGC CONTRACT | 696,908.28 |
| 161533B · CIP-LOT #33 - OTHER | 32,423.56 |
| 161533C · CONTRA-LOT #33 | -729,331.84 |
| **Total 161533 · CIP-LOT #33 THE SUMMIT** | 0.00 |

4:23 PM
04/18/12

# ATHENA DEVELOPMENT, LLC
## Reconciliation Summary
### 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12, Period Ending 04/06/2012

| | Apr 6, 12 |
|---|---|
| **Beginning Balance** | 4,588.71 |
| **Cleared Transactions** | |
| Checks and Payments - 12 items | -3,016.03 |
| Deposits and Credits - 1 item | 12,000.00 |
| **Total Cleared Transactions** | 8,983.97 |
| **Cleared Balance** | 13,572.68 |
| **Uncleared Transactions** | |
| Checks and Payments - 4 items | -14,285.44 |
| Deposits and Credits - 2 items | 4,000.00 |
| **Total Uncleared Transactions** | -10,285.44 |
| **Register Balance as of 04/06/2012** | 3,287.24 |
| **New Transactions** | |
| Checks and Payments - 3 items | -844.95 |
| **Total New Transactions** | -844.95 |
| **Ending Balance** | 2,442.29 |

4:23 PM

04/18/12

# ATHENA DEVELOPMENT, LLC
## Reconciliation Detail
### 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12, Period Ending 04/06/2012

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 4,588.71 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 12 items** | | | | | | |
| Bill Pmt -Check | 2/2/2012 | 1006 | GEORGIA NATUR... | X | -405.93 | -405.93 |
| Bill Pmt -Check | 2/2/2012 | 1004 | COMCAST | X | -155.82 | -561.75 |
| Bill Pmt -Check | 2/2/2012 | 1005 | CONSTRUCTION ... | X | -98.53 | -660.28 |
| Bill Pmt -Check | 2/2/2012 | 1007 | JASKE.COM | X | -19.95 | -680.23 |
| Bill Pmt -Check | 3/1/2012 | 1012 | COBB EMC | X | -657.16 | -1,337.39 |
| Bill Pmt -Check | 3/6/2012 | 1013 | BENWAY AND AS... | X | -500.00 | -1,837.39 |
| Bill Pmt -Check | 3/13/2012 | 1016 | COBB EMC | X | -507.46 | -2,344.85 |
| Bill Pmt -Check | 3/13/2012 | 1017 | GEORGIA NATUR... | X | -247.09 | -2,591.94 |
| Bill Pmt -Check | 3/13/2012 | 1014 | COBB EMC | X | -234.67 | -2,826.61 |
| Bill Pmt -Check | 3/13/2012 | 1015 | ALARM MONITORI... | X | -143.72 | -2,970.33 |
| Bill Pmt -Check | 3/13/2012 | 1018 | SCANA ENERGY | X | -43.20 | -3,013.53 |
| Check | 4/5/2012 | | | X | -2.50 | -3,016.03 |
| **Total Checks and Payments** | | | | | -3,016.03 | -3,016.03 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 4/2/2012 | | | X | 12,000.00 | 12,000.00 |
| **Total Deposits and Credits** | | | | | 12,000.00 | 12,000.00 |
| **Total Cleared Transactions** | | | | | 8,983.97 | 8,983.97 |
| **Cleared Balance** | | | | | 8,983.97 | 13,572.68 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Bill Pmt -Check | 4/2/2012 | 1020 | MIDTOWN BANK &... | | -2,804.42 | -2,804.42 |
| Bill Pmt -Check | 4/2/2012 | 1019 | MIDTOWN BANK &... | | -2,804.42 | -5,608.84 |
| Bill Pmt -Check | 4/5/2012 | 1021 | BB&T MORTGAGE... | | -8,476.60 | -14,085.44 |
| Bill Pmt -Check | 4/5/2012 | 1022 | BILL SAYNE | | -200.00 | -14,285.44 |
| **Total Checks and Payments** | | | | | -14,285.44 | -14,285.44 |
| **Deposits and Credits - 2 items** | | | | | | |
| Bill Pmt -Check | 2/2/2012 | 1003 | COBB EMC | | 0.00 | 0.00 |
| Deposit | 4/6/2012 | | | | 4,000.00 | 4,000.00 |
| **Total Deposits and Credits** | | | | | 4,000.00 | 4,000.00 |
| **Total Uncleared Transactions** | | | | | -10,285.44 | -10,285.44 |
| **Register Balance as of 04/06/2012** | | | | | -1,301.47 | 3,287.24 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Bill Pmt -Check | 4/18/2012 | 1023 | BENWAY AND AS... | | -500.00 | -500.00 |
| Bill Pmt -Check | 4/18/2012 | 1025 | U.S. TRUSTEE | | -325.00 | -825.00 |
| Bill Pmt -Check | 4/18/2012 | 1024 | JASKE.COM | | -19.95 | -844.95 |
| **Total Checks and Payments** | | | | | -844.95 | -844.95 |
| **Total New Transactions** | | | | | -844.95 | -844.95 |
| **Ending Balance** | | | | | -2,146.42 | 2,442.29 |

# Wells Fargo Simple Business Checking

Account number: **3524508391** ∎ March 7, 2012 - April 5, 2012 ∎ Page 1 of 3



**WELLS FARGO**

DCDL11DTJ2  010077

||ı|ıl|ı|ıl|ıllı|ıl||ıı|ı|ı||ıllı|lıl||ı|ı|lıll||ıılıll|
ATHENA DEVELOPMENT LLC
DEBTOR IN POSSESSION
CH.11 CASE#12-00011 (MFL)
100 MAIN ST STE 206
SAFETY HARBOR FL 34695-3668

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

As our way of saying thank you to our business customers, Wells Fargo is
extending money-saving offers on many of our business accounts and services
between April 16 and June 30, 2012. For details on these limited-time offers, stop
by any Wells Fargo location, visit us online at wellsfargo.com/appreciation, or call
us at 877-436-4170.

## Account options

A check mark in the box indicates you have these convenient
services with your account. Go to wellsfargo.com/biz or call
the number above if you have questions or if you would like
to add new services.

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/7 | $4,588.71 |
| Deposits/Credits | 12,000.00 |
| Withdrawals/Debits | - 3,016.03 |
| **Ending balance on 4/5** | **$13,572.68** |
| Average ledger balance this period | $3,657.92 |

Account number: **3524508391**

**ATHENA DEVELOPMENT LLC**
**DEBTOR IN POSSESSION**
**CH.11 CASE#12-00011 (MFL)**
*Florida account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN):  063107513

For Wire Transfers use
Routing Number (RTN):  121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you
would like more information regarding Overdraft Protection and
eligibility requirements please call the number listed at the top of
your statement or visit your Wells Fargo branch.

DCDL11DTJ2 010077 NNNNNNNNNNNN NNN 001 002 287 040937 1023764,2.1.1

Account number: **3524508391** ▪ March 7, 2012 - April 5, 2012 ▪ Page 2 of 3



WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/7 | 1005 | Check | | 98.53 | 4,490.18 |
| 3/8 | 1012 | Check | | 657.16 | |
| 3/8 | 1004 | Check | | 155.82 | 3,677.20 |
| 3/9 | 1013 | Check | | 500.00 | |
| 3/9 | 1006 | Check | | 405.93 | 2,771.27 |
| 3/12 | 1007 | Check | | 19.95 | 2,751.32 |
| 3/16 | 1016 | Check | | 507.46 | |
| 3/16 | 1014 | Check | | 234.67 | |
| 3/16 | 1018 | Check | | 43.20 | 1,965.99 |
| 3/19 | 1017 | Check | | 247.09 | |
| 3/19 | 1015 | Check | | 143.72 | 1,575.18 |
| 4/2 | | Deposit | 12,000.00 | | 13,575.18 |
| 4/5 | | Monthly Service Fee | | 2.50 | 13,572.68 |
| **Ending balance on 4/5** | | | | | **13,572.68** |
| **Totals** | | | **$12,000.00** | **$3,016.03** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1004 | 3/8 | 155.82 | 1012 * | 3/8 | 657.16 | 1016 | 3/16 | 507.46 |
| 1005 | 3/7 | 98.53 | 1013 | 3/9 | 500.00 | 1017 | 3/19 | 247.09 |
| 1006 | 3/9 | 405.93 | 1014 | 3/16 | 234.67 | 1018 | 3/16 | 43.20 |
| 1007 | 3/12 | 19.95 | 1015 | 3/19 | 143.72 | | | |

*\* Gap in check sequence.*

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Paid and Deposited Items | 12 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

<u>**ATTACHMENT 5A**</u>

**<u>CHECK REGISTER - OPERATING ACCOUNT</u>**

Name of Debtor: <u>Athena Development, LLC</u>    Case Number: <u>8:12-bk-00011-MGW</u>

Reporting Period beginning <u>March 1, 2012</u>    Period ending <u>March 31, 2012</u>

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: ____<u>OPERATING</u>_____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | *SEE ATTACHED* | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                          $_____

4:38 PM
04/18/12

# ATHENA DEVELOPMENT, LLC
## Check Detail
### March 2012

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| Check | | 3/6/2012 | | | 1103 · CHECK-W... | | -2.50 |
| | | | | | 5313 · BANK CHA... | -2.50 | 2.50 |
| TOTAL | | | | | | -2.50 | 2.50 |
| | | | | | | | |
| Bill Pmt -Check | 1001 | 3/1/2012 | MIDTOWN BANK ... | | 1103 · CHECK-W... | | -2,804.42 |
| Bill | | 2/22/2012 | LOT #52 SUMMIT | | 5305 · INTEREST ... | -2,000.00 | 2,000.00 |
| | | | LOT #52 SUMMIT | | 1102 · TAX ESCR... | -804.42 | 804.42 |
| TOTAL | | | | | | -2,804.42 | 2,804.42 |
| | | | | | | | |
| Bill Pmt -Check | 1009 | 3/1/2012 | ALARM MONITOR... | | 1103 · CHECK-W... | | -70.80 |
| Bill | 11989 | 2/22/2012 | LOT #1 | | 52023 · MAINT - B... | -70.80 | 70.80 |
| TOTAL | | | | | | -70.80 | 70.80 |
| | | | | | | | |
| Bill Pmt -Check | 1010 | 3/1/2012 | BUG-OFF EXTER... | | 1103 · CHECK-W... | | -48.00 |
| Bill | 01-07... | 2/3/2012 | LOT #1 | | 52023 · MAINT - B... | -48.00 | 48.00 |
| TOTAL | | | | | | -48.00 | 48.00 |
| | | | | | | | |
| Bill Pmt -Check | 1011 | 3/1/2012 | COBB EMC | | 1103 · CHECK-W... | | -31.38 |
| Bill | AC 9... | 1/4/2012 | GUARD SHED | | 52114 · UTILITIES | -15.71 | 15.71 |
| Bill | AC 9... | 2/2/2012 | GUARD SHED | | 52114 · UTILITIES | -15.67 | 15.67 |
| TOTAL | | | | | | -31.38 | 31.38 |
| | | | | | | | |
| Bill Pmt -Check | 1012 | 3/1/2012 | COBB EMC | | 1103 · CHECK-W... | | -657.16 |
| Bill | AC 8... | 1/3/2012 | LOT #52 SUMMIT | | 52114 · UTILITIES | -88.48 | 88.48 |
| Bill | AC 9... | 1/3/2012 | ENTRANCE | | 52114 · UTILITIES | -234.67 | 234.67 |
| Bill | AC 9... | 2/1/2012 | MARS HILL & OL... | | 52114 · UTILITIES | -234.67 | 234.67 |
| Bill | AC 8... | 2/2/2012 | LOT #52 SUMMIT | | 52114 · UTILITIES | -99.34 | 99.34 |
| TOTAL | | | | | | -657.16 | 657.16 |
| | | | | | | | |
| Bill Pmt -Check | 1013 | 3/6/2012 | BENWAY AND AS... | | 1103 · CHECK-W... | | -500.00 |
| Bill | | 3/6/2012 | MARS HILL & OL... | | 52023 · MAINT - B... | -500.00 | 500.00 |
| TOTAL | | | | | | -500.00 | 500.00 |
| | | | | | | | |
| Bill Pmt -Check | 1014 | 3/13/2012 | COBB EMC | | 1103 · CHECK-W... | | -234.67 |
| Bill | AC96... | 3/1/2012 | ENTRANCE | | 52114 · UTILITIES | -234.67 | 234.67 |
| TOTAL | | | | | | -234.67 | 234.67 |
| | | | | | | | |
| Bill Pmt -Check | 1015 | 3/13/2012 | ALARM MONITOR... | | 1103 · CHECK-W... | | -143.72 |
| Bill | 11990 | 3/13/2012 | LOT #52 SUMMIT | | 52023 · MAINT - B... | -143.72 | 143.72 |
| TOTAL | | | | | | -143.72 | 143.72 |
| | | | | | | | |
| Bill Pmt -Check | 1016 | 3/13/2012 | COBB EMC | | 1103 · CHECK-W... | | -507.46 |
| Bill | AC93... | 3/2/2012 | GUARD SHED | | 52114 · UTILITIES | -16.43 | 16.43 |
| Bill | AC30... | 3/2/2012 | LOT #1 | | 52114 · UTILITIES | -385.99 | 385.99 |
| Bill | AC87... | 3/3/2012 | LOT #52 SUMMIT | | 52114 · UTILITIES | -105.04 | 105.04 |
| TOTAL | | | | | | -507.46 | 507.46 |

4:38 PM
04/18/12

# ATHENA DEVELOPMENT, LLC
## Check Detail
### March 2012

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| Bill Pmt -Check | 1017 | 3/13/2012 | GEORGIA NATUR... | | 1103 · CHECK-W... | | -247.09 |
| Bill | | 3/13/2012 | LOT #52 SUMMIT | | 52114 · UTILITIES | -247.09 | 247.09 |
| TOTAL | | | | | | -247.09 | 247.09 |
| | | | | | | | |
| Bill Pmt -Check | 1018 | 3/13/2012 | SCANA ENERGY | | 1103 · CHECK-W... | | -43.20 |
| Bill | | 3/13/2012 | LOT #1 | | 52114 · UTILITIES | -43.20 | 43.20 |
| TOTAL | | | | | | -43.20 | 43.20 |

*290.40*

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor: Athena Development, LLC     Case Number: 8:12-bk-00011-MGW

Reporting Period beginning March 1, 2012     Period ending March 31, 2012

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: _____ N/A _____     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT: _____ PAYROLL_____

| | |
|---|---|
| Ending Balance per Bank Statement | $_____ |
| Plus Total Amount of Outstanding Deposits | $_____ |
| Minus Total Amount of Outstanding Checks and other debits | $_____ * |
| Minus Service Charges | $_____ |
| Ending Balance per Check Register | $_____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**

# CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor: Athena Development, LLC ___     Case Number: 8:12-bk-00011-MGW

Reporting Period beginning March 1, 2012 ___     Period ending March 31, 2012 ___

NAME OF BANK: ___ N/A ___     BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: ___ PAYROLL _____

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |

TOTAL                                          $ _____

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: Athena Development, LLC          Case Number: 8:12-bk-00011-MGW

Reporting Period beginning March 1, 2012      Period ending March 31, 2012

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____N/A_____     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____TAX_____

| | |
|---|---|
| Ending Balance per Bank Statement | $ _____ |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Outstanding Checks and other Debits | $ _____ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ _____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 5C

CHECK REGISTER - TAX ACCOUNT

Name of Debtor: Athena Development, LLC      Case Number: 8:12-bk-00011-MGW

Reporting Period beginning March 1, 2012      Period ending March 31, 2012

NAME OF BANK: ___N / A___      BRANCH: _____

ACCOUNT NAME: _____      ACCOUNT # _____

PURPOSE OF ACCOUNT: _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                    SUMMARY OF TAXES PAID                    _____(d)

| | |
|---|---|
| Payroll Taxes Paid | _____(a) |
| Sales & Use Taxes Paid | _____(b) |
| Other Taxes Paid | _____(c) |
| TOTAL | _____(d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | | _____ | _____ |
| _____ | _____ | N/A | _____ | _____ |
| _____ | _____ | | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                          _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                                        $_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $_____
(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor: Athena Development, LLC          Case Number: 8:12-bk-00011-MGW

Reporting Period beginning March 1, 2012          Period ending March 31, 2012

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                                    $ 0

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: Athena Development, LLC    Case Number: 8:12-bk-00011-MGW

Reporting Period beginning March 1, 2012    Period ending March 31, 2012

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | None | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐  **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

NONE.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before: Filed April 5, 2012.

MOR-16