# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA  DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER:  12-bk-00011-MGW |
| | } | |
| ATHENA DEVELOPMENT, LLC | } | |
| | } | JUDGE   WILLIAMSON |
| DEBTOR. | } | CHAPTER 11 |

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD

FROM     1-Jan-13     TO     31-Mar-13

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:  6/11/13

_____
Attorney for Debtor

Debtor's Address
and Phone Number:
100 Main Street
Suite 206
Safety Harbor, FL 34695

Tel. _____ 727-736-8622

Attorney's Address
and Phone Number:
101 E. Kennedy Blvd
Suite 2800
Tampa, FL 33602
Bar No. ___   58100
Tel. _813-229-7600_____

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A | |
| 2. | Are all premium payments current? | N/A | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Per terms of Confirmation Order (para. 8c), Debtor is relieved of insurance requirements for collateral properties.

Debtor is current on all post-confirmation Plan payments and is working with secured creditor GACC to effect transfer/sale of collateral parcels.

Estimated Date of Filing the Application for Final Decree: July 31, 2013

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _____11TH_____ day of _____JUNE_____ 2013_____.

_____
Debtor's Signature

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

Case Name: Athena Development, LLC

Case Number: 8:12-bk-00011-MGW

Date of Plan Confirmation: July 9, 2012

All items must be answered. Any which do not apply should be answered "none" or "N/A".

|  | Quarterly | Post Confirmation Total |
|---|---|---|
| 1.  **CASH (Beginning of Period)** | $ 1,891.22 | $ |
| 2.  **INCOME or RECEIPTS during the Period** | $ 17,000.00 | $ |

3.  **DISBURSEMENTS**

a.  Operating Expenses (Fees/Taxes):

|  | Quarterly | Post Confirmation Total |
|---|---|---|
| (i)   U.S. Trustee Quarterly Fees | $ 975.00 | $ |
| (ii)  Federal Taxes |  |  |
| (iii) State Taxes |  |  |
| (iv)  Other Taxes |  |  |

b.  All Other Operating Expenses:

|  | Quarterly | Post Confirmation Total |
|---|---|---|
| | $ 17,532.96 | $ |

c.  Plan Payments:

|  | Quarterly | Post Confirmation Total |
|---|---|---|
| (i)   Administrative Claims | $ | $ |
| (ii)  Class One |  |  |
| (iii) Class Two |  |  |
| (iv)  Class Three |  |  |
| (v)   Class Four |  |  |
| (Attach additional pages as needed) |  |  |

|  | Quarterly | Post Confirmation Total |
|---|---|---|
| **Total Disbursements (Operating & Plan)** | $ 18,507.96 | $ |
| 1.  **CASH (End of Period)** | $ 383.26 | $ |

2:55 PM

06/11/13

Accrual Basis

## ATHENA DEVELOPMENT, LLC
## Transactions by Account
### As of March 31, 2013

| Type | Date | Memo | Amount |
|---|---|---|---|
| **No item** | | | |
| Deposit | 1/4/2013 | Deposit | 3,000.00 |
| Deposit | 2/14/2013 | Deposit | 5,000.00 |
| Deposit | 2/21/2013 | Deposit | 1,000.00 |
| Deposit | 3/8/2013 | Deposit | 6,000.00 |
| Deposit | 3/18/2013 | Deposit | 2,000.00 |
| Total no item | | | 17,000.00 |
| **TOTAL** | | | **-17,000.00** |

2:59 PM
06/11/13
Accrual Basis

# ATHENA DEVELOPMENT, LLC
## Transactions by Account
### As of March 31, 2013

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| No item | | | | | |
| Bill Pmt -Check | 1/3/2013 | 1114 | COBB COUNTY WATER SYST... | | -26.00 |
| Bill Pmt -Check | 1/3/2013 | 1115 | BENWAY AND ASSOCIATES ... | JAN 2013 MAINTENANCE: SUMMIT @ LOST MOUNTAIN | -500.00 |
| Bill Pmt -Check | 1/7/2013 | 1116 | BB&T MORTGAGE CASHIER D... | 1/13  MORTGAGE PYMT.  LOAN NUMBER: 6930344565 - 5127 PINDS PASS | -3,387.15 |
| Bill Pmt -Check | 1/7/2013 | 1117 | PHILLIPS LANDSCAPE | JAN 2012 EXTERIOR LANDSCAPE MAINT: SUMMIT @ LOST MOUNTAIN | -608.00 |
| Bill Pmt -Check | 1/14/2013 | 1118 | U.S. TRUSTEE | 308-12-00011 -4TH QTR 2012 FEE | -325.00 |
| Bill Pmt -Check | 1/14/2013 | 1119 | BB&T MORTGAGE CASHIER D... | 2/13  MORTGAGE PYMT.  LOAN NUMBER: 6930344565 - 5127 PINDS PASS | -3,387.15 |
| Bill Pmt -Check | 2/14/2013 | 1120 | COBB COUNTY WATER SYST... | | -34.24 |
| Bill Pmt -Check | 2/14/2013 | 1121 | COBB EMC | | -1,347.98 |
| Bill Pmt -Check | 2/14/2013 | 1122 | COMCAST | AC 8220111102041920  01/23-02/22/13  CABLE, SALES CENTER/LOT #1 | -81.17 |
| Bill Pmt -Check | 2/21/2013 | 1123 | U.S. TRUSTEE | 308-12-00011 ADJUSTMENTS TO PREVIOUS STATEMENT | -650.00 |
| Bill Pmt -Check | 2/27/2013 | 1124 | COMCAST | AC 8220111102041920  02/23-03/22/13  CABLE, SALES CENTER/LOT #1 | -81.17 |
| Bill Pmt -Check | 2/28/2013 | 1125 | COBB COUNTY WATER SYST... | AC0003-42267-02652722  P/E 02/21 WATER & SEWER:  5127 PINDOS PASS | -15.24 |
| Bill Pmt -Check | 3/11/2013 | 1126 | BB&T MORTGAGE CASHIER D... | 3/13  MORTGAGE PYMT.  LOAN NUMBER: 6930344565 - 5127 PINDS PASS | -3,387.15 |
| Bill Pmt -Check | 3/11/2013 | 1127 | JASKE.COM | 02/15-03/15/13 HOSTING - RIPPLE MONTHLY: ATHENA DEVELOPMENT | -19.95 |
| Bill Pmt -Check | 3/11/2013 | 1128 | LOST MOUNTAIN PROPERTY ... | 2013 PROPERTY OWNERS ASSOC. & SPECIAL ASSESSMENT | -1,071.74 |
| Bill Pmt -Check | 3/11/2013 | 1129 | PHILLIPS LANDSCAPE | | -1,824.00 |
| Bill Pmt -Check | 3/20/2013 | 1130 | COBB COUNTY WATER SYST... | AC000360818-02737393  P/E 02/22 WATER | -19.00 |
| Bill Pmt -Check | 3/20/2013 | 1131 | CNA INSURANCE | A/C 4030540719  SUMMIT/LOT #1 3/28/2013-14 | -1,242.78 |
| Bill Pmt -Check | 3/20/2013 | 1132 | COBB EMC | | -278.71 |
| Bill Pmt -Check | 3/27/2013 | 1133 | COMCAST | AC 8220111102041920  02/19-03/22/13  CABLE, SALES CENTER/LOT #1 | -201.58 |
| Bill Pmt -Check | 3/27/2013 | 1134 | JASKE.COM | 03/15-04/15/13 HOSTING - RIPPLE MONTHLY:ATHENA DEVELOPMENT | -19.95 |
| Total no item | | | | | -18,507.96 |
| TOTAL | | | | | 18,507.96 |

# CHAPTER 11 POST-CONFIRMATION
# BANK ACCOUNT RECONCILIATIONS
### Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | WELLS FARGO | | | |
| Account Number: | 3524508391 | | | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | | | |
| Type of Account (e.g. checking) | CHECKING | | | |
| | | | | |
| 1.  Balance per Bank Statement | SEE ATTACHED | | | |
| 2.  ADD:  Deposits not credited | | | | |
| 3.  SUBTRACT:  Outstanding Checks | | | | |
| 4.  Other Reconciling Items | | | | |
| 5.  Month End Balance (Must Agree with Books) | | | | |
| | | | | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

3:26 PM

02/08/13

Accrual Basis

# ATHENA DEVELOPMENT, LLC
## Balance Sheet
### As of January 31, 2013

*Z. E. T.*
*02-20-2013*

|  | Jan 31, 13 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12 | *(B) PER BK RECONCILIATION* 45.07 *STATEMEN* |
| **Total Checking/Savings** | 45.07 |
| **Other Current Assets** | |
| 1150 · MISC RECEIVABLE | 672.98 |
| **Total Other Current Assets** | 672.98 |
| **Total Current Assets** | 718.05 |
| **Fixed Assets** | |
| 1208 · LAND-MARS HILL & OLD MOUNTAIN | |
| 120800 · LAND-MARS HILL & OLD MOUNTAIN | 2,299,262.50 |
| 120801 · LAND-CONTRA | -183,941.00 |
| **Total 1208 · LAND-MARS HILL & OLD MOUNTAIN** | 2,115,321.50 |
| **Total Fixed Assets** | 2,115,321.50 |
| **Other Assets** | |
| 1310 · DEPOSITS - UTILITIES | 250.00 |
| 1610 · CIP - SITE WORK | |
| 16105 · CIP-BALDWIN NO CONTRACT MTN 3 | 205,347.22 |
| 16106 · CIP-BALDWIN NO CONTRACT MTN 2 | 91,245.00 |
| 16107 · CIP-BALDWIN PAVING CONTRACT | 326,575.86 |
| 16108 · CIP-SUMMIT-SITEWORK VEN CONTRA | 211,461.00 |
| 16109 · CIP-CONTRACT-WGE | 1,486,518.18 |
| 16110 · CIP-BUTCH THOMPSON-CONTRACT | 202,964.61 |
| 16111 · CIP-SUB-SUMMIT AT LOST MOUNTAIN | 1,995,570.64 |
| 16113 · CIP-SUMMIT LOST MNT SALES MODEL | 60,597.63 |
| 16114 · CIP-190 MARS HILL ROAD | 29,461.75 |
| 16115 · CIP-REID-WATER DIST-CONTRACT | 226,503.89 |
| 16116 · CIP-REID-STORM SEWAGE SYS-CONTR | 90,506.69 |
| 16117 · CIP-REID-SANITARY SEWER CONTRAC | 78,771.50 |
| 16118 · CIP-REID EQUIPMENT-CONTRACT | 243,586.47 |
| 16119 · CIP-REID GRADING-CONTRACT | 1,070,450.33 |
| 16120 · CIP-ECM MODULAR WALLS-CONTRACT | 67,489.20 |
| 16121 · CIP-CONST SPEC&DESIGN-POOL CONT | 38,691.00 |
| 16122 · CIP-CONTRACT-ECM SUMMIT CLUBHOU | 27,158.20 |
| 16124 · CIP-LIGHTPOLES-SUMMIT | 62,730.00 |
| 16126 · CIP-CONTRACT-BALDWIN NO #4 ASPH | 49,234.69 |
| 16127 · CONTRA-SITE WORK | -514,866.79 |
| **Total 1610 · CIP - SITE WORK** | 6,049,997.07 |
| 1611 · CIP-MARS HILL & OLD MOUNTAIN | |
| 16150 · CIP-LOTS AT THE SUMMIT | |
| 161501 · CIP-LOT #1 THE SUMMIT | -1,182,424.56 |
| 161504 · CIP-LOT #4 THE SUMMIT | |
| 161504A · CIP-LOT #4-NGC CONTRACT | 1,517,980.78 |
| 161504B · CIP-LOT #4 - OTHER | 195,717.19 |
| 161504C · CONTRA-LOT #4 | -1,713,697.97 |
| **Total 161504 · CIP-LOT #4 THE SUMMIT** | 0.00 |
| 161531 · CIP-LOT #31 THE SUMMIT | 1,350.40 |
| 161532 · CIP-LOT #32 THE SUMMIT | -128,356.87 |
| 161533 · CIP-LOT #33 THE SUMMIT | |
| 161533A · CIP-LOT #33-NGC CONTRACT | 696,908.28 |
| 161533B · CIP-LOT #33 - OTHER | 32,423.56 |
| 161533C · CONTRA-LOT #33 | -729,331.84 |
| **Total 161533 · CIP-LOT #33 THE SUMMIT** | 0.00 |
| 161534 · CIP-LOT #34 THE SUMMIT | |
| 161534A · CIP-LOT #34-NGC CONTRACT | 6,951.19 |
| 161534B · CIP-LOT #34 - OTHER | 6,595.73 |

3:26 PM
02/08/13

# ATHENA DEVELOPMENT, LLC
## Reconciliation Summary
### 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12, Period Ending 01/31/2013

|  | Jan 31, 13 |
|---|---|
| **Beginning Balance** | 1,911.17 ✓ |
| Cleared Transactions | |
| Checks and Payments - 5 items | -4,366.10 ✓ |
| Deposits and Credits - 1 item | 3,000.00 ✓ |
| **Total Cleared Transactions** | -1,366.10 ✓ |
| **Cleared Balance** | 545.07 Ⓑ w/ BK RECONCILIATIO STATEMENT. |
| Uncleared Transactions | |
| Checks and Payments - 1 item | -500.00 |
| **Total Uncleared Transactions** | -500.00 ✓ |
| **Register Balance as of 01/31/2013** | 45.07 Ⓑ w/ GENERAL LERG. |
| **Ending Balance** | 45.07 |

3:26 PM
02/08/13

## ATHENA DEVELOPMENT, LLC
## Reconciliation Detail
### 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12, Period Ending 01/31/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 1,911.17 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Bill Pmt -Check | 12/26/2012 | 1112 | JASKE.COM | X | -19.95 | -19.95 |
| Bill Pmt -Check | 1/3/2013 | 1114 | COBB COUNTY W... | X | -26.00 | -45.95 |
| Bill Pmt -Check | 1/7/2013 | 1116 | BB&T MORTGAGE... | X | -3,387.15 | -3,433.10 |
| Bill Pmt -Check | 1/7/2013 | 1117 | PHILLIPS LANDSC... | X | -608.00 | -4,041.10 |
| Bill Pmt -Check | 1/14/2013 | 1118 | U.S. TRUSTEE | X | -325.00 | -4,366.10 |
| Total Checks and Payments | | | | | -4,366.10 | -4,366.10 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 1/4/2013 | | | X | 3,000.00 | 3,000.00 |
| Total Deposits and Credits | | | | | 3,000.00 | 3,000.00 |
| Total Cleared Transactions | | | | | -1,366.10 | -1,366.10 |
| **Cleared Balance** | | | | | -1,366.10 | 545.07 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Bill Pmt -Check | 1/3/2013 | 1115 | BENWAY AND AS... | | -500.00 | -500.00 |
| Total Checks and Payments | | | | | -500.00 | -500.00 |
| Total Uncleared Transactions | | | | | -500.00 | -500.00 |
| Register Balance as of 01/31/2013 | | | | | -1,866.10 | 45.07 |
| **Ending Balance** | | | | | -1,866.10 | 45.07 |

*(handwritten) WITH GENERAL LEDGER*

# Wells Fargo Simple Business Checking

Account number: **3524508391** ▪ January 1, 2013 - January 31, 2013 ▪ Page 1 of 4



018600 1 AV 0.360 1507190



ATHENA DEVELOPMENT LLC
100 MAIN ST STE 206
SAFETY HARBOR FL 34695-3668

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Getting ready for tax season can be a hassle! Creating a checklist, and preparing in advance will set you up for a successful meeting with your tax preparer. Remember to bring your deposit routing and account number when preparing your taxes and you may be able to take advantage of using direct deposit for your tax refund into one of your Wells Fargo checking or savings accounts.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $1,911.17 |
| Deposits/Credits | 3,000.00 |
| Withdrawals/Debits | - 4,366.10 |
| **Ending balance on 1/31** | **$545.07** |
| Average ledger balance this period | $2,042.67 |

(B) PER RECONCILIATION STATMENT.

Account number: 3524508391

**ATHENA DEVELOPMENT LLC**

*Florida account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: **3524508391** ▪ January 1, 2013 - January 31, 2013 ▪ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 1/4 | | Deposit | 3,000.00 | | 4,911.17 |
| 1/8 | 1114 | Check | | 26.00 | 4,885.17 |
| 1/10 | 1117 | Check | | 608.00 | 4,277.17 |
| 1/14 | 1116 | Check | | 3,387.15 | 890.02 |
| 1/17 | 1118 | Check | | 325.00 | 565.02 |
| 1/28 | 1112 | Check | | 19.95 | 545.07 |
| Ending balance on 1/31 | | | | | 545.07 |
| Totals | | | $3,000.00 | $4,366.10 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 1112 | 1/28 | 19.95 | 1116 * | 1/14 | 3,387.15 | 1118 | 1/17 | 325.00 |
| 1114 * | 1/8 | 26.00 | 1117 | 1/10 | 608.00 | | | |

\* Gap in check sequence.

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Paid and Deposited Items | 6 | 50 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

 IMPORTANT ACCOUNT INFORMATION

We want to let you know of important upcoming changes to your Wells Fargo business checking account. These changes will be effective starting March 2, 2013.

Your account will be renamed Wells Fargo Small Business Checking and will continue to be subject to a $5 monthly service fee. Some or all of this fee can be waived with the following options:

- $2.50 will be waived if you maintain a $100 minimum daily balance or $250 average ledger balance, and
- $2.50 will be waived if you enroll in Wells Fargo Business Online® and choose to receive online statements.

Your account will change to include, at no charge, up to 50 transactions per month. The fee for transactions over 50 per month will change to $0.50 each. The definition of "transactions" will change to include each deposit transaction in addition to any combination of paid items and deposited items, including paper and electronic. "Transactions" do not include purchases and payments made using a Wells Fargo Business Debit Card or Wells Fargo ATM Card.

Your account will change to include, at no charge, up to $3,000 of cash deposited per month. "Cash deposited" will change to include cash deposits made in ATMs and branch locations. The fee for cash deposited over $3,000 per month will change to $0.30 per $100 deposited.

*J. E. T.*
*MAY 13, 201*

# ATHENA DEVELOPMENT, LLC
## Balance Sheet
### As of February 28, 2013

11:23 AM
03/06/13
Accrual Basis

|  | Feb 28, 13 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12 | 448.12 √3 |
| **Total Checking/Savings** | 448.12 |
| **Other Current Assets** | |
| 1150 · MISC RECEIVABLE | 672.98 |
| **Total Other Current Assets** | 672.98 |
| **Total Current Assets** | 1,121.10 |
| **Fixed Assets** | |
| 1208 · LAND-MARS HILL & OLD MOUNTAIN | |
| 120800 · LAND-MARS HILL & OLD MOUNTAIN | 2,299,262.50 |
| 120801 · LAND-CONTRA | -183,941.00 |
| **Total 1208 · LAND-MARS HILL & OLD MOUNTAIN** | 2,115,321.50 |
| **Total Fixed Assets** | 2,115,321.50 |
| **Other Assets** | |
| 1310 · DEPOSITS - UTILITIES | 250.00 |
| 1610 · CIP - SITE WORK | |
| 16105 · CIP-BALDWIN NO CONTRACT MTN 3 | 205,347.22 |
| 16106 · CIP-BALDWIN NO CONTRACT MTN 2 | 91,245.00 |
| 16107 · CIP-BALDWIN PAVING CONTRACT | 326,575.86 |
| 16108 · CIP-SUMMIT-SITEWORK VEN CONTRA | 211,461.00 |
| 16109 · CIP-CONTRACT-WGE | 1,486,518.18 |
| 16110 · CIP-BUTCH THOMPSON-CONTRACT | 202,964.61 |
| 16111 · CIP-SUB-SUMMIT AT LOST MOUNTAIN | 1,995,570.64 |
| 16113 · CIP-SUMMIT LOST MNT SALES MODEL | 60,597.63 |
| 16114 · CIP-190 MARS HILL ROAD | 29,461.75 |
| 16115 · CIP-REID-WATER DIST-CONTRACT | 226,503.89 |
| 16116 · CIP-REID-STORM SEWAGE SYS-CONTR | 90,506.69 |
| 16117 · CIP-REID-SANITARY SEWER CONTRAC | 78,771.50 |
| 16118 · CIP-REID EQUIPMENT-CONTRACT | 243,586.47 |
| 16119 · CIP-REID GRADING-CONTRACT | 1,070,450.33 |
| 16120 · CIP-ECM MODULAR WALLS-CONTRACT | 67,489.20 |
| 16121 · CIP-CONST SPEC&DESIGN-POOL CONT | 38,691.00 |
| 16122 · CIP-CONTRACT-ECM SUMMIT CLUBHOU | 27,158.20 |
| 16124 · CIP-LIGHTPOLES-SUMMIT | 62,730.00 |
| 16126 · CIP-CONTRACT-BALDWIN NO #4 ASPH | 49,234.69 |
| 16127 · CONTRA-SITE WORK | -514,866.79 |
| **Total 1610 · CIP - SITE WORK** | 6,049,997.07 |
| 1611 · CIP-MARS HILL & OLD MOUNTAIN | |
| 16150 · CIP-LOTS AT THE SUMMIT | |
| 161501 · CIP-LOT #1 THE SUMMIT | -1,182,424.56 |
| 161504 · CIP-LOT #4 THE SUMMIT | |
| 161504A · CIP-LOT #4-NGC CONTRACT | 1,517,980.78 |
| 161504B · CIP-LOT #4 - OTHER | 195,717.19 |
| 161504C · CONTRA-LOT #4 | -1,713,697.97 |
| **Total 161504 · CIP-LOT #4 THE SUMMIT** | 0.00 |
| 161531 · CIP-LOT #31 THE SUMMIT | 1,350.40 |
| 161532 · CIP-LOT #32 THE SUMMIT | -128,356.87 |
| 161533 · CIP-LOT #33 THE SUMMIT | |
| 161533A · CIP-LOT #33-NGC CONTRACT | 696,908.28 |
| 161533B · CIP-LOT #33 - OTHER | 32,423.56 |
| 161533C · CONTRA-LOT #33 | -729,331.84 |
| **Total 161533 · CIP-LOT #33 THE SUMMIT** | 0.00 |
| 161534 · CIP-LOT #34 THE SUMMIT | |
| 161534A · CIP-LOT #34-NGC CONTRACT | 6,951.19 |
| 161534B · CIP-LOT #34 - OTHER | 6,595.73 |

11:23 AM
03/06/13

# ATHENA DEVELOPMENT, LLC
## Reconciliation Summary
### 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12, Period Ending 02/28/2013

|                                          | Feb 28, 13 |
|------------------------------------------|-----------:|
| **Beginning Balance**                    | 545.07     |
|    Cleared Transactions   |            |
|       Checks and Payments - 5 items | -5,500.54 |
|       Deposits and Credits - 2 items | 6,000.00 |
|    Total Cleared Transactions | 499.46 |
| **Cleared Balance**                      | 1,044.53   |
|    Uncleared Transactions |            |
|       Checks and Payments - 3 items | -596.41 |
|    Total Uncleared Transactions | -596.41 |
| **Register Balance as of 02/28/2013**    | 448.12     |
| **Ending Balance**                       | 448.12     |

11:23 AM
03/06/13

# ATHENA DEVELOPMENT, LLC
## Reconciliation Detail
### 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12, Period Ending 02/28/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 545.07 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Bill Pmt -Check | 2/14/2013 | 1119 | BB&T MORTGAGE... | X | -3,387.15 | -3,387.15 |
| Bill Pmt -Check | 2/14/2013 | 1121 | COBB EMC | X | -1,347.98 | -4,735.13 |
| Bill Pmt -Check | 2/14/2013 | 1122 | COMCAST | X | -81.17 | -4,816.30 |
| Bill Pmt -Check | 2/14/2013 | 1120 | COBB COUNTY W... | X | -34.24 | -4,850.54 |
| Bill Pmt -Check | 2/21/2013 | 1123 | U.S. TRUSTEE | X | -650.00 | -5,500.54 |
| Total Checks and Payments | | | | | -5,500.54 | -5,500.54 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 2/14/2013 | | | X | 5,000.00 | 5,000.00 |
| Deposit | 2/21/2013 | | | X | 1,000.00 | 6,000.00 |
| Total Deposits and Credits | | | | | 6,000.00 | 6,000.00 |
| Total Cleared Transactions | | | | | 499.46 | 499.46 |
| **Cleared Balance** | | | | | 499.46 | 1,044.53 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Bill Pmt -Check | 1/3/2013 | 1115 | BENWAY AND AS... | | -500.00 | -500.00 |
| Bill Pmt -Check | 2/27/2013 | 1124 | COMCAST | | -81.17 | -581.17 |
| Bill Pmt -Check | 2/28/2013 | 1125 | COBB COUNTY W... | | -15.24 | -596.41 |
| Total Checks and Payments | | | | | -596.41 | -596.41 |
| Total Uncleared Transactions | | | | | -596.41 | -596.41 |
| **Register Balance as of 02/28/2013** | | | | | -96.95 | 448.12 |
| **Ending Balance** | | | | | -96.95 | 448.12 |

Page 1

# Wells Fargo Simple Business Checking

Account number: 3524508391 ▪ February 1, 2013 - February 28, 2013 ▪ Page 1 of 4


**WELLS FARGO**

041051 1 AV 0.360  1635467

ATHENA DEVELOPMENT LLC
100 MAIN ST STE 206
SAFETY HARBOR FL 34695-3668

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Start the year with a new outlook on your business finances. It's a great time to talk with a banker about financial options tailored to your current priorities. To find out how we can help, stop by any Wells Fargo location or call us at the number at the top of your statement.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $545.07 |
| Deposits/Credits | 6,000.00 |
| Withdrawals/Debits | - 5,500.54 |
| **Ending balance on 2/28** | **$1,044.53** |
| Average ledger balance this period | $1,829.81 |

Account number: **3524508391**

**ATHENA DEVELOPMENT LLC**

*Florida account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

DCD1-1 UTAS 041051 NNNNNNNNN NNN NNN 001 002 287 193409   105D4354.4

Account number: **3524508391** ▪ February 1, 2013 - February 28, 2013 ▪ Page 2 of 4



WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/14 | | Deposit | 5,000.00 | | 5,545.07 |
| 2/19 | 1119 | Check | | 3,387.15 | |
| 2/19 | 1122 | Check | | 81.17 | 2,076.75 |
| 2/20 | 1120 | Check | | 34.24 | 2,042.51 |
| 2/21 | | Deposit | 1,000.00 | | 3,042.51 |
| 2/22 | 1121 | Check | | 1,347.98 | 1,694.53 |
| 2/25 | 1123 | Check | | 650.00 | 1,044.53 |
| Ending balance on 2/28 | | | | | 1,044.53 |
| Totals | | | $6,000.00 | $5,500.54 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1119 | 2/19 | 3,387.15 | 1121 | 2/22 | 1,347.98 | 1123 | 2/25 | 650.00 |
| 1120 | 2/20 | 34.24 | 1122 | 2/19 | 81.17 | | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Paid and Deposited Items | 7 | 50 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



193410



## ☑ IMPORTANT ACCOUNT INFORMATION

We want to let you know of important upcoming changes to your Wells Fargo business checking account. These changes will be effective starting March 2, 2013.

Your account will be renamed Wells Fargo Small Business Checking and will continue to be subject to a $5 monthly service fee. Some or all of this fee can be waived with the following options:

- $2.50 will be waived if you maintain a $100 minimum daily balance or $250 average ledger balance, and
- $2.50 will be waived if you enroll in Wells Fargo Business Online® and choose to receive online statements.

Your account will change to include, at no charge, up to 50 transactions per month. The fee for transactions over 50 per month will change to $0.50 each. The definition of "transactions" will change to include each deposit transaction in addition to any combination of paid items and deposited items, including paper and electronic. "Transactions" do not include purchases and payments made using a Wells Fargo Business Debit Card or Wells Fargo ATM Card.

*G.E.T*

*MAY 13, 2013*

## ATHENA DEVELOPMENT, LLC
## Balance Sheet
### As of March 31, 2013

|  | Mar 31, 13 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12 | *BALANCE W/ BANK RECONCI* 383.26 *LIATION* |
| **Total Checking/Savings** | 383.26 *STATEMEN* |
| **Other Current Assets** | |
| 1150 · MISC RECEIVABLE | 672.98 |
| **Total Other Current Assets** | 672.98 |
| **Total Current Assets** | 1,056.24 |
| **Fixed Assets** | |
| 1208 · LAND-MARS HILL & OLD MOUNTAIN | |
| 120800 · LAND-MARS HILL & OLD MOUNTAIN | 2,299,262.50 |
| 120801 · LAND-CONTRA | -183,941.00 |
| **Total 1208 · LAND-MARS HILL & OLD MOUNTAIN** | 2,115,321.50 |
| **Total Fixed Assets** | 2,115,321.50 |
| **Other Assets** | |
| 1310 · DEPOSITS - UTILITIES | 250.00 |
| 1610 · CIP - SITE WORK | |
| 16105 · CIP-BALDWIN NO CONTRACT MTN 3 | 205,347.22 |
| 16106 · CIP-BALDWIN NO CONTRACT MTN 2 | 91,245.00 |
| 16107 · CIP-BALDWIN PAVING CONTRACT | 326,575.86 |
| 16108 · CIP-SUMMIT-SITEWORK VEN CONTRA | 211,461.00 |
| 16109 · CIP-CONTRACT-WGE | 1,486,518.18 |
| 16110 · CIP-BUTCH THOMPSON-CONTRACT | 202,964.61 |
| 16111 · CIP-SUB-SUMMIT AT LOST MOUNTAIN | 1,995,570.64 |
| 16113 · CIP-SUMMIT LOST MNT SALES MODEL | 60,597.63 |
| 16114 · CIP-190 MARS HILL ROAD | 29,461.75 |
| 16115 · CIP-REID-WATER DIST-CONTRACT | 226,503.89 |
| 16116 · CIP-REID-STORM SEWAGE SYS-CONTR | 90,506.69 |
| 16117 · CIP-REID-SANITARY SEWER CONTRAC | 78,771.50 |
| 16118 · CIP-REID EQUIPMENT-CONTRACT | 243,586.47 |
| 16119 · CIP-REID GRADING-CONTRACT | 1,070,450.33 |
| 16120 · CIP-ECM MODULAR WALLS-CONTRACT | 67,489.20 |
| 16121 · CIP-CONST SPEC&DESIGN-POOL CONT | 38,691.00 |
| 16122 · CIP-CONTRACT-ECM SUMMIT CLUBHOU | 27,158.20 |
| 16124 · CIP-LIGHTPOLES-SUMMIT | 62,730.00 |
| 16126 · CIP-CONTRACT-BALDWIN NO #4 ASPH | 49,234.69 |
| 16127 · CONTRA-SITE WORK | -514,866.79 |
| **Total 1610 · CIP - SITE WORK** | 6,049,997.07 ✓ |
| 1611 · CIP-MARS HILL & OLD MOUNTAIN | |
| 16150 · CIP-LOTS AT THE SUMMIT | |
| 161501 · CIP-LOT #1 THE SUMMIT | -1,182,424.56 |
| 161504 · CIP-LOT #4 THE SUMMIT | |
| 161504A · CIP-LOT #4-NGC CONTRACT | 1,517,980.78 |
| 161504B · CIP-LOT #4 - OTHER | 195,717.19 |
| 161504C · CONTRA-LOT #4 | -1,713,697.97 |
| **Total 161504 · CIP-LOT #4 THE SUMMIT** | 0.00 |
| 161531 · CIP-LOT #31 THE SUMMIT | 1,350.40 |
| 161532 · CIP-LOT #32 THE SUMMIT | -128,356.87 |
| 161533 · CIP-LOT #33 THE SUMMIT | |
| 161533A · CIP-LOT #33-NGC CONTRACT | 696,908.28 |
| 161533B · CIP-LOT #33 - OTHER | 32,423.56 |
| 161533C · CONTRA-LOT #33 | -729,331.84 |
| **Total 161533 · CIP-LOT #33 THE SUMMIT** | 0.00 |
| 161534 · CIP-LOT #34 THE SUMMIT | |
| 161534A · CIP-LOT #34-NGC CONTRACT | 6,951.19 |
| 161534B · CIP-LOT #34 - OTHER | 6,595.73 |

4:41 PM
04/04/13

# ATHENA DEVELOPMENT, LLC
## Reconciliation Summary
### 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12, Period Ending 03/31/2013

|  | Mar 31, 13 |
|---|---|
| **Beginning Balance** | 1,044.53 ✓ |
| Cleared Transactions | |
| Checks and Payments - 9 items | -7,368.00 ✓ |
| Deposits and Credits - 2 items | 8,000.00 ✓ |
| **Total Cleared Transactions** | 632.00 ✓ |
| **Cleared Balance** | 1,676.53 Ⓑ w/GENERAL LEDE. |
| Uncleared Transactions | |
| Checks and Payments - 3 items | -1,293.27 |
| **Total Uncleared Transactions** | -1,293.27 ✓ |
| **Register Balance as of 03/31/2013** | 383.26 ✓ Ⓑ w/SECOND GENERAL LEDER. |
| New Transactions | |
| Checks and Payments - 1 item | -42.48 |
| **Total New Transactions** | -42.48 ✓ |
| **Ending Balance** | 340.78 ✓ |

4:41 PM
04/04/13

# ATHENA DEVELOPMENT, LLC
## Reconciliation Detail
### 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12, Period Ending 03/31/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 1,044.53 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 9 items** | | | | | | |
| Bill Pmt -Check | 1/3/2013 | 1115 | BENWAY AND AS... | X | -500.00 | -500.00 |
| Bill Pmt -Check | 2/27/2013 | 1124 | COMCAST | X | -81.17 | -581.17 |
| Bill Pmt -Check | 2/28/2013 | 1125 | COBB COUNTY W... | X | -15.24 | -596.41 |
| Bill Pmt -Check | 3/11/2013 | 1126 | BB&T MORTGAGE... | X | -3,387.15 | -3,983.56 |
| Bill Pmt -Check | 3/11/2013 | 1129 | PHILLIPS LANDSC... | X | -1,824.00 | -5,807.56 |
| Bill Pmt -Check | 3/11/2013 | 1127 | JASKE.COM | X | -19.95 | -5,827.51 |
| Bill Pmt -Check | 3/11/2013 | 1130 | COBB COUNTY W... | X | -19.00 | -5,846.51 |
| Bill Pmt -Check | 3/20/2013 | 1131 | CNA INSURANCE | X | -1,242.78 | -7,089.29 |
| Bill Pmt -Check | 3/20/2013 | 1132 | COBB EMC | X | -278.71 | -7,368.00 |
| **Total Checks and Payments** | | | | | -7,368.00 | -7,368.00 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 3/8/2013 | | | X | 6,000.00 | 6,000.00 |
| Deposit | 3/18/2013 | | | X | 2,000.00 | 8,000.00 |
| **Total Deposits and Credits** | | | | | 8,000.00 | 8,000.00 |
| **Total Cleared Transactions** | | | | | 632.00 | 632.00 |
| **Cleared Balance** | | | | | 632.00 | 1,676.53 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Bill Pmt -Check | 3/11/2013 | 1128 | LOST MOUNTAIN ... | | -1,071.74 | -1,071.74 |
| Bill Pmt -Check | 3/27/2013 | 1133 | COMCAST | | -201.58 | -1,273.32 |
| Bill Pmt -Check | 3/27/2013 | 1134 | JASKE.COM | | -19.95 | -1,293.27 |
| **Total Checks and Payments** | | | | | -1,293.27 | -1,293.27 |
| **Total Uncleared Transactions** | | | | | -1,293.27 | -1,293.27 |
| **Register Balance as of 03/31/2013** | | | | | -661.27 | 383.26 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Bill Pmt -Check | 4/4/2013 | 1135 | COBB COUNTY W... | | -42.48 | -42.48 |
| **Total Checks and Payments** | | | | | -42.48 | -42.48 |
| **Total New Transactions** | | | | | -42.48 | -42.48 |
| **Ending Balance** | | | | | -703.75 | 340.78 |

# Wells Fargo Simple Business Checking

Account number: **3524508391** ■ March 1, 2013 - March 31, 2013 ■ Page 1 of 4



006860 1 AV 0.360 75470

ATHENA DEVELOPMENT LLC
100 MAIN ST STE 206
SAFETY HARBOR FL 34695-3668

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Start the year with a new outlook on your business finances. It's a great time to talk with a banker about financial options tailored to your current priorities. To find out how we can help, stop by any Wells Fargo location or call us at the number at the top of your statement.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $1,044.53 |
| Deposits/Credits | 8,000.00 |
| Withdrawals/Debits | - 7,368.00 |
| **Ending balance on 3/31** | **$1,676.53** |
| Average ledger balance this period | $2,873.06 |

Account number: **3524508391**

**ATHENA DEVELOPMENT LLC**

*Florida account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

DCDL11UTOG 006860 NNNNNNNN NNN 001 002 287 034217    105606598.3

Account number: **3524508391** ◼ March 1, 2013 - March 31, 2013 ◼ Page 2 of 4



**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 3/4 | 1124 | Check | | 81.17 | 963.36 |
| 3/5 | 1125 | Check | | 15.24 | 948.12 |
| 3/8 | | Deposit | 6,000.00 | | 6,948.12 |
| 3/14 | 1126 | Check | | 3,387.15 | |
| 3/14 | 1129 | Check | | 1,824.00 | |
| 3/14 | 1115 | Check | | 500.00 | 1,236.97 |
| 3/15 | 1130 | Check | | 19.00 | 1,217.97 |
| 3/18 | | Deposit | 2,000.00 | | 3,217.97 |
| 3/25 | 1132 | Check | | 278.71 | 2,939.26 |
| 3/26 | 1131 | Check | | 1,242.78 | 1,696.48 |
| 3/27 | 1127 | Check | | 19.95 | 1,676.53 |
| Ending balance on 3/31 | | | | | 1,676.53 |
| Totals | | | $8,000.00 | $7,368.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 1115 | 3/14 | 500.00 | 1126 | 3/14 | 3,387.15 | 1130 | 3/15 | 19.00 |
| 1124 * | 3/4 | 81.17 | 1127 | 3/27 | 19.95 | 1131 | 3/26 | 1,242.78 |
| 1125 | 3/5 | 15.24 | 1129 * | 3/14 | 1,824.00 | 1132 | 3/25 | 278.71 |

*\* Gap in check sequence.*

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Paid and Deposited Items | 11 | 50 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



## ✔ IMPORTANT ACCOUNT INFORMATION

We want to let you know of important upcoming changes to your Wells Fargo business checking account. These changes will be effective starting March 2, 2013.

Your account will be renamed Wells Fargo Small Business Checking and will continue to be subject to a $5 monthly service fee. Some or all of this fee can be waived with the following options:

- $2.50 will be waived if you maintain a $100 minimum daily balance or $250 average ledger balance, and
- $2.50 will be waived if you enroll in Wells Fargo Business Online® and choose to receive online statements.



## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Operating/Payroll/Personal) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | SEE | |
| | | | ATTACHED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 18,507.96 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| N/A |
|---|
| |
| |
| |
| |

3:22 PM

06/11/13

**ATHENA DEVELOPMENT, LLC**
**Check Detail**
January through March 2013

| Type | Num | Date | Source Name | Memo | Account | Original Amount |
|------|-----|------|-------------|------|---------|-----------------|
| Bill Pmt -Check | 1127 | 3/11/2013 | JASKE.COM | 02/15-03/15/13 HOSTING - RIPPLE MONTHLY: ATHENA DEVELOPMENT | 1103 · CHECK-WE... | -19.95 |
| Bill | 1001... | 2/15/2013 | JASKE.COM | 02/15-03/15/13 HOSTING - RIPPLE MONTHLY: ATHENA DEVELOPMENT | 52112 · TELEPHONE | 19.95 |
| TOTAL | | | | | | 19.95 |
| Bill Pmt -Check | 1128 | 3/11/2013 | LOST MOUNTAIN ... | 2013 PROPERTY OWNERS ASSOC. & SPECIAL ASSESSMENT | 1103 · CHECK-WE... | -1,071.74 |
| Bill | 11 | 1/18/2013 | LOST MOUNTAIN ... | 2013 PROPERTY OWNERS ASSOC., ANNUAL ASSESSMENT | 52118 · MEMBERS... | 800.00 |
| | | | LOST MOUNTAIN ... | 2013 SPECIAL ASSESSMENT | 52118 · MEMBERS... | 271.74 |
| TOTAL | | | | | | 1,071.74 |
| Bill Pmt -Check | 1129 | 3/11/2013 | PHILLIPS LANDSC... | | 1103 · CHECK-WE... | -1,824.00 |
| Bill | 44076 | 1/1/2013 | PHILLIPS LANDSC... | JAN 2013 EXTERIOR LANDSCAPE MAINT: SUMMIT @ LOST MTN | 52023 · MAINT - BU... | 608.00 |
| Bill | 44248 | 2/1/2013 | PHILLIPS LANDSC... | FEB 2013 EXTERIOR LANDSCAPE MAINT: SUMMIT @ LOST MTN | 52023 · MAINT - BU... | 608.00 |
| Bill | 44415 | 3/1/2013 | PHILLIPS LANDSC... | MAR 2013 EXTERIOR LANDSCAPE MAINT: SUMMIT @ LOST MTN | 52023 · MAINT - BU... | 608.00 |
| TOTAL | | | | | | 1,824.00 |
| Bill Pmt -Check | 1130 | 3/11/2013 | COBB COUNTY W... | AC000360818-02737393 P/E 02/22 WATER | 1103 · CHECK-WE... | -19.00 |
| Bill | AC00... | 3/11/2013 | COBB COUNTY W... | AC000360818-02737393 P/E 02/22 WATER | 52114 · UTILITIES | 19.00 |
| TOTAL | | | | | | 19.00 |
| Bill Pmt -Check | 1131 | 3/20/2013 | CNA INSURANCE | A/C 4030540719 SUMMIT/LOT #1 3/28/2013-14 | 1103 · CHECK-WE... | -1,242.78 |
| Bill | | 3/13/2013 | CNA INSURANCE | A/C 4030540719 SUMMIT/LOT #1 3/28/2013-14 | 52064 · LIABILITY I... | 3,766.00 |
| TOTAL | | | | | | 3,766.00 |
| Bill Pmt -Check | 1132 | 3/20/2013 | COBB EMC | | 1103 · CHECK-WE... | -278.71 |
| Bill | AC93... | 3/4/2013 | COBB EMC | AC9319731171 P/E 02/01-3/01 ELEC: GUARD SHED | 52114 · UTILITIES | 20.14 |
| Bill | AC96... | 3/4/2013 | COBB EMC | AC9659370000 P/E 02/28/13 ELEC: LOST MTN #LITES | 52114 · UTILITIES | 258.57 |
| TOTAL | | | | | | 278.71 |
| Bill Pmt -Check | 1133 | 3/27/2013 | COMCAST | AC 8220111102041920 02/19-03/22/13 CABLE: SALES CENTER/LOT #1 | 1103 · CHECK-WE... | -201.58 |
| Bill | | 3/17/2013 | COMCAST | AC 8220111102041920 02/19-03/22/13 CABLE: SALES CENTER/LOT #1 | 52112 · TELEPHONE | 201.58 |
| TOTAL | | | | | | 201.58 |
| Bill Pmt -Check | 1134 | 3/27/2013 | JASKE.COM | 03/15-04/15/13 HOSTING - RIPPLE MONTHLY: ATHENA DEVELOPMENT | 1103 · CHECK-WE... | -19.95 |
| Bill | 1001... | 4/11/2013 | JASKE.COM | 03/15-04/15/13 HOSTING - RIPPLE MONTHLY: ATHENA DEVELOPMENT | 52112 · TELEPHONE | 19.95 |
| TOTAL | | | | | | 19.95 |

*18,507.96*

3:22 PM

08/11/13

## ATHENA DEVELOPMENT, LLC
### Check Detail
#### January through March 2013

| Type | Num | Date | Source Name | Memo | Account | Original Amount |
|------|-----|------|-------------|------|---------|-----------------|
| **Bill Pmt -Check** | **1114** | **1/3/2013** | **COBB COUNTY W...** | | **1103 · CHECK-WE...** | **-26.00** |
| Bill | AC00... | 12/21/2012 | COBB COUNTY W... | AC000360818-02737393  P/E 12/21 IRRIGATION: SUMMIT HOA | 52114 · UTILITIES | 19.00 |
| Bill | AC00... | 12/21/2012 | COBB COUNTY W... | AC000342267-02652722  P/E 12/21 IRRIGATION:  5127 PINDOS PASS | 52114 · UTILITIES | 7.00 |
| TOTAL | | | | | | 26.00 |
| **Bill Pmt -Check** | **1115** | **1/3/2013** | **BENWAY AND AS...** | **JAN 2013 MAINTENANCE: SUMMIT @ LOST MOUNTAIN** | **1103 · CHECK-WE...** | **-500.00** |
| Bill | | 1/3/2013 | BENWAY AND ASS... | JAN 2013 MAINTENANCE: SUMMIT @ LOST MOUNTAIN | 52023 · MAINT - BU... | 500.00 |
| TOTAL | | | | | | 500.00 |
| **Bill Pmt -Check** | **1116** | **1/7/2013** | **BB&T MORTGAGE...** | **1/13  MORTGAGE PYMT. LOAN NUMBER: 6930344565 - 5127 PINDS ...** | **1103 · CHECK-WE...** | **-3,387.15** |
| Bill | | 12/26/2012 | BB&T MORTGAGE ... | 1/13 MORTGAGE PAYMENT | 52058 · SALES CE... | 2,730.83 |
| | | | BB&T MORTGAGE ... | 2013 RE TAX ESCROW ADVANCE | 2102 · ACCRUED E... | 656.32 |
| TOTAL | | | | | | 3,387.15 |
| **Bill Pmt -Check** | **1117** | **1/7/2013** | **PHILLIPS LANDSC...** | **JAN 2012 EXTERIOR LANDSCAPE MAINT: SUMMIT @ LOST MOUNTAIN** | **1103 · CHECK-WE...** | **-608.00** |
| Bill | 41847 | 1/26/2012 | PHILLIPS LANDSC... | JAN 2012 EXTERIOR LANDSCAPE MAINT: SUMMIT @ LOST MOUNTAIN | 52023 · MAINT - BU... | 608.00 |
| TOTAL | | | | | | 608.00 |
| **Bill Pmt -Check** | **1118** | **1/14/2013** | **U.S. TRUSTEE** | **308-12-00011 -4TH QTR 2012 FEE** | **1103 · CHECK-WE...** | **-325.00** |
| Bill | | 1/14/2013 | U.S. TRUSTEE | 308-12-00011 -4TH QTR 2012 FEE | 52102 · LEGAL FEES | 325.00 |
| TOTAL | | | | | | 325.00 |
| **Bill Pmt -Check** | **1119** | **2/14/2013** | **BB&T MORTGAGE...** | **2/13   MORTGAGE PYMT. LOAN NUMBER: 6930344565 - 5127 PINDS ...** | **1103 · CHECK-WE...** | **-3,387.15** |
| Bill | | 2/11/2013 | BB&T MORTGAGE ... | 2/13 MORTGAGE PAYMENT | 52058 · SALES CE... | 2,730.83 |
| | | | BB&T MORTGAGE ... | 2013 RE TAX ESCROW ADVANCE | 2102 · ACCRUED E... | 656.32 |
| TOTAL | | | | | | 3,387.15 |
| **Bill Pmt -Check** | **1120** | **2/14/2013** | **COBB COUNTY W...** | | **1103 · CHECK-WE...** | **-34.24** |
| Bill | AC00... | 2/7/2013 | COBB COUNTY W... | AC000342267-02652722  P/E 01/25 WATER & SEWER:  5127 PINDOS P... | 52114 · UTILITIES | 15.24 |
| Bill | AC00... | 2/7/2013 | COBB COUNTY W... | AC000360818-02737393  P/E 01/25 WATER & SEWER:  SUMMIT/HOA | 52114 · UTILITIES | 19.00 |
| TOTAL | | | | | | 34.24 |
| **Bill Pmt -Check** | **1121** | **2/14/2013** | **COBB EMC** | | **1103 · CHECK-WE...** | **-1,347.98** |
| Bill | AC 30... | 1/2/2013 | COBB EMC | AC9659370000  P/E 01/02/13 LAC 3050350000 P/E 01/02/13  5127 PIND... | 52114 · UTILITIES | 334.29 |
| Bill | AC 93... | 1/7/2013 | COBB EMC | AC 9319731171 12/03-01/05 ELEC GUARD SHED | 52114 · UTILITIES | 15.87 |
| Bill | AC 93... | 2/14/2013 | COBB EMC | AC 9319731171 01/05-02/02 ELEC GUARD SHED | 52114 · UTILITIES | 20.14 |
| Bill | AC 30... | 2/14/2013 | COBB EMC | AC3050350000  01/02-02/01 ELEC: 5127 PINDOS | 52114 · UTILITIES | 470.21 |
| Bill | AC 96... | 2/14/2013 | COBB EMC | AC9659370000  P/E 01/31/13  ELEC: LOST MTN #LITES | 52114 · UTILITIES | 270.43 |
| Bill | AC 96... | 1/2/2013 | COBB EMC | AC9659370000  P/E 01/02/13 LOST MTN #LITES | 52114 · UTILITIES | 237.04 |
| TOTAL | | | | | | 1,347.98 |
| **Bill Pmt -Check** | **1122** | **2/14/2013** | **COMCAST** | **AC 8220111102041920  01/23-02/22/13  CABLE: SALES CENTER/LOT #1** | **1103 · CHECK-WE...** | **-81.17** |
| Bill | | 1/17/2013 | COMCAST | AC 8220111102041920  01/23-02/22/13  CABLE: SALES CENTER/LOT #1 | 52112 · TELEPHONE | 81.17 |
| TOTAL | | | | | | 81.17 |
| **Bill Pmt -Check** | **1123** | **2/21/2013** | **U.S. TRUSTEE** | **308-12-00011 ADJUSTMENTS TO PREVIOUS STATEMENT** | **1103 · CHECK-WE...** | **-650.00** |
| Bill | | 2/18/2013 | U.S. TRUSTEE | 308-12-00011 ADJUSTMENTS TO PREVIOUS STATEMENT | 52102 · LEGAL FEES | 650.00 |
| TOTAL | | | | | | 650.00 |
| **Bill Pmt -Check** | **1124** | **2/27/2013** | **COMCAST** | **AC 8220111102041920  02/23-03/22/13  CABLE: SALES CENTER/LOT #1** | **1103 · CHECK-WE...** | **-81.17** |
| Bill | | 2/17/2013 | COMCAST | AC 8220111102041920  02/23-03/22/13  CABLE: SALES CENTER/LOT #1 | 52112 · TELEPHONE | 81.17 |
| TOTAL | | | | | | 81.17 |
| **Bill Pmt -Check** | **1125** | **2/28/2013** | **COBB COUNTY W...** | **AC000342267-02652722   P/E 02/21 WATER & SEWER: 5127 PINDOS ...** | **1103 · CHECK-WE...** | **-15.24** |
| Bill | AC00... | 2/28/2013 | COBB COUNTY W... | P/E 02/21 WATER & SEWER:  5127 PINDOS PASS | 52114 · UTILITIES | 15.24 |
| TOTAL | | | | | | 15.24 |
| **Bill Pmt -Check** | **1126** | **3/11/2013** | **BB&T MORTGAGE...** | **3/13   MORTGAGE PYMT. LOAN NUMBER: 6930344565 - 5127 PINDS ...** | **1103 · CHECK-WE...** | **-3,387.15** |
| Bill | | 2/25/2013 | BB&T MORTGAGE ... | 3/13 MORTGAGE PAYMENT | 52058 · SALES CE... | 2,730.83 |
| | | | BB&T MORTGAGE ... | 2013 RE TAX ESCROW ADVANCE | 2102 · ACCRUED E... | 656.32 |
| TOTAL | | | | | | 3,387.15 |