# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA  DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER:  12-bk-00011-MGW |
| | } | |
| ATHENA DEVELOPMENT, LLC | } | |
| | } | JUDGE  WILLIAMSON |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

---

## DEBTOR'S  POST-CONFIRMATION
## QUARTERLY OPERATING REPORT
### FOR THE PERIOD

FROM      1-Apr-13      TO      30-Jun-13

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 9/10/13

_Attorney for Debtor_

Debtor's Address
and Phone Number:
100 Main Street
Suite 206
Safety Harbor, FL 34695

Tel. __727-736-8622_____

Attorney's Address
and Phone Number:
101 E. Kennedy Blvd
Suite 2800
Tampa, FL 33602
Bar No. ___   58100
Tel. _813-229-7600_____

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |
| | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A | |
| 2. Are all premium payments current? | N/A | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY    and    CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Per terms of Confirmation Order (para. 8c), Debtor is relieved of insurance requirements for collateral properties. Debtor is current on all post-confirmation Plan payments and has delivered to secured creditor deed for primary collateral parcel.

**Estimated Date of Filing the Application for Final Decree: September 15, 2013**

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This ___10th___ day of _____September_____ 20_13__.

_____
Debtor's Signature

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: Athena Development, LLC | |
| Case Number: 8:12-bk-00011-MGW | |
| Date of Plan Confirmation: July 9, 2012 | |

*All items must be answered. Any which do not apply should be answered "none" or "N/A".*

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 383.26 | $ |
| | | | |
| 2. | **INCOME or RECEIPTS during the Period** | $ 21,000.00 | $ |

3. **DISBURSEMENTS**

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| a. | Operating Expenses (Fees/Taxes): | | |
| (i) | U.S. Trustee Quarterly Fees | $ 325.00 | $ |
| (ii) | Federal Taxes | | |
| (iii) | State Taxes | | |
| (iv) | Other Taxes | | |
| b. | All Other Operating Expenses: | $ 20,875.91 | $ |
| c. | Plan Payments: | | |
| (i) | Administrative Claims | $ | $ |
| (ii) | Class One | | |
| (iii) | Class Two | | |
| (iv) | Class Three | | |
| (v) | Class Four | | |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 21,200.91 | $ |
| | | | |
| 1. | **CASH (End of Period)** | $ 182.35 | $ |

4:17 PM
09/09/13
Accrual Basis

# ATHENA DEVELOPMENT, LLC
## Transactions by Account
### As of June 30, 2013

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12 | | | | | |
| Deposit | 4/8/2013 | | | Deposit | 4,000.00 |
| Deposit | 5/1/2013 | | | Deposit | 3,000.00 |
| Deposit | 5/13/2013 | | | Deposit | 4,000.00 |
| Deposit | 6/3/2013 | | | Deposit | 10,000.00 |
| Total 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12 | | | | | 21,000.00 |
| TOTAL | | | | | 21,000.00 |

4:23 PM
09/09/13
Accrual Basis

# ATHENA DEVELOPMENT, LLC
## Transactions by Account
### As of June 30, 2013

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| **1103 · CHECK-WELLS FARGO-DJ-P 1/11/12** | | | | | |
| Bill Pmt -Check | 4/4/2013 | 1135 | COBB COUNTY WATER SYSTEM | 4/13 | -42.48 |
| Bill Pmt -Check | 4/8/2013 | 1136 | BB&T MORTGAGE CASHIER DEPARTMENT | MORTGAGE PYMT. LOAN NUMBER: 6930344565 - 5127 PINDS PASS | -3,387.15 |
| Bill Pmt -Check | 4/11/2013 | 1137 | COBB EMC | | -292.31 |
| Bill Pmt -Check | 4/11/2013 | 1138 | U.S. TRUSTEE | 328-12-00011 QUARTER 1, 2013 FEE DUE | -325.00 |
| Bill Pmt -Check | 4/15/2013 | 1139 | BENWAY AND ASSOCIATES, LLC | MAY 2013 MAINTENANCE SUMMIT @ LOST MOUNTAIN | -500.00 |
| Bill Pmt -Check | 5/1/2013 | 1140 | COBB COUNTY WATER SYSTEM | | -60.49 |
| Bill Pmt -Check | 5/1/2013 | 1141 | COMCAST | AC 8220111110204192Q 04/23-05/22/13 CABLE. SALES CENTER/LOT #1 | -151.11 |
| Bill Pmt -Check | 5/1/2013 | 1142 | JASKE.COM | 04/15-05/15/13 HOSTING - RIPPLE MONTHLY-ATHENA DEVELOPMENT | -19.95 |
| Bill Pmt -Check | 5/1/2013 | 1143 | NORTH GEORGIA CONTRACTORS | LABOR & MATERIAL TO REPR FRONT ENTRY STEPS - SUMMIT/LOT #1 | -2,483.00 |
| Bill Pmt -Check | 5/13/2013 | 1144 | BB&T MORTGAGE CASHIER DEPARTMENT | 5/13 MORTGAGE PYMT. LOAN NUMBER: 6930344565 - 5127 PINDS PASS | -3,387.15 |
| Bill Pmt -Check | 5/17/2013 | 1145 | COBB EMC | | -278.71 |
| Bill Pmt -Check | 6/3/2013 | 1146 | COBB COUNTY WATER SYSTEM | | -500.00 |
| Bill Pmt -Check | 6/3/2013 | 1147 | BENWAY AND ASSOCIATES, LLC | JUNE 2013 MAINTENANCE: SUMMIT @ LOST MOUNTAIN | -500.00 |
| Bill Pmt -Check | 6/3/2013 | 1148 | COMCAST | AC 000342867-026527722 P/E 05/22 CABLE. SALES CENTER/LOT #1 | -23.46 |
| Bill Pmt -Check | 6/3/2013 | 1149 | NORTH GEORGIA CONTRACTORS | AC 8220111110204192Q 05/23-06/22/13 CABLE. SALES CENTER/LOT #1 | -147.93 |
| Bill Pmt -Check | 6/3/2013 | 1150 | PHILLIPS LANDSCAPE | WATER & SEWER - 5127 PINDOS PASS | -4,980.00 |
| Bill Pmt -Check | 6/3/2013 | 1151 | BB&T MORTGAGE CASHIER DEPARTMENT | JUNE 2013 MORTGAGE PYMT. LOAN NUMBER 6930344565 - 5127 PINDOS PASS | -1,216.00 |
| Bill Pmt -Check | 6/3/2013 | 1152 | COBB COUNTY WATER SYSTEM | AC 00035081 8-4Z737393 P/E 05/24 IRRIGATION - SUMMIT HOA | -3,387.15 |
| | | | | | -19.00 |
| **Total 1103 · CHECK-WELLS FARGO-DJ-P 1/11/12** | | | | | -21,200.91 |
| **TOTAL** | | | | | -21,200.91 |


PLEASE SIGN & RETURN

# CHAPTER 11 POST-CONFIRMATION
# BANK ACCOUNT RECONCILIATIONS
### Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | WELLS FARGO | | | |
| Account Number: | 3524508391 | | | |
| Purpose of Account (Operating/Payroll/Tax) | OPERATING | | | |
| Type of Account (e.g. checking) | CHECKING | | | |
| | | | | |
| 1.  **Balance per Bank Statement** | SEE ATTACHED | | | |
| 2.  **ADD**:  Deposits not credited | | | | |
| 3.  **SUBTRACT**:  Outstanding Checks | | | | |
| 4.  Other Reconciling Items | | | | |
| 5.  **Month End Balance** (Must Agree with Books) | | | | |

**Note:  Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach copy of each investment account statement.**

*AUGUST 5, 2013*
*G. E. T.*

2:59 PM
07/05/13
Accrual Basis

# ATHENA DEVELOPMENT, LLC
## Balance Sheet
### As of June 30, 2013

|  | Jun 30, 13 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12   *RECONCILIATION AS OF 6/30/13* | 182.35 ✓ |
| **Total Checking/Savings** | 182.35 |
| **Other Current Assets** | |
| 1150 · MISC RECEIVABLE | 672.98 |
| **Total Other Current Assets** | 672.98 |
| **Total Current Assets** | 855.33 |
| **Fixed Assets** | |
| 1208 · LAND-MARS HILL & OLD MOUNTAIN | |
| 120800 · LAND-MARS HILL & OLD MOUNTAIN | 2,299,262.50 |
| 120801 · LAND-CONTRA | -183,941.00 |
| **Total 1208 · LAND-MARS HILL & OLD MOUNTAIN** | 2,115,321.50 |
| **Total Fixed Assets** | 2,115,321.50 |
| **Other Assets** | |
| 1310 · DEPOSITS - UTILITIES | 250.00 |
| 1610 · CIP - SITE WORK | |
| 16105 · CIP-BALDWIN NO CONTRACT MTN 3 | 205,347.22 |
| 16106 · CIP-BALDWIN NO CONTRACT MTN 2 | 91,245.00 |
| 16107 · CIP-BALDWIN PAVING CONTRACT | 326,575.86 |
| 16108 · CIP-SUMMIT-SITEWORK VEN CONTRA | 211,461.00 |
| 16109 · CIP-CONTRACT-WGE | 1,486,518.18 |
| 16110 · CIP-BUTCH THOMPSON-CONTRACT | 202,964.61 |
| 16111 · CIP-SUB-SUMMIT AT LOST MOUNTAIN | 1,995,570.64 |
| 16113 · CIP-SUMMIT LOST MNT SALES MODEL | 60,597.63 |
| 16114 · CIP-190 MARS HILL ROAD | 29,461.75 |
| 16115 · CIP-REID-WATER DIST-CONTRACT | 226,503.89 |
| 16116 · CIP-REID-STORM SEWAGE SYS-CONTR | 90,506.69 |
| 16117 · CIP-REID-SANITARY SEWER CONTRAC | 78,771.50 |
| 16118 · CIP-REID EQUIPMENT-CONTRACT | 243,586.47 |
| 16119 · CIP-REID GRADING-CONTRACT | 1,070,450.33 |
| 16120 · CIP-ECM MODULAR WALLS-CONTRACT | 67,489.20 |
| 16121 · CIP-CONST SPEC&DESIGN-POOL CONT | 38,691.00 |
| 16122 · CIP-CONTRACT-ECM SUMMIT CLUBHOU | 27,158.20 |
| 16124 · CIP-LIGHTPOLES-SUMMIT | 62,730.00 |
| 16126 · CIP-CONTRACT-BALDWIN NO #4 ASPH | 49,234.69 |
| 16127 · CONTRA-SITE WORK | -514,866.79 |
| **Total 1610 · CIP - SITE WORK** | 6,049,997.07 |
| 1611 · CIP-MARS HILL & OLD MOUNTAIN | |
| 16150 · CIP-LOTS AT THE SUMMIT | |
| 161501 · CIP-LOT #1 THE SUMMIT | -1,182,424.56 |
| 161504 · CIP-LOT #4 THE SUMMIT | |
| 161504A · CIP-LOT #4-NGC CONTRACT | 1,517,980.78 |
| 161504B · CIP-LOT #4 - OTHER | 195,717.19 |
| 161504C · CONTRA-LOT #4 | -1,713,697.97 |
| **Total 161504 · CIP-LOT #4 THE SUMMIT** | 0.00 |
| 161531 · CIP-LOT #31 THE SUMMIT | 1,350.40 |
| 161532 · CIP-LOT #32 THE SUMMIT | -128,356.87 |
| 161533 · CIP-LOT #33 THE SUMMIT | |
| 161533A · CIP-LOT #33-NGC CONTRACT | 696,908.28 |
| 161533B · CIP-LOT #33 - OTHER | 32,423.56 |
| 161533C · CONTRA-LOT #33 | -729,331.84 |
| **Total 161533 · CIP-LOT #33 THE SUMMIT** | 0.00 |

2:58 PM
07/05/13

# ATHENA DEVELOPMENT, LLC
## Reconciliation Summary
### 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12, Period Ending 06/30/2013

|  | Jun 30, 13 |
|---|---|
| **Beginning Balance** | 455.91 |
|    **Cleared Transactions** | |
|       Checks and Payments - 7 items | -10,273.56 |
|       Deposits and Credits - 1 item | 10,000.00 |
|    **Total Cleared Transactions** | -273.56 |
| **Cleared Balance** | 182.35 |
| **Register Balance as of 06/30/2013** | 182.35 |
|    **New Transactions** | |
|       Checks and Payments - 8 items | -5,799.71 |
|       Deposits and Credits - 1 item | 6,000.00 |
|    **Total New Transactions** | 200.29 |
| **Ending Balance** | 382.64 |

2:58 PM

07/05/13

# ATHENA DEVELOPMENT, LLC
## Reconciliation Detail
### 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12, Period Ending 06/30/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 455.91 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 7 items** | | | | | | |
| Bill Pmt -Check | 6/3/2013 | 1149 | NORTH GEORGIA ... | X | -4,980.00 | -4,980.00 |
| Bill Pmt -Check | 6/3/2013 | 1151 | BB&T MORTGAGE... | X | -3,387.15 | -8,367.15 |
| Bill Pmt -Check | 6/3/2013 | 1150 | PHILLIPS LANDSC... | X | -1,216.00 | -9,583.15 |
| Bill Pmt -Check | 6/3/2013 | 1146 | BENWAY AND AS... | X | -500.00 | -10,083.15 |
| Bill Pmt -Check | 6/3/2013 | 1148 | COMCAST | X | -147.93 | -10,231.08 |
| Bill Pmt -Check | 6/3/2013 | 1147 | COBB COUNTY W... | X | -23.48 | -10,254.56 |
| Bill Pmt -Check | 6/3/2013 | 1152 | COBB COUNTY W... | X | -19.00 | -10,273.56 |
| Total Checks and Payments | | | | | -10,273.56 | -10,273.56 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 6/3/2013 | | | X | 10,000.00 | 10,000.00 |
| Total Deposits and Credits | | | | | 10,000.00 | 10,000.00 |
| Total Cleared Transactions | | | | | -273.56 | -273.56 |
| Cleared Balance | | | | | -273.56 | 182.35 |
| Register Balance as of 06/30/2013 | | | | | -273.56 | 182.35 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 8 items** | | | | | | |
| Bill Pmt -Check | 7/2/2013 | 1153 | BB&T MORTGAGE... | | -3,387.15 | -3,387.15 |
| Bill Pmt -Check | 7/2/2013 | 1154 | CNA INSURANCE | | -844.08 | -4,231.23 |
| Bill Pmt -Check | 7/2/2013 | 1158 | PHILLIPS LANDSC... | | -608.00 | -4,839.23 |
| Bill Pmt -Check | 7/2/2013 | 1159 | BENWAY AND AS... | | -500.00 | -5,339.23 |
| Bill Pmt -Check | 7/2/2013 | 1155 | COBB EMC | | -278.71 | -5,617.94 |
| Bill Pmt -Check | 7/2/2013 | 1156 | COMCAST | | -101.33 | -5,719.27 |
| Bill Pmt -Check | 7/2/2013 | 1160 | COBB COUNTY W... | | -60.49 | -5,779.76 |
| Bill Pmt -Check | 7/2/2013 | 1157 | JASKE.COM | | -19.95 | -5,799.71 |
| Total Checks and Payments | | | | | -5,799.71 | -5,799.71 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 7/2/2013 | | | | 6,000.00 | 6,000.00 |
| Total Deposits and Credits | | | | | 6,000.00 | 6,000.00 |
| Total New Transactions | | | | | 200.29 | 200.29 |
| Ending Balance | | | | | -73.27 | 382.64 |

Account number: 3524508391 ■ June 1, 2013 - June 30, 2013 ■ Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 6/3 | | Deposit | 10,000.00 | | 10,455.91 |
| 6/5 | 1151 | Check | | 3,387.15 | |
| 6/5 | 1150 | Check | | 1,216.00 | 5,852.76 |
| 6/6 | 1149 | Check | | 4,980.00 | |
| 6/6 | 1146 | Check | | 500.00 | |
| 6/6 | 1147 | Check | | 23.48 | |
| 6/6 | 1152 | Check | | 19.00 | 330.28 |
| 6/7 | 1148 | Check | | 147.93 | 182.35 |
| Ending balance on 6/30 | | | | | 182.35 |
| Totals | | | $10,000.00 | $10,273.56 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1146 | 6/6 | 500.00 | 1149 | 6/6 | 4,980.00 | 1151 | 6/5 | 3,387.15 |
| 1147 | 6/6 | 23.48 | 1150 | 6/5 | 1,216.00 | 1152 | 6/6 | 19.00 |
| 1148 | 6/7 | 147.93 | | | | | | |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 06/01/2013 - 06/30/2013 | | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|---|
| How to reduce the monthly service fee by $2.50 | | Minimum required | This fee period |
| Have any ONE of the following account requirements | | | |
| · Minimum daily balance | | $100.00 | $182.35 ☑ |
| · Average ledger balance | | $250.00 | $1,079.00 ☑ |

| Monthly service fee discount(s) *(applied when box is checked)* | |
|---|---|
| Online only statements (reduces monthly service fee by $2.50) wwww | ☑ |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|----------------------------|-----------|----------------|--------------|------------------------------------|--------------------------|
| Transactions | 9 | 50 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



1:33 PM

06/07/13
Accrual Basis

# ATHENA DEVELOPMENT, LLC
## Balance Sheet
### As of May 31, 2013

*G.E.T.*
*JUNE 19, 2013*

|  | May 31, 13 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12 | 455.91 |
| ⓑ *w/ Bk Recociliation* | |
| **Total Checking/Savings** | 455.91 |
| *Statement* | |
| **Other Current Assets** | |
| 1150 · MISC RECEIVABLE | 672.98 |
| **Total Other Current Assets** | 672.98 |
| **Total Current Assets** | 1,128.89 |
| **Fixed Assets** | |
| 1208 · LAND-MARS HILL & OLD MOUNTAIN | |
| 120800 · LAND-MARS HILL & OLD MOUNTAIN | 2,299,262.50 |
| 120801 · LAND-CONTRA | -183,941.00 |
| **Total 1208 · LAND-MARS HILL & OLD MOUNTAIN** | 2,115,321.50 |
| **Total Fixed Assets** | 2,115,321.50 |
| **Other Assets** | |
| 1310 · DEPOSITS - UTILITIES | 250.00 |
| 1610 · CIP - SITE WORK | |
| 16105 · CIP-BALDWIN NO CONTRACT MTN 3 | 205,347.22 |
| 16106 · CIP-BALDWIN NO CONTRACT MTN 2 | 91,245.00 |
| 16107 · CIP-BALDWIN PAVING CONTRACT | 326,575.86 |
| 16108 · CIP-SUMMIT-SITEWORK VEN CONTRA | 211,461.00 |
| 16109 · CIP-CONTRACT-WGE | 1,486,518.18 |
| 16110 · CIP-BUTCH THOMPSON-CONTRACT | 202,964.61 |
| 16111 · CIP-SUB-SUMMIT AT LOST MOUNTAIN | 1,995,570.64 |
| 16113 · CIP-SUMMIT LOST MNT SALES MODEL | 60,597.63 |
| 16114 · CIP-190 MARS HILL ROAD | 29,461.75 |
| 16115 · CIP-REID-WATER DIST-CONTRACT | 226,503.89 |
| 16116 · CIP-REID-STORM SEWAGE SYS-CONTR | 90,506.69 |
| 16117 · CIP-REID-SANITARY SEWER CONTRAC | 78,771.50 |
| 16118 · CIP-REID EQUIPMENT-CONTRACT | 243,586.47 |
| 16119 · CIP-REID GRADING-CONTRACT | 1,070,450.33 |
| 16120 · CIP-ECM MODULAR WALLS-CONTRACT | 67,489.20 |
| 16121 · CIP-CONST SPEC&DESIGN-POOL CONT | 38,691.00 |
| 16122 · CIP-CONTRACT-ECM SUMMIT CLUBHOU | 27,158.20 |
| 16124 · CIP-LIGHTPOLES-SUMMIT | 62,730.00 |
| 16126 · CIP-CONTRACT-BALDWIN NO #4 ASPH | 49,234.69 |
| 16127 · CONTRA-SITE WORK | -514,866.79 |
| **Total 1610 · CIP - SITE WORK** | 6,049,997.07 |
| 1611 · CIP-MARS HILL & OLD MOUNTAIN | |
| 16150 · CIP-LOTS AT THE SUMMIT | |
| 161501 · CIP-LOT #1 THE SUMMIT | -1,182,424.56 |
| 161504 · CIP-LOT #4 THE SUMMIT | |
| 161504A · CIP-LOT #4-NGC CONTRACT | 1,517,980.78 |
| 161504B · CIP-LOT #4 - OTHER | 195,717.19 |
| 161504C · CONTRA-LOT #4 | -1,713,697.97 |
| **Total 161504 · CIP-LOT #4 THE SUMMIT** | 0.00 |
| 161531 · CIP-LOT #31 THE SUMMIT | 1,350.40 |
| 161532 · CIP-LOT #32 THE SUMMIT | -128,356.87 |
| 161533 · CIP-LOT #33 THE SUMMIT | |
| 161533A · CIP-LOT #33-NGC CONTRACT | 696,908.28 |
| 161533B · CIP-LOT #33 - OTHER | 32,423.56 |
| 161533C · CONTRA-LOT #33 | -729,331.84 |
| **Total 161533 · CIP-LOT #33 THE SUMMIT** | 0.00 |

1:33 PM

06/07/13

# ATHENA DEVELOPMENT, LLC
## Reconciliation Summary
### 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12, Period Ending 05/31/2013



|  | May 31, 13 |
|---|---|
| **Beginning Balance** | 336.32 ✓ |
|    Cleared Transactions | |
|      Checks and Payments - 7 items | -6,880.41 ✓ |
|      Deposits and Credits - 2 items | 7,000.00 ✓ |
|    **Total Cleared Transactions** | 119.59 ✓ |
| **Cleared Balance** | 455.91 ✓ |
| **Register Balance as of 05/31/2013** | 455.91 |
|    New Transactions | |
|      Checks and Payments - 7 items | -10,273.56 ✓ |
|      Deposits and Credits - 1 item | 10,000.00 ✓ |
|    **Total New Transactions** | -273.56 ✓ |
| **Ending Balance** | 182.35 |

*B) WITH BK RECONCIL STATEMENT*

1:33 PM

06/07/13

# ATHENA DEVELOPMENT, LLC
## Reconciliation Detail
### 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12, Period Ending 05/31/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 336.32 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 7 items** | | | | | | |
| Bill Pmt -Check | 5/1/2013 | 1143 | NORTH GEORGIA ... | X | -2,483.00 | -2,483.00 |
| Bill Pmt -Check | 5/1/2013 | 1139 | BENWAY AND AS... | X | -500.00 | -2,983.00 |
| Bill Pmt -Check | 5/1/2013 | 1141 | COMCAST | X | -151.11 | -3,134.11 |
| Bill Pmt -Check | 5/1/2013 | 1140 | COBB COUNTY W... | X | -60.49 | -3,194.60 |
| Bill Pmt -Check | 5/1/2013 | 1142 | JASKE.COM | X | -19.95 | -3,214.55 |
| Bill Pmt -Check | 5/13/2013 | 1144 | BB&T MORTGAGE... | X | -3,387.15 | -6,601.70 |
| Bill Pmt -Check | 5/17/2013 | 1145 | COBB EMC | X | -278.71 | -6,880.41 |
| **Total Checks and Payments** | | | | | -6,880.41 | -6,880.41 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 5/1/2013 | | | X | 3,000.00 | 3,000.00 |
| Deposit | 5/13/2013 | | | X | 4,000.00 | 7,000.00 |
| **Total Deposits and Credits** | | | | | 7,000.00 | 7,000.00 |
| **Total Cleared Transactions** | | | | | 119.59 | 119.59 |
| **Cleared Balance** | | | | | 119.59 | 455.91 |
| **Register Balance as of 05/31/2013** | | | | | 119.59 | 455.91 (B) |
| **New Transactions** | | | | | | |
| **Checks and Payments - 7 items** | | | | | | |
| Bill Pmt -Check | 6/3/2013 | 1149 | NORTH GEORGIA ... | | -4,980.00 | -4,980.00 |
| Bill Pmt -Check | 6/3/2013 | 1151 | BB&T MORTGAGE... | | -3,387.15 | -8,367.15 |
| Bill Pmt -Check | 6/3/2013 | 1150 | PHILLIPS LANDSC... | | -1,216.00 | -9,583.15 |
| Bill Pmt -Check | 6/3/2013 | 1146 | BENWAY AND AS... | | -500.00 | -10,083.15 |
| Bill Pmt -Check | 6/3/2013 | 1148 | COMCAST | | -147.93 | -10,231.08 |
| Bill Pmt -Check | 6/3/2013 | 1147 | COBB COUNTY W... | | -23.48 | -10,254.56 |
| Bill Pmt -Check | 6/3/2013 | 1152 | COBB COUNTY W... | | -19.00 | -10,273.56 |
| **Total Checks and Payments** | | | | | -10,273.56 | -10,273.56 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 6/3/2013 | | | | 10,000.00 | 10,000.00 |
| **Total Deposits and Credits** | | | | | 10,000.00 | 10,000.00 |
| **Total New Transactions** | | | | | -273.56 | -273.56 |
| **Ending Balance** | | | | | -153.97 | 182.35 (B) |

# Small Business Checking

Account number: 3524508391 ▪ May 1, 2013 - May 31, 2013 ▪ Page 1 of 4





006668 1 AV 0.360  356419

ATHENA DEVELOPMENT LLC
100 MAIN ST STE 206
SAFETY HARBOR FL 34695-3668

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

As our way of saying thank you to our business customers, Wells Fargo is extending special offers on many of our small business accounts and services between April 16 and June 30, 2013. For details on these limited-time offers, stop by any Wells Fargo location, visit us online at wellsfargo.com/appreciation, or call us at 877-436-4170.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 5/1 | $336.32 |
| Deposits/Credits | 7,000.00 |
| Withdrawals/Debits | - 6,880.41 |
| **Ending balance on 5/31** | **$455.91** |
| Average ledger balance this period | $1,278.46 |

Account number: 3524508391

ATHENA DEVELOPMENT LLC

*Florida account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: **3524508391** ■ May 1, 2013 - May 31, 2013 ■ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | | Deposit | 3,000.00 | | 3,336.32 |
| 5/6 | 1143 | Check | | 2,483.00 | |
| 5/6 | 1140 | Check | | 60.49 | 792.83 |
| 5/7 | 1141 | Check | | 151.11 | 641.72 |
| 5/9 | 1142 | Check | | 19.95 | 621.77 |
| 5/13 | | Deposit | 4,000.00 | | 4,621.77 |
| 5/15 | 114 | Check | | 3,387.15 | |
| 5/15 | 1139 | Check | | 500.00 | 734.62 |
| 5/20 | 1145 | Check | | 278.71 | 455.91 |
| Ending balance on 5/31 | | | | | 455.91 |
| Totals | | | $7,000.00 | $6,880.41 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 114 | 5/15 | 3,387.15 | 1141 | 5/7 | 151.11 | 1143 | 5/6 | 2,483.00 |
| 1139 * | 5/15 | 500.00 | 1142 | 5/9 | 19.95 | 1145 * | 5/20 | 278.71 |
| 1140 | 5/6 | 60.49 | | | | | | |

* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 05/01/2013 - 05/31/2013 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|
| **How to reduce the monthly service fee by $2.50** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| • Minimum daily balance | $100.00 | $455.91 ☑ |
| • Average ledger balance | $250.00 | $1,278.00 ☑ |

**Monthly service fee discount(s) (applied when box is checked)**
Online only statements (reduces monthly service fee by $2.50)   ☑
wwww

## Account transaction fees summary

| Service charge description | Units used | Units Included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 10 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |





~:28 PM
05/10/13
Accrual Basis

# ATHENA DEVELOPMENT, LLC
## Balance Sheet
### As of April 30, 2013

|  | Apr 30, 13 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12 | 336.32 |
| *(B) W BK RECONCILIATION / SUMARY* | |
| **Total Checking/Savings** | 336.32 |
| **Other Current Assets** | |
| 1150 · MISC RECEIVABLE | 672.98 |
| **Total Other Current Assets** | 672.98 |
| **Total Current Assets** | 1,009.30 |
| **Fixed Assets** | |
| **1208 · LAND-MARS HILL & OLD MOUNTAIN** | |
| 120800 · LAND-MARS HILL & OLD MOUNTAIN | 2,299,262.50 |
| 120801 · LAND-CONTRA | -183,941.00 |
| **Total 1208 · LAND-MARS HILL & OLD MOUNTAIN** | 2,115,321.50 |
| **Total Fixed Assets** | 2,115,321.50 |
| **Other Assets** | |
| 1310 · DEPOSITS - UTILITIES | 250.00 |
| **1610 · CIP - SITE WORK** | |
| 16105 · CIP-BALDWIN NO CONTRACT MTN 3 | 205,347.22 |
| 16106 · CIP-BALDWIN NO CONTRACT MTN 2 | 91,245.00 |
| 16107 · CIP-BALDWIN PAVING CONTRACT | 326,575.86 |
| 16108 · CIP-SUMMIT-SITEWORK VEN CONTRA | 211,461.00 |
| 16109 · CIP-CONTRACT-WGE | 1,486,518.18 |
| 16110 · CIP-BUTCH THOMPSON-CONTRACT | 202,964.61 |
| 16111 · CIP-SUB-SUMMIT AT LOST MOUNTAIN | 1,995,570.64 |
| 16113 · CIP-SUMMIT LOST MNT SALES MODEL | 60,597.63 |
| 16114 · CIP-190 MARS HILL ROAD | 29,461.75 |
| 16115 · CIP-REID-WATER DIST-CONTRACT | 226,503.89 |
| 16116 · CIP-REID-STORM SEWAGE SYS-CONTR | 90,506.69 |
| 16117 · CIP-REID-SANITARY SEWER CONTRAC | 78,771.50 |
| 16118 · CIP-REID EQUIPMENT-CONTRACT | 243,586.47 |
| 16119 · CIP-REID GRADING-CONTRACT | 1,070,450.33 |
| 16120 · CIP-ECM MODULAR WALLS-CONTRACT | 67,489.20 |
| 16121 · CIP-CONST SPEC&DESIGN-POOL CONT | 38,691.00 |
| 16122 · CIP-CONTRACT-ECM SUMMIT CLUBHOU | 27,158.20 |
| 16124 · CIP-LIGHTPOLES-SUMMIT | 62,730.00 |
| 16126 · CIP-CONTRACT-BALDWIN NO #4 ASPH | 49,234.69 |
| 16127 · CONTRA-SITE WORK | -514,866.79 |
| **Total 1610 · CIP - SITE WORK** | 6,049,997.07 |
| **1611 · CIP-MARS HILL & OLD MOUNTAIN** | |
| **16150 · CIP-LOTS AT THE SUMMIT** | |
| 161501 · CIP-LOT #1 THE SUMMIT | -1,182,424.56 |
| **161504 · CIP-LOT #4 THE SUMMIT** | |
| 161504A · CIP-LOT #4-NGC CONTRACT | 1,517,980.78 |
| 161504B · CIP-LOT #4 - OTHER | 195,717.19 |
| 161504C · CONTRA-LOT #4 | -1,713,697.97 |
| **Total 161504 · CIP-LOT #4 THE SUMMIT** | 0.00 |
| 161531 · CIP-LOT #31 THE SUMMIT | 1,350.40 |
| 161532 · CIP-LOT #32 THE SUMMIT | -128,356.87 |
| **161533 · CIP-LOT #33 THE SUMMIT** | |
| 161533A · CIP-LOT #33-NGC CONTRACT | 696,908.28 |
| 161533B · CIP-LOT #33 - OTHER | 32,423.56 |
| 161533C · CONTRA-LOT #33 | -729,331.84 |
| **Total 161533 · CIP-LOT #33 THE SUMMIT** | 0.00 |

*Exhibit T*
*Jun 20, 2013*

4:28 PM
05/10/13

# ATHENA DEVELOPMENT, LLC
## Reconciliation Summary
### 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12, Period Ending 04/30/2013

|  | Apr 30, 13 |
|---|---|
| **Beginning Balance** | 1,676.53 √ |
| **Cleared Transactions** | |
| Checks and Payments - 7 items | -5,340.21 √ |
| Deposits and Credits - 1 Item | 4,000.00 √ |
| **Total Cleared Transactions** | -1,340.21 √ |
| **Cleared Balance** | 336.32   *336.32 BALANCE* |
| **Register Balance as of 04/30/2013** | 336.32 |
| **New Transactions** | |
| Checks and Payments - 5 items | -3,214.55 √ |
| Deposits and Credits - 1 item | 3,000.00 √ |
| **Total New Transactions** | -214.55 √ |
| **Ending Balance** | 121.77 √ (B) |

4:28 PM
05/10/13

# ATHENA DEVELOPMENT, LLC
## Reconciliation Detail
### 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12, Period Ending 04/30/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 1,676.53 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 7 items** | | | | | | |
| Bill Pmt -Check | 3/11/2013 | 1128 | LOST MOUNTAIN ... | X | -1,071.74 | -1,071.74 |
| Bill Pmt -Check | 3/27/2013 | 1133 | COMCAST | X | -201.58 | -1,273.32 |
| Bill Pmt -Check | 3/27/2013 | 1134 | JASKE.COM | X | -19.95 | -1,293.27 |
| Bill Pmt -Check | 4/4/2013 | 1135 | COBB COUNTY W... | X | -42.48 | -1,335.75 |
| Bill Pmt -Check | 4/8/2013 | 1136 | BB&T MORTGAGE... | X | -3,387.15 | -4,722.90 |
| Bill Pmt -Check | 4/11/2013 | 1137 | COBB EMC | X | -292.31 | -5,015.21 |
| Bill Pmt -Check | 4/15/2013 | 1138 | U.S. TRUSTEE | X | -325.00 | -5,340.21 |
| Total Checks and Payments | | | | | -5,340.21 | -5,340.21 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 4/8/2013 | | | X | 4,000.00 | 4,000.00 |
| Total Deposits and Credits | | | | | 4,000.00 | 4,000.00 |
| Total Cleared Transactions | | | | | -1,340.21 | -1,340.21 |
| Cleared Balance | | | | | -1,340.21 | 336.32 |
| Register Balance as of 04/30/2013 | | | | | -1,340.21 | 336.32 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Bill Pmt -Check | 5/1/2013 | 1143 | NORTH GEORGIA ... | | -2,483.00 | -2,483.00 |
| Bill Pmt -Check | 5/1/2013 | 1139 | BENWAY AND AS... | | -500.00 | -2,983.00 |
| Bill Pmt -Check | 5/1/2013 | 1141 | COMCAST | | -151.11 | -3,134.11 |
| Bill Pmt -Check | 5/1/2013 | 1140 | COBB COUNTY W... | | -60.49 | -3,194.60 |
| Bill Pmt -Check | 5/1/2013 | 1142 | JASKE.COM | | -19.95 | -3,214.55 |
| Total Checks and Payments | | | | | -3,214.55 | -3,214.55 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 5/1/2013 | | | | 3,000.00 | 3,000.00 |
| Total Deposits and Credits | | | | | 3,000.00 | 3,000.00 |
| Total New Transactions | | | | | -214.55 | -214.55 |
| Ending Balance | | | | | -1,554.76 | 121.77 |

# Small Business Checking

Account number: **3524508391** ▪ April 1, 2013 - April 30, 2013 ▪ Page 1 of 4



006256 1 AV 0.360 215324

ATHENA DEVELOPMENT LLC
100 MAIN ST STE 206
SAFETY HARBOR FL 34695-3668

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Start the year with a new outlook on your business finances. It's a great time to talk with a banker about financial options tailored to your current priorities. To find out how we can help, stop by any Wells Fargo location or call us at the number at the top of your statement.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $1,676.53 |
| Deposits/Credits | 4,000.00 |
| Withdrawals/Debits | - 5,340.21 |
| **Ending balance on 4/30** | **$336.32** |
| Average ledger balance this period | $1,199.11 |

Account number: **3524508391**

**ATHENA DEVELOPMENT LLC**
*Florida account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: **3524508391** ▪ April 1, 2013 - April 30, 2013 ▪ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 4/1 | 1133 | Check | | 201.58 | 1,474.95 |
| 4/8 | | Deposit | 4,000.00 | | |
| 4/8 | 1135 | Check | | 42.48 | 5,432.47 |
| 4/9 | 1134 | Check | | 19.95 | 5,412.52 |
| 4/10 | 1128 | Check | | 1,071.74 | 4,340.78 |
| 4/11 | 1136 | Check | | 3,387.15 | 953.63 |
| 4/16 | 1137 | Check | | 292.31 | 661.32 |
| 4/18 | 1138 | Check | | 325.00 | 336.32 |
| Ending balance on 4/30 | | | | | 336.32 |
| Totals | | | $4,000.00 | $5,340.21 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

## Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 1128 | 4/10 | 1,071.74 | 1135 | 4/8 | 42.48 | 1137 | 4/16 | 292.31 |
| 1133 * | 4/1 | 201.58 | 1136 | 4/11 | 3,387.15 | 1138 | 4/18 | 325.00 |
| 1134 | 4/9 | 19.95 | | | | | | |

* Gap in check sequence.

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Paid and Deposited Items | 8 | 50 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



029754

## ✓ IMPORTANT ACCOUNT INFORMATION

Effective June 18, 2013, American Express® Travelers Cheques, Cheques for Two, and Gift Cheques will no longer be available through Wells Fargo.

Please note the Terms & Conditions for Wells Fargo Business Debit Cards, Business ATM Cards, and Business Deposit Cards, the section titled "Making purchases with a business debit card", and Business Account Agreement section titled "Card Transactions" are changing to clarify that the Bank may limit the number of authorizations it allows during a period of time and reserves the right to deny certain transactions for any reason (e.g., suspected fraudulent or unlawful activity, indication of increased risk related to the transaction).



## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| | |
|---|---|
| Name of Bank | |
| Account Number | |
| Purpose of Account (Operating/Payroll/Personal) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | SEE ATTACHED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 21200.91 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

4:42 PM

09/09/13

## ATHENA DEVELOPMENT, LLC
## Check Detail
### April through June 2013

| Type | Num | Date | Source Name | Memo | Account | Original Amount |
|------|-----|------|-------------|------|---------|----------------|
| Bill Pmt -Check | 1135 | 4/4/2013 | COBB COUNTY WA... | | 1103 · CHECK-WELLS... | -42.48 |
| Bill | AC00... | 4/4/2013 | COBB COUNTY WA... | AC000360818-02737393  P/E 03/22 WATER | 52114 · UTILITIES | 19.00 |
| Bill | AC00... | 4/4/2013 | COBB COUNTY WA... | AC000342267-02652722  P/E 03/22 WATER 5127 PINDOS PASS | 52114 · UTILITIES | 23.48 |
| TOTAL | | | | | | 42.48 |
| Bill Pmt -Check | 1136 | 4/8/2013 | BB&T MORTGAGE ... | 4/13  MORTGAGE PYMT.  LOAN NUMBER: 6930344565 - 5127 ... | 1103 · CHECK-WELLS... | -3,387.15 |
| Bill | | 4/8/2013 | BB&T MORTGAGE ... | 4/13 MORTGAGE PAYMENT | 52058 · SALES CENTER | 2,730.83 |
| | | | BB&T MORTGAGE ... | 2013 RE TAX ESCROW ADVANCE | 2102 · ACCRUED EXP... | 656.32 |
| TOTAL | | | | | | 3,387.15 |
| Bill Pmt -Check | 1137 | 4/11/2013 | COBB EMC | | 1103 · CHECK-WELLS... | -292.31 |
| Bill | AC93... | 4/11/2013 | COBB EMC | AC9319731171 P/E 03/01-4/01  ELEC: GUARD SHED | 52114 · UTILITIES | 20.14 |
| Bill | AC96... | 4/11/2013 | COBB EMC | AC9659370000 P/E 04/01 MIN. ST LITES | 52114 · UTILITIES | 272.17 |
| TOTAL | | | | | | 292.31 |
| Bill Pmt -Check | 1138 | 4/15/2013 | U.S. TRUSTEE | 308-12-00011 QUARTER 1, 2013 FEE DUE | 1103 · CHECK-WELLS... | -325.00 |
| Bill | | 4/15/2013 | U.S. TRUSTEE | 308-12-00011 QUARTER 1, 2013 FEE DUE | 52102 · LEGAL FEES | 325.00 |
| TOTAL | | | | | | 325.00 |
| Bill Pmt -Check | 1139 | 5/1/2013 | BENWAY AND ASS... | MAY 2013 MAINTENANCE: SUMMIT @ LOST MOUNTAIN | 1103 · CHECK-WELLS... | -500.00 |
| Bill | | 5/1/2013 | BENWAY AND ASS... | MAY 2013 MAINTENANCE: SUMMIT @ LOST MOUNTAIN | 52023 · MAINT - BUILD... | 500.00 |
| TOTAL | | | | | | 500.00 |
| Bill Pmt -Check | 1140 | 5/1/2013 | COBB COUNTY WA... | | 1103 · CHECK-WELLS... | -60.49 |
| Bill | AC00... | 4/22/2013 | COBB COUNTY WA... | AC000342267-02652722  P/E 04/22 WATER 5127 PINDOS PASS | 52114 · UTILITIES | 41.49 |
| Bill | AC00... | 4/22/2013 | COBB COUNTY WA... | AC000360818-02737393  P/E 04/22 WATER - SUMMIT/HOA | 52114 · UTILITIES | 19.00 |
| TOTAL | | | | | | 60.49 |
| Bill Pmt -Check | 1141 | 5/1/2013 | COMCAST | AC 8220111102041920  04/23-05/22/13  CABLE: SALES CENTE... | 1103 · CHECK-WELLS... | -151.11 |
| Bill | | 4/17/2013 | COMCAST | AC 8220111102041920  04/23-05/22/13  CABLE: SALES CENTER/... | 52112 · TELEPHONE | 151.11 |
| TOTAL | | | | | | 151.11 |
| Bill Pmt -Check | 1142 | 5/1/2013 | JASKE.COM | 04/15-05/16/13 HOSTING - RIPPLE MONTHLY: ATHENA DEVEL... | 1103 · CHECK-WELLS... | -19.95 |
| Bill | 10010... | 4/11/2013 | JASKE.COM | 04/15-05/15/13 HOSTING - RIPPLE MONTHLY: ATHENA DEVELO... | 52112 · TELEPHONE | 19.95 |
| TOTAL | | | | | | 19.95 |
| Bill Pmt -Check | 1143 | 5/1/2013 | NORTH GEORGIA ... | LABOR & MATERIAL TO REPR FRONT ENTRY STEPS - SUMMI... | 1103 · CHECK-WELLS... | -2,483.00 |
| Bill | | 5/1/2013 | NORTH GEORGIA ... | LABOR & MATERIAL TO REPR FRONT ENTRY STEPS - SUMMIT... | 52023 · MAINT - BUILD... | 2,483.00 |
| TOTAL | | | | | | 2,483.00 |
| Bill Pmt -Check | 1144 | 5/13/2013 | BB&T MORTGAGE ... | 5/13  MORTGAGE PYMT.  LOAN NUMBER: 6930344565 - 5127 ... | 1103 · CHECK-WELLS... | -3,387.15 |
| Bill | | 5/2/2013 | BB&T MORTGAGE ... | 5/13 MORTGAGE PAYMENT | 52058 · SALES CENTER | 2,730.83 |
| | | | BB&T MORTGAGE ... | 2013 RE TAX ESCROW ADVANCE | 2102 · ACCRUED EXP... | 656.32 |
| TOTAL | | | | | | 3,387.15 |
| Bill Pmt -Check | 1145 | 5/17/2013 | COBB EMC | | 1103 · CHECK-WELLS... | -278.71 |
| Bill | AC96... | 5/1/2013 | COBB EMC | AC9659370000  P/E 05/01 MIN. ST LITES | 52114 · UTILITIES | 258.57 |
| Bill | AC93... | 5/2/2013 | COBB EMC | AC9319731171 4/01-5/01/13 GUARD SHED | 52114 · UTILITIES | 20.14 |
| TOTAL | | | | | | 278.71 |
| Bill Pmt -Check | 1146 | 6/3/2013 | BENWAY AND ASS... | JUNE 2013 MAINTENANCE: SUMMIT @ LOST MOUNTAIN | 1103 · CHECK-WELLS... | -500.00 |
| Bill | | 5/24/2013 | BENWAY AND ASS... | JUNE 2013 MAINTENANCE: SUMMIT @ LOST MOUNTAIN | 52023 · MAINT - BUILD... | 500.00 |
| TOTAL | | | | | | 500.00 |
| Bill Pmt -Check | 1147 | 6/3/2013 | COBB COUNTY WA... | AC 000342267-02652722  P/E 05/22  WATER & SEWER  - 5127 P... | 1103 · CHECK-WELLS... | -23.48 |
| Bill | | 5/22/2013 | COBB COUNTY WA... | P/E 05/22  WATER & SEWER  - 5127 PINDOS PASS | 52114 · UTILITIES | 23.48 |
| TOTAL | | | | | | 23.48 |
| Bill Pmt -Check | 1148 | 6/3/2013 | COMCAST | AC 8220111102041920  05/23-06/22/13  CABLE: SALES CENTE... | 1103 · CHECK-WELLS... | -147.93 |
| Bill | | 5/17/2013 | COMCAST | 05/23-06/22/13  CABLE: SALES CENTER/LOT #1 | 52112 · TELEPHONE | 147.93 |

4:42 PM
09/09/13

**ATHENA DEVELOPMENT, LLC**
**Check Detail**
**April through June 2013**

| Type | Num | Date | Source Name | Memo | Account | Original Amount |
|---|---|---|---|---|---|---|
| TOTAL | | | | | | 147.93 |
| **Bill Pmt -Check** | 1149 | 6/3/2013 | NORTH GEORGIA ... | | 1103 · CHECK-WELLS... | -4,980.00 |
| Bill | | 6/3/2013 | NORTH GEORGIA ... | PRESSJURE WASH & PAINT EXTERIOR: SALES CENTER LOT #1 | 52023 · MAINT - BUILD... | 4,300.00 |
| Bill | | 6/3/2013 | NORTH GEORGIA ... | REPL WINDOW 3RD LEVEL-SASHES 2ND LEVEL - SALES CENT... | 52023 · MAINT - BUILD... | 680.00 |
| TOTAL | | | | | | 4,980.00 |
| **Bill Pmt -Check** | 1150 | 6/3/2013 | PHILLIPS LANDSC... | | 1103 · CHECK-WELLS... | -1,216.00 |
| Bill | 44588 | 4/1/2013 | PHILLIPS LANDSCA .. | APR 2013 EXTERIOR LANDSCAPE MAINT: SUMMIT @ LOST MTN | 52023 · MAINT - BUILD... | 608.00 |
| Bill | 44834 | 5/1/2013 | PHILLIPS LANDSCA .. | MAY 2013 EXTERIOR LANDSCAPE MAINT: SUMMIT @ LOST MTN | 52023 · MAINT - BUILD... | 608.00 |
| TOTAL | | | | | | 1,216.00 |
| **Bill Pmt -Check** | 1151 | 6/3/2013 | BB&T MORTGAGE ... | JUNE 2013  MORTGAGE PYMT.  LOAN NUMBER: 6930344565 -... | 1103 · CHECK-WELLS... | -3,387.15 |
| Bill | | 5/24/2013 | BB&T MORTGAGE ... | JUNE 2013 MORTGAGE PAYMENT | 52058 · SALES CENTER | 2,730.83 |
| | | | BB&T MORTGAGE ... | 2013 RE TAX ESCROW ADVANCE | 2102 · ACCRUED EXP... | 656.32 |
| TOTAL | | | | | | 3,387.15 |
| **Bill Pmt -Check** | 1152 | 6/3/2013 | COBB COUNTY WA... | AC 000360818-02737393  P/E 05/24  IRRIGATION - SUMMIT HOA | 1103 · CHECK-WELLS... | -19.00 |
| Bill | | 5/24/2013 | COBB COUNTY WA... | P/E 05/24  IRRIGATION - SUMMIT HOA | 52114 · UTILITIES | 19.00 |
| TOTAL | | | | | | 19.00 |

21,200.91