**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**In re:**

**ATHENA DEVELOPMENT, LLC,**  Case No. 8:12-bk-00011-MGW
  Chapter 11 Case (Confirmed)
  **Debtor.**
_____/

## MOTION FOR ENTRY OF FINAL DECREE

Athena Development, LLC, by and through its undersigned counsel, hereby files its Motion for Entry of Final Decree and states that the terms and provisions set forth in the Debtor's Second Amended Chapter 11 Plan Dated as of June 12, 2012 (Doc. 114), which was confirmed by this Court in its Order Confirming Second Amended Chapter 11 Plan Dated as of June 13, 2013 (Doc. 135) have been substantially consummated, that a Notice of Substantial Consummation has been filed, and that all conditions precedent to entry of the Final Decree have been met or will have been met prior to entry of the Order on this Motion and the Final Decree.

WHEREFORE, Athena Development, LLC, respectfully requests this Court enter its Final Decree and for such other and further relief as is just and appropriate.

SHUMAKER, LOOP & KENDRICK, LLP

 /s/ Hugo S. deBeaubien
**Steven M. Berman, Esq.**
Florida Bar No. 856290
sberman@slk-law.com
**Hugo S. deBeaubien, Esq.**
Florida Bar No. 058100
bdebeaubien@slk-law.com
101 East Kennedy Blvd., Suite 2800
Tampa, Florida 33602
Phone (813) 229-7600
Facsimile (813) 229-1660
*Counsel to Debtor*

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on September 11, 2013, the foregoing **Motion for Entry of Final Decree** has been furnished via the Court's CM/ECF System on all creditors and parties in interest receiving electronic notice.

                                        /s/ Hugo S. deBeaubien
                                        **Attorney**