# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA   DIVISION

IN RE:                                         }          CASE NUMBER:  12-bk-00011-MGW
                                               }
ATHENA DEVELOPMENT, LLC                        }
                                               }          JUDGE   WILLIAMSON
                                               }
        DEBTOR.                                }          CHAPTER 11

---

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD
FROM        1-Jul-13        TO        30-Sep-13

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:  12/4/13

Attorney for Debtor

Debtor's Address
and Phone Number:
100 Main Street
Suite 206
Safety Harbor, FL 34695

Tel. _727-736-8622_____

Attorney's Address
and Phone Number:
101 E. Kennedy Blvd
Suite 2800
Tampa, FL 33602
Bar No. ___     58100
Tel. _813-229-7600_____

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |
| | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A | |
| 2. Are all premium payments current? | N/A | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY    and    CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Per terms of Confirmation Order (para. 8c), Debtor is relieved of insurance requirements for collateral properties.
Debtor is current on all post-confirmation Plan payments and has delivered to secured creditor deed for primary collateral parcel.

Estimated Date of Filing the Application for Final Decree: September 15, 2013

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This ____4th_____ day of _____December_____ 2013___.

_____
Debtor's Signature

CHAPTER 11 POST-CONFIRMATION
SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| |
|---|
| Case Name: Athena Development, LLC |
| Case Number: 8:12-bk-00011-MGW |
| Date of Plan Confirmation: July 9, 2012 |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 182.35 | $ |
| 2. | **INCOME or RECEIPTS during the Period** | $ 17,000.00 | $ |

3. **DISBURSEMENTS**
    a.  Operating Expenses (Fees/Taxes):

| | Quarterly | Post Confirmation Total |
|---|---|---|
| (i)   U.S. Trustee Quarterly Fees | $ 650.00 | $ |
| (ii)  Federal Taxes | | |
| (iii) State Taxes | | |
| (iv)  Other Taxes | | |

    b.  All Other Operating Expenses:

| | Quarterly | Post Confirmation Total |
|---|---|---|
| | $ 16,113.34 | $ |

    c.  Plan Payments:

| | Quarterly | Post Confirmation Total |
|---|---|---|
| (i)   Administrative Claims | $ | $ |
| (ii)  Class One | | |
| (iii) Class Two | | |
| (iv)  Class Three | | |
| (v)   Class Four | | |
| (Attach additional pages as needed) | | |

| | Quarterly | Post Confirmation Total |
|---|---|---|
| **Total Disbursements (Operating & Plan)** | $ 16,763.34 | $ |

| | Quarterly | Post Confirmation Total |
|---|---|---|
| 1. **CASH (End of Period)** | $ 419.01 | $ |

1:40 PM

12/04/13

Accrual Basis

# ATHENA DEVELOPMENT, LLC
## Transactions by Account
### As of September 30, 2013

| Type | Date | Num | Memo | Amount |
|------|------|-----|------|--------|
| 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12 | | | | |
| Deposit | 7/2/2013 | | Deposit | 6,000.00 |
| Deposit | 7/23/2013 | | Deposit | 2,000.00 |
| Deposit | 8/8/2013 | | Deposit | 4,000.00 |
| Deposit | 9/16/2013 | | Deposit | 5,000.00 |
| Total 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12 | | | | 17,000.00 |
| **TOTAL** | | | | **17,000.00** |

1:43 PM
12/04/13
Accrual Basis

# ATHENA DEVELOPMENT, LLC
## Transactions by Account
### As of September 30, 2013

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|-------:|
| **1103 · CHECK-WELLS FARGO-D.I.P 1/11/12** | | | | | |
| Bill Pmt -Check | 7/2/2013 | 1153 | B&T MORTGAGE CASHIER DEPARTMENT | JULY 2013 MORTGAGE PYMT. LOAN NUMBER; 6930344565 - 5127 PINOS PASS | -3,387.15 |
| Bill Pmt -Check | 7/2/2013 | 1154 | CNA INSURANCE | A/C 4030354079 SUMMIT/LOT #1 3/28/2013-14 | -844.08 |
| Bill Pmt -Check | 7/2/2013 | 1155 | COBB EMC | | -278.71 |
| Bill Pmt -Check | 7/2/2013 | 1156 | COMCAST | AC 82201111102041920 06/23-07/22/13 CABLE: SALES CENTERLOT #1 | -101.33 |
| Bill Pmt -Check | 7/2/2013 | 1157 | JASKE.COM | 08/15-07/15/13 HOSTING - RIPPLE MONTHLY: ATHENA DEVELOPMENT | -19.95 |
| Bill Pmt -Check | 7/2/2013 | 1158 | PHILLIPS LANDSCAPE | JUNE 2013 EXTERIOR LANDSCAPE MAINT: SUMMIT @ LOST MOUNTAIN | -608.00 |
| Bill Pmt -Check | 7/2/2013 | 1159 | BENWAY AND ASSOCIATES, LLC | JULY 2013 MAINTENANCE: SUMMIT @ LOST MTN | -500.00 |
| Bill Pmt -Check | 7/2/2013 | 1160 | COBB COUNTY WATER SYSTEM | | -50.49 |
| Bill Pmt -Check | 7/2/2013 | 1161 | COBB EMC | | -292.22 |
| Bill Pmt -Check | 7/9/2013 | 1162 | CONSTRUCTION SPECIALTIES & DESIGN, INC. | REPL LIGHTS & GASKETS #1 | -264.00 |
| Bill Pmt -Check | 7/22/2013 | 1163 | PHILLIPS LANDSCAPE | JULY 2013 EXTERIOR LANDSCAPE MAINT: SUMMIT @ LOST MTN | -264.00 |
| Bill Pmt -Check | 7/22/2013 | 1164 | U.S. TRUSTEE | 308-12-00011 QUARTER 2, 2013 FEE DUE | -638.00 |
| Bill Pmt -Check | 7/22/2013 | 1165 | CNA INSURANCE | A/C 4030354079 SUMMIT/LOT #1 3/28/2013-14 | -650.00 |
| Bill Pmt -Check | 8/2/2013 | 1166 | B&T MORTGAGE CASHIER DEPARTMENT | AUG 2013 MORTGAGE PYMT. LOAN NUMBER; 6930344565 - 5127 PINOS PASS | -3,387.15 |
| Bill Pmt -Check | 8/2/2013 | 1167 | COMCAST | AC 82201111102041920 07/23-08/22/13 CABLE: SALES CENTERLOT #1 | -208.64 |
| Bill Pmt -Check | 8/7/2013 | 1168 | COBB COUNTY WATER SYSTEM | AC00035081-02737303 P/E 07/25 BASIC SERV - SUMMITHOA | -19.00 |
| Bill Pmt -Check | 8/7/2013 | 1169 | BENWAY AND ASSOCIATES, LLC | AUG 2013 MAINTENANCE: SUMMIT @ LOST MOUNTAIN | -104.12 |
| Bill Pmt -Check | 8/15/2013 | 1170 | B&T MORTGAGE CASHIER DEPARTMENT | SEPT 2013 MORTGAGE PYMT. LOAN NUMBER: 6930344565 - 5127 PINOS PASS | -500.00 |
| Bill Pmt -Check | 9/16/2013 | 1171 | BENWAY AND ASSOCIATES, LLC | SEPT 2013 MAINTENANCE: SUMMIT @ LOST MOUNTAIN | -3,387.15 |
| Bill Pmt -Check | 9/16/2013 | 1172 | COBB EMC | AC00034228T-02655272 P/E 08/15 BASIC SERV - 5127 PINOS PASS | -70.00 |
| Bill Pmt -Check | 9/16/2013 | 1173 | COBB EMC | | -278.71 |
| Bill Pmt -Check | 9/16/2013 | 1174 | COMCAST | AC 82201111102041920 08/23-09/22/13 CABLE: SALES CENTERLOT #1 | -122.59 |
| Bill Pmt -Check | 9/16/2013 | 1175 | JASKE.COM | 08/15-09/15/13 HOSTING - RIPPLE MONTHLY: ATHENA DEVELOPMENT | -19.95 |
| Bill Pmt -Check | 9/16/2013 | 1176 | PHILLIPS LANDSCAPE | AUG 2013 MAINTENANCE: SUMMIT @ LOST MTN | -608.00 |
| Bill Pmt -Check | 9/23/2013 | 1177 | COBB COUNTY WATER SYSTEM | AC00034228T-02655272 P/E 09/08 BASIC SERV - 5127 PINOS PASS | -7.00 |
| **Total 1103 · CHECK-WELLS FARGO-D.I.P 1/11/12** | | | | | **-16,763.34** |
| **TOTAL** | | | | | **-16,763.34** |

# CHAPTER 11 POST-CONFIRMATION
# BANK ACCOUNT RECONCILIATIONS
### Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Wells Fargo | | | |
| Account Number: | 8391 | | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | | | |
| Type of Account (e.g. checking) | Checking | | | |
| | | | | |
| 1.  **Balance per Bank Statement** | See Attached | | | |
| 2.  **ADD:**  Deposits not credited | | | | |
| 3.  **SUBTRACT:**  Outstanding Checks | | | | |
| 4.  Other Reconciling Items | | | | |
| 5.  **Month End Balance** (Must Agree with Books) | | | | |
| | | | | |

**Note:  Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach copy of each investment account statement.**

5:17 PM

08/05/13

Accrual Basis

# ATHENA DEVELOPMENT, LLC
## Balance Sheet
### As of July 31, 2013



|  | Jul 31, 13 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12 | *BALANCE W/BANK RECONC.* 568.32 |
| **Total Checking/Savings** | *STATEMENT.* 568.32 |
| **Other Current Assets** | |
| 1150 · MISC RECEIVABLE | 672.98 |
| **Total Other Current Assets** | 672.98 |
| **Total Current Assets** | 1,241.30 |
| **Fixed Assets** | |
| 1208 · LAND-MARS HILL & OLD MOUNTAIN | |
| 120800 · LAND-MARS HILL & OLD MOUNTAIN | 2,299,262.50 |
| 120801 · LAND-CONTRA | -183,941.00 |
| **Total 1208 · LAND-MARS HILL & OLD MOUNTAIN** | 2,115,321.50 |
| **Total Fixed Assets** | 2,115,321.50 |
| **Other Assets** | |
| 1310 · DEPOSITS - UTILITIES | 250.00 |
| 1610 · CIP - SITE WORK | |
| 16105 · CIP-BALDWIN NO CONTRACT MTN 3 | 205,347.22 |
| 16106 · CIP-BALDWIN NO CONTRACT MTN 2 | 91,245.00 |
| 16107 · CIP-BALDWIN PAVING CONTRACT | 326,575.86 |
| 16108 · CIP-SUMMIT-SITEWORK VEN CONTRA | 211,461.00 |
| 16109 · CIP-CONTRACT-WGE | 1,486,518.18 |
| 16110 · CIP-BUTCH THOMPSON-CONTRACT | 202,964.61 |
| 16111 · CIP-SUB-SUMMIT AT LOST MOUNTAIN | 1,995,570.64 |
| 16113 · CIP-SUMMIT LOST MNT SALES MODEL | 60,597.63 |
| 16114 · CIP-190 MARS HILL ROAD | 29,461.75 |
| 16115 · CIP-REID-WATER DIST-CONTRACT | 226,503.89 |
| 16116 · CIP-REID-STORM SEWAGE SYS-CONTR | 90,506.69 |
| 16117 · CIP-REID-SANITARY SEWER CONTRAC | 78,771.50 |
| 16118 · CIP-REID EQUIPMENT-CONTRACT | 243,586.47 |
| 16119 · CIP-REID GRADING-CONTRACT | 1,070,450.33 |
| 16120 · CIP-ECM MODULAR WALLS-CONTRACT | 67,489.20 |
| 16121 · CIP-CONST SPEC&DESIGN-POOL CONT | 38,691.00 |
| 16122 · CIP-CONTRACT-ECM SUMMIT CLUBHOU | 27,158.20 |
| 16124 · CIP-LIGHTPOLES-SUMMIT | 62,730.00 |
| 16126 · CIP-CONTRACT-BALDWIN NO #4 ASPH | 49,234.69 |
| 16127 · CONTRA-SITE WORK | -514,866.79 |
| **Total 1610 · CIP - SITE WORK** | 6,049,997.07 |
| 1611 · CIP-MARS HILL & OLD MOUNTAIN | |
| 16150 · CIP-LOTS AT THE SUMMIT | |
| 161501 · CIP-LOT #1 THE SUMMIT | -1,182,424.56 |
| 161504 · CIP-LOT #4 THE SUMMIT | |
| 161504A · CIP-LOT #4-NGC CONTRACT | 1,517,980.78 |
| 161504B · CIP-LOT #4 - OTHER | 195,717.19 |
| 161504C · CONTRA-LOT #4 | -1,713,697.97 |
| **Total 161504 · CIP-LOT #4 THE SUMMIT** | 0.00 |
| 161531 · CIP-LOT #31 THE SUMMIT | 1,350.40 |
| 161532 · CIP-LOT #32 THE SUMMIT | -128,356.87 |
| 161533 · CIP-LOT #33 THE SUMMIT | |
| 161533A · CIP-LOT #33-NGC CONTRACT | 696,908.28 |
| 161533B · CIP-LOT #33 - OTHER | 32,423.56 |
| 161533C · CONTRA-LOT #33 | -729,331.84 |
| **Total 161533 · CIP-LOT #33 THE SUMMIT** | 0.00 |

3:17 PM

08/05/13
Accrual Basis

# ATHENA DEVELOPMENT, LLC
## Balance Sheet
### As of July 31, 2013

|  | Jul 31, 13 |
|---|---|
| 161534 · CIP-LOT #34 THE SUMMIT |  |
| 161534A · CIP-LOT #34-NGC CONTRACT | 6,951.19 |
| 161534B · CIP-LOT #34 - OTHER | 6,595.73 |
| **Total 161534 · CIP-LOT #34 THE SUMMIT** | 13,546.92 |
| 161538 · CIP-LOT #38 - THE SUMMIT | 362.50 |
| 161539 · CIP-LOT #39 - THE SUMMIT | 362.50 |
| 161544 · CIP-LOT #44 THE SUMMIT | 4,841.42 |
| 161550 · CIP-LOT #50 SUMMIT |  |
| 161550A · CIP-LOT #50-NGC CONTRACT` | 110,710.24 |
| 161550B · CIP-LOT # 50 - OTHER | 9,581.37 |
| **Total 161550 · CIP-LOT #50 SUMMIT** | 120,291.61 |
| 161551 · CIP-LOT #51 SUMMIT |  |
| 161551A · CIP-LOT #51-NGC CONTRACT | 841,870.43 |
| 161551B · CIP-LOT # 51 - OTHER | 44,639.07 |
| 161551C · CONTRA-LOT #51 | -886,509.50 |
| **Total 161551 · CIP-LOT #51 SUMMIT** | 0.00 |
| **Total 16150 · CIP-LOTS AT THE SUMMIT** | -1,170,026.08 |
| **Total 1611 · CIP-MARS HILL & OLD MOUNTAIN** | -1,170,026.08 |
| 16112 · CIP-HOUSE-SUMMIT AT LOST MOUNTA | 835,160.34 |
| 16123 · CIP-CONTRACT-HOME DEPOT | 219,000.00 |
| 16125 · CIP-WATER TANK |  |
| 161250 · CIP-CONT-ALLSOUTH-WATER TANK | 707,022.33 |
| 161251 · CIP-WATER TANK-OTHER | 14,424.03 |
| **Total 16125 · CIP-WATER TANK** | 721,446.36 |
| **Total Other Assets** | 6,655,827.69 |
| **TOTAL ASSETS** | 8,772,390.49 |
| **LIABILITIES & EQUITY** |  |
| Liabilities |  |
| Current Liabilities |  |
| Accounts Payable |  |
| 2000 · Accounts Payable | 45,307.36 |
| **Total Accounts Payable** | 45,307.36 |
| Other Current Liabilities |  |
| 2102 · ACCRUED EXPENSES | -15,824.75 |
| 2360 · N/P-FLAGSTAR-LOTS 33 & 51 | 456,835.50 |
| **Total Other Current Liabilities** | 441,010.75 |
| **Total Current Liabilities** | 486,318.11 |
| Long Term Liabilities |  |
| 2400 · N/P-OLYMPIA DEVELOPMENT GROUP | 10,509,500.00 |
| 2601 · N/P BB & T - THE SUMMIT | 3,399,085.70 |
| **Total Long Term Liabilities** | 13,908,585.70 |
| **Total Liabilities** | 14,394,903.81 |
| Equity |  |
| 3900 · RETAINED EARNINGS | -5,578,918.97 |
| Net Income | -43,594.35 |
| **Total Equity** | -5,622,513.32 |
| **TOTAL LIABILITIES & EQUITY** | 8,772,390.49 |

3:17 PM
08/05/13

# ATHENA DEVELOPMENT, LLC
## Reconciliation Summary
### 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12, Period Ending 07/31/2013

|  | Jul 31, 13 |
|---|---|
| **Beginning Balance** | 182.35 ✓ |
|     **Cleared Transactions** |  |
|         Checks and Payments - 12 items | -7,614.03 ✓ |
|         Deposits and Credits - 2 items | 8,000.00 ✓ |
|     **Total Cleared Transactions** | 385.97 ✓ |
| **Cleared Balance** | 568.32 ✓ *BALANCE* |
| **Register Balance as of 07/31/2013** | 568.32 |
|     **New Transactions** |  |
|         Checks and Payments - 1 item | -208.64 |
|     **Total New Transactions** | -208.64 ✓ |
| **Ending Balance** | 359.68 ✓ |

*BALANCE BANK WITH RECONCILIATION STATEMENT.*

3:17 PM
08/05/13

## ATHENA DEVELOPMENT, LLC
## Reconciliation Detail
### 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12, Period Ending 07/31/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 182.35 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 12 items** | | | | | | |
| Bill Pmt -Check | 7/2/2013 | 1153 | BB&T MORTGAGE... | X | -3,387.15 | -3,387.15 |
| Bill Pmt -Check | 7/2/2013 | 1154 | CNA INSURANCE | X | -844.08 | -4,231.23 |
| Bill Pmt -Check | 7/2/2013 | 1158 | PHILLIPS LANDSC... | X | -608.00 | -4,839.23 |
| Bill Pmt -Check | 7/2/2013 | 1159 | BENWAY AND AS... | X | -500.00 | -5,339.23 |
| Bill Pmt -Check | 7/2/2013 | 1155 | COBB EMC | X | -278.71 | -5,617.94 |
| Bill Pmt -Check | 7/2/2013 | 1156 | COMCAST | X | -101.33 | -5,719.27 |
| Bill Pmt -Check | 7/2/2013 | 1160 | COBB COUNTY W... | X | -60.49 | -5,779.76 |
| Bill Pmt -Check | 7/2/2013 | 1157 | JASKE.COM | X | -19.95 | -5,799.71 |
| Bill Pmt -Check | 7/9/2013 | 1161 | COBB EMC | X | -292.32 | -6,092.03 |
| Bill Pmt -Check | 7/22/2013 | 1164 | U.S. TRUSTEE | X | -650.00 | -6,742.03 |
| Bill Pmt -Check | 7/22/2013 | 1163 | PHILLIPS LANDSC... | X | -608.00 | -7,350.03 |
| Bill Pmt -Check | 7/22/2013 | 1162 | CONSTRUCTION ... | X | -264.00 | -7,614.03 |
| Total Checks and Payments | | | | | -7,614.03 | -7,614.03 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 7/2/2013 | | | X | 6,000.00 | 6,000.00 |
| Deposit | 7/23/2013 | | | X | 2,000.00 | 8,000.00 |
| Total Deposits and Credits | | | | | 8,000.00 | 8,000.00 |
| Total Cleared Transactions | | | | | 385.97 | 385.97 |
| **Cleared Balance** | | | | | 385.97 | 568.32 |
| **Register Balance as of 07/31/2013** | | | | | 385.97 | 568.32 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Bill Pmt -Check | 8/2/2013 | 1165 | CNA INSURANCE | | -208.64 | -208.64 |
| Total Checks and Payments | | | | | -208.64 | -208.64 |
| Total New Transactions | | | | | -208.64 | -208.64 |
| **Ending Balance** | | | | | 177.33 | 359.68 |

# Small Business Checking

Account number    **8391** ◼ July 1, 2013 - July 31, 2013 ◼ Page 1 of 3



043141 1 AV 0.360  669527

ATHENA DEVELOPMENT LLC
100 MAIN ST STE 206
SAFETY HARBOR FL 34695-3668

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts and best practices from real business owners. Topics include cash flow management, how to build and apply for credit, commercial real estate financing, marketing, and more. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $182.35 |
| Deposits/Credits | 8,000.00 |
| Withdrawals/Debits | - 7,614.03 |
| **Ending balance on 7/31** | **$568.32**  |
| Average ledger balance this period | $1,319.75 |

Account number:    **8391**

ATHENA DEVELOPMENT LLC

*Florida account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

DCDL11UTC08 043141 NNNNNNNNNN NNN 001 002 287 193479   10634303.4

Account number:    8391 ▪ July 1, 2013 - July 31, 2013 ▪ Page 2 of 3



**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 7/2 | | Deposit | 6,000.00 | | 6,182.35 |
| 7/5 | 1153 | Check | | 3,387.15 | |
| 7/5 | 1160 | Check | | 60.49 | 2,734.71 |
| 7/8 | 1158 | Check | | 608.00 | |
| 7/8 | 1159 | Check | | 500.00 | |
| 7/8 | 1155 | Check | | 278.71 | 1,348.00 |
| 7/9 | 1154 | Check | | 844.08 | 503.92 |
| 7/10 | 1156 | Check | | 101.33 | 402.59 |
| 7/12 | 1161 | Check | | 292.32 | 110.27 |
| 7/22 | 1157 | Check | | 19.95 | 90.32 |
| 7/23 | | Deposit | 2,000.00 | | 2,090.32 |
| 7/25 | 1163 | Check | | 608.00 | 1,482.32 |
| 7/26 | 1164 | Check | | 650.00 | 832.32 |
| 7/30 | 1162 | Check | | 264.00 | 568.32 |
| **Ending balance on 7/31** | | | | | **568.32** |
| **Totals** | | | **$8,000.00** | **$7,614.03** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1153 | 7/5 | 3,387.15 | 1157 | 7/22 | 19.95 | 1161 | 7/12 | 292.32 |
| 1154 | 7/9 | 844.08 | 1158 | 7/8 | 608.00 | 1162 | 7/30 | 264.00 |
| 1155 | 7/8 | 278.71 | 1159 | 7/8 | 500.00 | 1163 | 7/25 | 608.00 |
| 1156 | 7/10 | 101.33 | 1160 | 7/5 | 60.49 | 1164 | 7/26 | 650.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 07/01/2013 - 07/31/2013 | | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|---|
| How to reduce the monthly service fee by $2.50 | | Minimum required | This fee period |
| Have any ONE of the following account requirements | | | |
| • Minimum daily balance | | $100.00 | $90.32 ☐ |
| • Average ledger balance | | $250.00 | $1,320.00 ☑ |

Monthly service fee discount(s) *(applied when box is checked)*

Online only statements (reduces monthly service fee by $2.50)    ☑
WWWW

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 16 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

193480



*GEORGE TOULOUMIS*

# ATHENA DEVELOPMENT, LLC
## Balance Sheet
### As of August 31, 2013

*DATE OCT. 2/2013*

10:13 AM
09/09/13
Accrual Basis

|  | Aug 31, 13 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12 *CHECK WELLS FARGO* | 349.41 *BALANCE W/FARGO* |
| **Total Checking/Savings** | 349.41 |
| **Other Current Assets** | |
| 1150 · MISC RECEIVABLE | 672.98 |
| **Total Other Current Assets** | 672.98 |
| **Total Current Assets** | 1,022.39 |
| **Fixed Assets** | |
| 1208 · LAND-MARS HILL & OLD MOUNTAIN | |
| 120800 · LAND-MARS HILL & OLD MOUNTAIN | 2,299,262.50 |
| 120801 · LAND-CONTRA | -183,941.00 |
| Total 1208 · LAND-MARS HILL & OLD MOUNTAIN | 2,115,321.50 |
| **Total Fixed Assets** | 2,115,321.50 |
| **Other Assets** | |
| 1310 · DEPOSITS - UTILITIES | 250.00 |
| 1610 · CIP - SITE WORK | |
| 16105 · CIP-BALDWIN NO CONTRACT MTN 3 | 205,347.22 |
| 16106 · CIP-BALDWIN NO CONTRACT MTN 2 | 91,245.00 |
| 16107 · CIP-BALDWIN PAVING CONTRACT | 326,575.86 |
| 16108 · CIP-SUMMIT-SITEWORK VEN CONTRA | 211,461.00 |
| 16109 · CIP-CONTRACT-WGE | 1,486,518.18 |
| 16110 · CIP-BUTCH THOMPSON-CONTRACT | 202,964.61 |
| 16111 · CIP-SUB-SUMMIT AT LOST MOUNTAIN | 1,995,570.64 |
| 16113 · CIP-SUMMIT LOST MNT SALES MODEL | 60,597.63 |
| 16114 · CIP-190 MARS HILL ROAD | 29,461.75 |
| 16115 · CIP-REID-WATER DIST-CONTRACT | 226,503.89 |
| 16116 · CIP-REID-STORM SEWAGE SYS-CONTR | 90,506.69 |
| 16117 · CIP-REID-SANITARY SEWER CONTRAC | 78,771.50 |
| 16118 · CIP-REID EQUIPMENT-CONTRACT | 243,586.47 |
| 16119 · CIP-REID GRADING-CONTRACT | 1,070,450.33 |
| 16120 · CIP-ECM MODULAR WALLS-CONTRACT | 67,489.20 |
| 16121 · CIP-CONST SPEC&DESIGN-POOL CONT | 38,691.00 |
| 16122 · CIP-CONTRACT-ECM SUMMIT CLUBHOU | 27,158.20 |
| 16124 · CIP-LIGHTPOLES-SUMMIT | 62,730.00 |
| 16126 · CIP-CONTRACT-BALDWIN NO #4 ASPH | 49,234.69 |
| 16127 · CONTRA-SITE WORK | -514,866.79 |
| Total 1610 · CIP - SITE WORK | 6,049,997.07 |
| 1611 · CIP-MARS HILL & OLD MOUNTAIN | |
| 16150 · CIP-LOTS AT THE SUMMIT | |
| 161501 · CIP-LOT #1 THE SUMMIT | -1,182,424.56 |
| 161504 · CIP-LOT #4 THE SUMMIT | |
| 161504A · CIP-LOT #4-NGC CONTRACT | 1,517,980.78 |
| 161504B · CIP-LOT #4 - OTHER | 195,717.19 |
| 161504C · CONTRA-LOT #4 | -1,713,697.97 |
| Total 161504 · CIP-LOT #4 THE SUMMIT | 0.00 |
| 161531 · CIP-LOT #31 THE SUMMIT | 1,350.40 |
| 161532 · CIP-LOT #32 THE SUMMIT | -128,356.87 |
| 161533 · CIP-LOT #33 THE SUMMIT | |
| 161533A · CIP-LOT #33-NGC CONTRACT | 696,908.28 |
| 161533B · CIP-LOT #33 - OTHER | 32,423.56 |
| 161533C · CONTRA-LOT #33 | -729,331.84 |
| Total 161533 · CIP-LOT #33 THE SUMMIT | 0.00 |
| 161534 · CIP-LOT #34 THE SUMMIT | |
| 161534A · CIP-LOT #34-NGC CONTRACT | 6,951.19 |
| 161534B · CIP-LOT #34 - OTHER | 6,595.73 |

10:13 AM
09/09/13

# ATHENA DEVELOPMENT, LLC
## Reconciliation Summary
### 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12, Period Ending 08/31/2013

|  | Aug 31, 13 |
|---|---|
| **Beginning Balance** | 568.32 |
| **Cleared Transactions** | |
| Checks and Payments - 5 items | -4,218.91 |
| Deposits and Credits - 1 item | 4,000.00 |
| **Total Cleared Transactions** | -218.91 |
| **Cleared Balance** | 349.41 |
| Register Balance as of 08/31/2013 | 349.41 |
| **Ending Balance** | 349.41 |

*WELLS FARGO*

10:13 AM
09/09/13

# ATHENA DEVELOPMENT, LLC
## Reconciliation Detail
### 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12, Period Ending 08/31/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 568.32 ✓ |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 5 Items** | | | | | | |
| Bill Pmt -Check | 8/2/2013 | 1165 | CNA INSURANCE | X | -208.64 | -208.64 |
| Bill Pmt -Check | 8/7/2013 | 1166 | BB&T MORTGAGE... | X | -3,387.15 | -3,595.79 |
| Bill Pmt -Check | 8/7/2013 | 1167 | COMCAST | X | -104.12 | -3,699.91 |
| Bill Pmt -Check | 8/7/2013 | 1168 | COBB COUNTY W... | X | -19.00 | -3,718.91 |
| Bill Pmt -Check | 8/15/2013 | 1169 | BENWAY AND AS... | X | -500.00 | -4,218.91 |
| Total Checks and Payments | | | | | -4,218.91 | -4,218.91 ✓ |
| **Deposits and Credits - 1 Item** | | | | | | |
| Deposit | 8/8/2013 | | | X | 4,000.00 | 4,000.00 |
| Total Deposits and Credits | | | | | 4,000.00 | 4,000.00 ✓ |
| Total Cleared Transactions | | | | | -218.91 | -218.91 ✓ |
| **Cleared Balance** | | | | | -218.91 | 349.41 |
| Register Balance as of 08/31/2013 | | | | | -218.91 | 349.41 |
| **Ending Balance** | | | | | -218.91 | 349.41 (B) |

# Small Business Checking

Account number:    8391 ▪ August 1, 2013 - August 31, 2013 ▪ Page 1 of 3


**WELLS FARGO**

006791 1 AV 0.360 804141

ATHENA DEVELOPMENT LLC
100 MAIN ST STE 206
SAFETY HARBOR FL 34695-3668

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts and best practices from real business owners. Topics include cash flow management, how to build and apply for credit, commercial real estate financing, marketing, and more. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $568.32 |
| Deposits/Credits | 4,000.00 |
| Withdrawals/Debits | - 4,218.91 |
| **Ending balance on 8/31** | **$349.41** |
| Average ledger balance this period | $1,025.82 |

Account number:    8391

**ATHENA DEVELOPMENT LLC**

*Florida account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

DCDL11-UTRV 006791 NNNNNNNNN NNN 001 002 287 032205    10660024-3

Account number:    )8391 ■ August 1, 2013 - August 31, 2013 ■ Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/7 | 1165 | Check | | 208.64 | 359.68 |
| 8/8 | | Deposit | 4,000.00 | | 4,359.68 |
| 8/12 | 1166 | Check | | 3,387.15 | |
| 8/12 | 1168 | Check | | 19.00 | 953.53 |
| 8/13 | 1167 | Check | | 104.12 | 849.41 |
| 8/19 | 1169 | Check | | 500.00 | 349.41 |
| Ending balance on 8/31 | | | | | 349.41 |
| Totals | | | $4,000.00 | $4,218.91 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1165 | 8/7 | 208.64 | 1167 | 8/13 | 104.12 | 1169 | 8/19 | 500.00 |
| 1166 | 8/12 | 3,387.15 | 1168 | 8/12 | 19.00 | | | |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 08/01/2013 - 08/31/2013 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|
| **How to reduce the monthly service fee by $2.50** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| • Minimum daily balance | $100.00 | $349.41 ☑ |
| • Average ledger balance | $250.00 | $1,026.00 ☑ |
| | | |
| **Monthly service fee discount(s)** *(applied when box is checked)* | | |
| Online only statements (reduces monthly service fee by $2.50) | ☑ | |
| wwww | | |



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 7 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

032206



11:10 AM
11/18/13
Accrual Basis

# ATHENA DEVELOPMENT, LLC
## Balance Sheet
### As of September 30, 2013

|  | Sep 30, 13 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12 | 419.01 |
| **Total Checking/Savings** | 419.01 |
| **Other Current Assets** | |
| 1150 · MISC RECEIVABLE | 672.98 |
| **Total Other Current Assets** | 672.98 |
| **Total Current Assets** | 1,091.99 |
| **Fixed Assets** | |
| 1208 · LAND-MARS HILL & OLD MOUNTAIN | |
| 120800 · LAND-MARS HILL & OLD MOUNTAIN | 2,299,262.50 |
| 120801 · LAND-CONTRA | -183,941.00 |
| **Total 1208 · LAND-MARS HILL & OLD MOUNTAIN** | 2,115,321.50 |
| **Total Fixed Assets** | 2,115,321.50 |
| **Other Assets** | |
| 1310 · DEPOSITS - UTILITIES | 250.00 |
| 1610 · CIP - SITE WORK | |
| 16105 · CIP-BALDWIN NO CONTRACT MTN 3 | 205,347.22 |
| 16106 · CIP-BALDWIN NO CONTRACT MTN 2 | 91,245.00 |
| 16107 · CIP-BALDWIN PAVING CONTRACT | 326,575.86 |
| 16108 · CIP-SUMMIT-SITEWORK VEN CONTRA | 211,461.00 |
| 16109 · CIP-CONTRACT-WGE | 1,486,518.18 |
| 16110 · CIP-BUTCH THOMPSON-CONTRACT | 202,964.61 |
| 16111 · CIP-SUB-SUMMIT AT LOST MOUNTAIN | 1,995,570.64 |
| 16113 · CIP-SUMMIT LOST MNT SALES MODEL | 60,597.63 |
| 16114 · CIP-190 MARS HILL ROAD | 29,461.75 |
| 16115 · CIP-REID-WATER DIST-CONTRACT | 226,503.89 |
| 16116 · CIP-REID-STORM SEWAGE SYS-CONTR | 90,506.69 |
| 16117 · CIP-REID-SANITARY SEWER CONTRAC | 78,771.50 |
| 16118 · CIP-REID EQUIPMENT-CONTRACT | 243,586.47 |
| 16119 · CIP-REID GRADING-CONTRACT | 1,070,450.33 |
| 16120 · CIP-ECM MODULAR WALLS-CONTRACT | 67,489.20 |
| 16121 · CIP-CONST SPEC&DESIGN-POOL CONT | 38,691.00 |
| 16122 · CIP-CONTRACT-ECM SUMMIT CLUBHOU | 27,158.20 |
| 16124 · CIP-LIGHTPOLES-SUMMIT | 62,730.00 |
| 16126 · CIP-CONTRACT-BALDWIN NO #4 ASPH | 49,234.69 |
| 16127 · CONTRA-SITE WORK | -514,866.79 |
| **Total 1610 · CIP - SITE WORK** | 6,049,997.07 |
| 1611 · CIP-MARS HILL & OLD MOUNTAIN | |
| 16150 · CIP-LOTS AT THE SUMMIT | |
| 161601 · CIP-LOT #1 THE SUMMIT | -1,182,424.56 |
| 161504 · CIP-LOT #4 THE SUMMIT | |
| 161504A · CIP-LOT #4-NGC CONTRACT | 1,517,980.78 |
| 161504B · CIP-LOT #4 - OTHER | 195,717.19 |
| 161504C · CONTRA-LOT #4 | -1,713,697.97 |
| **Total 161504 · CIP-LOT #4 THE SUMMIT** | 0.00 |
| 161531 · CIP-LOT #31 THE SUMMIT | 1,350.40 |
| 161532 · CIP-LOT #32 THE SUMMIT | -128,356.87 |
| 161533 · CIP-LOT #33 THE SUMMIT | |
| 161533A · CIP-LOT #33-NGC CONTRACT | 696,908.28 |
| 161533B · CIP-LOT #33 - OTHER | 32,423.56 |
| 161533C · CONTRA-LOT #33 | -729,331.84 |
| **Total 161533 · CIP-LOT #33 THE SUMMIT** | 0.00 |
| 161534 · CIP-LOT #34 THE SUMMIT | |
| 161534A · CIP-LOT #34-NGC CONTRACT | 6,951.19 |
| 161534B · CIP-LOT #34 - OTHER | 6,595.73 |
| **Total 161534 · CIP-LOT #34 THE SUMMIT** | 13,546.92 |

Page 1

11:09 AM
11/18/13

# ATHENA DEVELOPMENT, LLC
## Reconciliation Summary
### 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12, Period Ending 09/30/2013

|  | Sep 30, 13 |
|---|---|
| **Beginning Balance** | 349.41 |
| **Cleared Transactions** | |
| Checks and Payments - 8 items | -4,930.40 |
| Deposits and Credits - 2 items | 5,000.00 |
| **Total Cleared Transactions** | 69.60 |
| **Cleared Balance** | **419.01** |
| Register Balance as of 09/30/2013 | 419.01 |
| **New Transactions** | |
| Checks and Payments - 14 items | -13,149.43 |
| Deposits and Credits - 2 items | 13,000.00 |
| **Total New Transactions** | -149.43 |
| **Ending Balance** | **269.58** |

Page 1

11:10 AM

11/18/13

# ATHENA DEVELOPMENT, LLC
## Reconciliation Detail
### 1103 · CHECK-WELLS FARGO-D-I-P 1/11/12, Period Ending 09/30/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 349.41 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 8 items** | | | | | | |
| Bill Pmt -Check | 9/16/2013 | 1170 | BB&T MORTGAGE ... | X | -3,387.15 | -3,387.15 |
| Bill Pmt -Check | 9/16/2013 | 1176 | PHILLIPS LANDSC... | X | -608.00 | -3,995.15 |
| Bill Pmt -Check | 9/16/2013 | 1171 | BENWAY AND ASS... | X | -500.00 | -4,495.15 |
| Bill Pmt -Check | 9/16/2013 | 1173 | COBB EMC | X | -278.71 | -4,773.86 |
| Bill Pmt -Check | 9/16/2013 | 1174 | COMCAST | X | -122.59 | -4,896.45 |
| Bill Pmt -Check | 9/16/2013 | 1175 | JASKE.COM | X | -19.95 | -4,916.40 |
| Bill Pmt -Check | 9/16/2013 | 1172 | COBB COUNTY W... | X | -7.00 | -4,923.40 |
| Bill Pmt -Check | 9/23/2013 | 1177 | COBB COUNTY W... | X | -7.00 | -4,930.40 |
| **Total Checks and Payments** | | | | | -4,930.40 | -4,930.40 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 9/16/2013 | | | X | 5,000.00 | 5,000.00 |
| Bill Pmt -Check | 11/7/2013 | 1188 | PHILLIPS LANDSC... | X | 0.00 | 5,000.00 |
| **Total Deposits and Credits** | | | | | 5,000.00 | 5,000.00 |
| **Total Cleared Transactions** | | | | | 69.60 | 69.60 |
| **Cleared Balance** | | | | | 69.60 | 419.01 |
| **Register Balance as of 09/30/2013** | | | | | 69.60 | 419.01 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 14 items** | | | | | | |
| Bill Pmt -Check | 10/9/2013 | 1178 | COMCAST | | -122.60 | -122.60 |
| Bill Pmt -Check | 10/17/2013 | 1179 | BB&T MORTGAGE ... | | -3,523.69 | -3,646.29 |
| Bill Pmt -Check | 10/17/2013 | 1181 | DC POOL SERVIC... | | -1,237.50 | -4,883.79 |
| Bill Pmt -Check | 10/17/2013 | 1185 | COBB COUNTY W... | | -727.36 | -5,611.15 |
| Bill Pmt -Check | 10/17/2013 | 1183 | PHILLIPS LANDSC... | | -608.00 | -6,219.15 |
| Bill Pmt -Check | 10/17/2013 | 1184 | BENWAY AND ASS... | | -500.00 | -6,719.15 |
| Bill Pmt -Check | 10/17/2013 | 1180 | COBB EMC | | -371.09 | -7,090.24 |
| Bill Pmt -Check | 10/17/2013 | 1182 | JASKE.COM | | -39.90 | -7,130.14 |
| Bill Pmt -Check | 11/7/2013 | 1189 | BB&T MORTGAGE ... | | -3,523.69 | -10,653.83 |
| Bill Pmt -Check | 11/7/2013 | 1192 | PHILLIPS LANDSC... | | -1,216.00 | -11,869.83 |
| Bill Pmt -Check | 11/7/2013 | 1191 | U.S. TRUSTEE | | -650.00 | -12,519.83 |
| Bill Pmt -Check | 11/7/2013 | 1190 | BENWAY AND ASS... | | -500.00 | -13,019.83 |
| Bill Pmt -Check | 11/7/2013 | 1187 | COMCAST | | -122.60 | -13,142.43 |
| Bill Pmt -Check | 11/7/2013 | 1186 | COBB COUNTY W... | | -7.00 | -13,149.43 |
| **Total Checks and Payments** | | | | | -13,149.43 | -13,149.43 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 10/17/2013 | | | | 7,000.00 | 7,000.00 |
| Deposit | 11/8/2013 | | | | 6,000.00 | 13,000.00 |
| **Total Deposits and Credits** | | | | | 13,000.00 | 13,000.00 |
| **Total New Transactions** | | | | | -149.43 | -149.43 |
| **Ending Balance** | | | | | -79.83 | 269.68 |

# Small Business Checking



Account number:        8391  ■ September 1, 2013 - September 30, 2013  ■ Page 1 of 3

ATHENA DEVELOPMENT LLC
100 MAIN ST STE 206
SAFETY HARBOR FL 34695-3668

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts and best practices from real business owners. Topics include cash flow management, how to build and apply for credit, commercial real estate financing, marketing, and more. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $349.41 |
| Deposits/Credits | 5,000.00 |
| Withdrawals/Debits | - 4,930.40 |
| **Ending balance on 9/30** | **$419.01** |
| Average ledger balance this period | $775.68 |

Account number:        **8391**

**ATHENA DEVELOPMENT LLC**

*Florida account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN):  063107513

For Wire Transfers use
Routing Number (RTN):  121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number:        8391  ■  September 1, 2013 - September 30, 2013  ■  Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 9/16 | | Deposit | 5,000.00 | | 5,349.41 |
| 9/18 | 1170 | Check | | 3,387.15 | |
| 9/18 | 1176 | Check | | 608.00 | |
| 9/18 | 1173 | Check | | 278.71 | 1,075.55 |
| 9/19 | 1172 | Check | | 7.00 | 1,068.55 |
| 9/20 | 1171 | Check | | 500.00 | 568.55 |
| 9/23 | 1174 | Check | | 122.59 | 445.96 |
| 9/27 | 1175 | Check | | 19.95 | 426.01 |
| 9/30 | 1177 | Check | | 7.00 | 419.01 |
| Ending balance on 9/30 | | | | | 419.01 |
| Totals | | | $5,000.00 | $4,930.40 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written    (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 1170 | 9/18 | 3,387.15 | 1173 | 9/18 | 278.71 | 1176 | 9/18 | 608.00 |
| 1171 | 9/20 | 500.00 | 1174 | 9/23 | 122.59 | 1177 | 9/30 | 7.00 |
| 1172 | 9/19 | 7.00 | 1175 | 9/27 | 19.95 | | | |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 09/01/2013 - 09/30/2013 | Standard monthly service fee $5.00 | | You paid $0.00 | |
|------|------|------|------|------|
| How to reduce the monthly service fee by $2.50 | | Minimum required | This fee period | |
| Have any ONE of the following account requirements | | | | |
| · Minimum daily balance | | $100.00 | $349.41 | ☑ |
| · Average ledger balance | | $250.00 | $776.00 | ☑ |
| Monthly service fee discount(s) *(applied when box is checked)* | | | | |
| Online only statements (reduces monthly service fee by $2.50) | ☑ | | | |
| wwww | | | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Transactions | 10 | 50 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

2:02 PM

12/04/13

# ATHENA DEVELOPMENT, LLC
## Check Detail
### July through September 2013

| Type | Num | Date | Source Name | Memo | Account | Paid Amount |
|------|-----|------|-------------|------|---------|-------------|
| **Bill Pmt -Check** | **1153** | 7/2/2013 | BB&T MORTGAGE ... | JULY 2013  MORTGAGE PYMT. LOAN NUMBER: 6930344565 - 5127 ... | 1103 · CHECK-WE... | |
| Bill | | 6/24/2013 | BB&T MORTGAGE C... | JULY 2013 MORTGAGE PAYMENT | 52058 · SALES CE... | -2,730.83 |
| | | | BB&T MORTGAGE C... | 2013 RE TAX ESCROW ADVANCE | 2102 · ACCRUED E... | -656.32 |
| TOTAL | | | | | | -3,387.15 |
| **Bill Pmt -Check** | **1154** | 7/2/2013 | CNA INSURANCE | A/C 4030540719  SUMMIT/LOT #1 3/28/2013-14 | 1103 · CHECK-WE... | |
| Bill | | 3/13/2013 | CNA INSURANCE | A/C 4030540719  SUMMIT/LOT #1 3/28/2013-14 | 52064 · LIABILITY I... | -844.08 |
| TOTAL | | | | | | -844.08 |
| **Bill Pmt -Check** | **1155** | 7/2/2013 | COBB EMC | | 1103 · CHECK-WE... | |
| Bill | AC93 .. | 6/3/2013 | COBB EMC | AC9319731171 5/01-6/01/13 GUARD SHED | 52114 · UTILITIES | -20.14 |
| Bill | AC96.. | 6/3/2013 | COBB EMC | AC9659370000  P/E 6/02 STREET LIGHTS - SUMMIT | 52114 · UTILITIES | -258.57 |
| TOTAL | | | | | | -278.71 |
| **Bill Pmt -Check** | **1156** | 7/2/2013 | COMCAST | AC 8220111102041920  06/23-07/22/13  CABLE: SALES CENTER/LOT ... | 1103 · CHECK-WE... | |
| Bill | | 6/17/2013 | COMCAST | 06/23-07/22/13  CABLE: SALES CENTER/LOT #1 | 52112 · TELEPHONE | -101.33 |
| TOTAL | | | | | | -101.33 |
| **Bill Pmt -Check** | **1157** | 7/2/2013 | JASKE.COM | 06/15-07/15/13 HOSTING - RIPPLE MONTHLY: ATHENA DEVELOPME... | 1103 · CHECK-WE... | |
| Bill | 1001... | 6/15/2013 | JASKE.COM | 06/15-07/15/13 HOSTING - RIPPLE MONTHLY: ATHENA DEVELOPMENT | 52112 · TELEPHONE | -19.95 |
| TOTAL | | | | | | -19.95 |
| **Bill Pmt -Check** | **1158** | 7/2/2013 | PHILLIPS LANDSCA... | JUNE 2013 EXTERIOR LANDSCAPE MAINT: SUMMIT @ LOST MTN | 1103 · CHECK-WE... | |
| Bill | 45093 | 6/1/2013 | PHILLIPS LANDSCA... | JUNE 2013 EXTERIOR LANDSCAPE MAINT: SUMMIT @ LOST MTN | 52023 · MAINT - BU... | -608.00 |
| TOTAL | | | | | | -608.00 |
| **Bill Pmt -Check** | **1159** | 7/2/2013 | BENWAY AND ASS... | JULY 2013 MAINTENANCE: SUMMIT @ LOST MOUNTAIN | 1103 · CHECK-WE... | |
| Bill | | 7/2/2013 | BENWAY AND ASSO... | JULY 2013 MAINTENANCE: SUMMIT @ LOST MOUNTAIN | 52023 · MAINT - BU... | -500.00 |
| TOTAL | | | | | | -500.00 |
| **Bill Pmt -Check** | **1160** | 7/2/2013 | COBB COUNTY WA... | | 1103 · CHECK-WE... | |
| Bill | AC 0... | 6/24/2013 | COBB COUNTY WA... | P/E 06/24  IRRIGATION - SUMMIT HOA | 52114 · UTILITIES | -19.00 |
| Bill | AC00... | 6/24/2013 | COBB COUNTY WA... | P/E 06/24  WATER & SEWER - 5127 PINDOS PASS | 52114 · UTILITIES | -41.49 |
| TOTAL | | | | | | -60.49 |
| **Bill Pmt -Check** | **1161** | 7/9/2013 | COBB EMC | | 1103 · CHECK-WE... | |
| Bill | AC 9... | 7/1/2013 | COBB EMC | AC 9659370000  P/E 6/30 GUARD SHED - SUMMIT #LITES | 52114 · UTILITIES | -272.18 |
| Bill | A/C 9... | 7/2/2013 | COBB EMC | A/C 9319731171  P/E 7/01 GUARD SHED - SUMMIT | 52114 · UTILITIES | -20.14 |
| TOTAL | | | | | | -292.32 |
| **Bill Pmt -Check** | **1162** | 7/22/2013 | CONSTRUCTION SP... | REPL LIGHTS & GASKETS #1 | 1103 · CHECK-WE... | |
| Bill | 11411 | 6/5/2013 | CONSTRUCTION SP... | REPL LIGHTS & GASKETS #1 | 52023 · MAINT - BU... | -264.00 |
| TOTAL | | | | | | -264.00 |
| **Bill Pmt -Check** | **1163** | 7/22/2013 | PHILLIPS LANDSCA... | JULY 2013 EXTERIOR LANDSCAPE MAINT: SUMMIT @ LOST MTN | 1103 · CHECK-WE... | |
| Bill | 45291 | 7/1/2013 | PHILLIPS LANDSCA .. | JULY 2013 EXTERIOR LANDSCAPE MAINT: SUMMIT @ LOST MTN | 52023 · MAINT - BU... | -608.00 |
| TOTAL | | | | | | -608.00 |
| **Bill Pmt -Check** | **1164** | 7/22/2013 | U.S. TRUSTEE | 308-12-00011 QUARTER 2, 2013 FEE DUE | 1103 · CHECK-WE... | |
| Bill | | 7/22/2013 | U.S. TRUSTEE | 308-12-00011 QUARTER 2, 2013 FEE DUE | 52102 · LEGAL FEES | -325.00 |
| | | | U.S. TRUSTEE | ADJ TO FEES CHARGED FROM PREVIOUS STMT | 52102 · LEGAL FEES | -325.00 |
| TOTAL | | | | | | -650.00 |
| **Bill Pmt -Check** | **1165** | 8/2/2013 | CNA INSURANCE | A/C 4030540719  SUMMIT/LOT #1 3/28/2013-14 | 1103 · CHECK-WE... | |
| Bill | | 3/13/2013 | CNA INSURANCE | A/C 4030540719  SUMMIT/LOT #1 3/28/2013-14 | 52064 · LIABILITY I... | -208.64 |
| TOTAL | | | | | | -208.64 |

2:02 PM

12/04/13

# ATHENA DEVELOPMENT, LLC
## Check Detail
### July through September 2013

| Type | Num | Date | Source Name | Memo | Account | Paid Amount |
|------|-----|------|-------------|------|---------|-------------|
| **Bill Pmt -Check** | 1166 | 8/7/2013 | BB&T MORTGAGE ... | AUG 2013  MORTGAGE PYMT.  LOAN NUMBER: 6930344565 - 5127 P... | 1103 · CHECK-WE... | |
| Bill | | 8/2/2013 | BB&T MORTGAGE C... | AUG 2013 MORTGAGE PAYMENT | 52058 · SALES CE... | -2,730.83 |
| | | | BB&T MORTGAGE C... | 2013 RE TAX ESCROW ADVANCE | 2102 · ACCRUED E... | -656.32 |
| TOTAL | | | | | | -3,387.15 |
| **Bill Pmt -Check** | 1167 | 8/7/2013 | COMCAST | AC 8220111102041920  07/23-08/22/13  CABLE: SALES CENTER/LOT ... | 1103 · CHECK-WE... | |
| Bill | | 7/17/2013 | COMCAST | AC 8220111102041920  07/23-08/22/13  CABLE: SALES CENTER/LOT #1 | 52112 · TELEPHONE | -104.12 |
| TOTAL | | | | | | -104.12 |
| **Bill Pmt -Check** | 1168 | 8/7/2013 | COBB COUNTY WA... | AC000360818-02737393  P/E 07/25 BASIC SERV - SUMMIT/HOA | 1103 · CHECK-WE... | |
| Bill | AC00... | 7/25/2013 | COBB COUNTY WA... | P/E 07/25 BASIC SERV - SUMMIT/HOA | 52114 · UTILITIES | -19.00 |
| TOTAL | | | | | | -19.00 |
| **Bill Pmt -Check** | 1169 | 8/15/2013 | BENWAY AND ASS... | AUG 2013 MAINTENANCE: SUMMIT @ LOST MOUNTAIN | 1103 · CHECK-WE... | |
| Bill | | 8/14/2013 | BENWAY AND ASSO... | AUG 2013 MAINTENANCE: SUMMIT @ LOST MOUNTAIN | 52023 · MAINT - BU... | -500.00 |
| TOTAL | | | | | | -500.00 |
| **Bill Pmt -Check** | 1170 | 9/16/2013 | BB&T MORTGAGE ... | SEPT 2013  MORTGAGE PYMT.  LOAN NUMBER: 6930344565 - 5127 ... | 1103 · CHECK-WE... | |
| Bill | | 8/28/2013 | BB&T MORTGAGE C... | SEPT 2013 MORTGAGE PAYMENT | 52058 · SALES CE... | -2,730.83 |
| | | | BB&T MORTGAGE C... | 2013 RE TAX ESCROW ADVANCE | 2102 · ACCRUED E... | -656.32 |
| TOTAL | | | | | | -3,387.15 |
| **Bill Pmt -Check** | 1171 | 9/16/2013 | BENWAY AND ASS... | SEPT 2013 MAINTENANCE: SUMMIT @ LOST MOUNTAIN | 1103 · CHECK-WE... | |
| Bill | | 9/16/2013 | BENWAY AND ASSO... | SEPT 2013 MAINTENANCE: SUMMIT @ LOST MOUNTAIN | 52023 · MAINT - BU... | -500.00 |
| TOTAL | | | | | | -500.00 |
| **Bill Pmt -Check** | 1172 | 9/16/2013 | COBB COUNTY WA... | AC000342267-02652722  P/E 08/15 BASIC SERV - 5127 PINDOS PASS | 1103 · CHECK-WE... | |
| Bill | AC00... | 8/16/2013 | COBB COUNTY WA... | AC000342267-02652722  P/E 08/15 BASIC SERV - 5127 PINDOS PASS | 52114 · UTILITIES | -7.00 |
| TOTAL | | | | | | -7.00 |
| **Bill Pmt -Check** | 1173 | 9/16/2013 | COBB EMC | | 1103 · CHECK-WE... | |
| Bill | AC96... | 8/1/2013 | COBB EMC | AC9659370000  P/E 8/01 PRV ST LIGHT - SUMMIT | 52114 · UTILITIES | -258.57 |
| Bill | A/C 9... | 8/2/2013 | COBB EMC | A/C 9319731171  P/E 8/01 GUARD SHED - SUMMIT | 52114 · UTILITIES | -20.14 |
| TOTAL | | | | | | -278.71 |
| **Bill Pmt -Check** | 1174 | 9/16/2013 | COMCAST | AC 8220111102041920  08/23-09/22/13  CABLE: SALES CENTER/LOT ... | 1103 · CHECK-WE... | |
| Bill | | 8/17/2013 | COMCAST | AC 8220111102041920  08/23-09/22/13  CABLE: SALES CENTER/LOT #1 | 52112 · TELEPHONE | -122.59 |
| TOTAL | | | | | | -122.59 |
| **Bill Pmt -Check** | 1175 | 9/16/2013 | JASKE.COM | 08/15-09/15/13 HOSTING - RIPPLE MONTHLY: ATHENA DEVELOPME... | 1103 · CHECK-WE... | |
| Bill | 1001... | 8/11/2013 | JASKE.COM | 08/15-09/15/13 HOSTING - RIPPLE MONTHLY: ATHENA DEVELOPMENT | 52112 · TELEPHONE | -19.95 |
| TOTAL | | | | | | -19.95 |
| **Bill Pmt -Check** | 1176 | 9/16/2013 | PHILLIPS LANDSCA... | AUG 2013 EXTERIOR LANDSCAPE MAINT: SUMMIT @ LOST MTN | 1103 · CHECK-WE... | |
| Bill | 45494 | 8/1/2013 | PHILLIPS LANDSCA... | AUG2013 EXTERIOR LANDSCAPE MAINT: SUMMIT @ LOST MTN | 52023 · MAINT - BU... | -608.00 |
| TOTAL | | | | | | -608.00 |
| **Bill Pmt -Check** | 1177 | 9/23/2013 | COBB COUNTY WA... | AC000342267-02652722  P/E 09/08 BASIC SERV - 5127 PINDOS PASS | 1103 · CHECK-WE... | |
| Bill | | 9/23/2013 | COBB COUNTY WA... | AC000342267-02652722  P/E 09/085 BASIC SERV - 5127 PINDOS PASS | 52114 · UTILITIES | -7.00 |
| TOTAL | | | | | | -7.00 |

16,763.34